Official Form 1 (12/11)

| United States Bankruptcy Court<br>District of Delaware | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>WP Steel Venture LLC | Name of Joint Debtor (Spouse ) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): WP Steel Venture Corporation | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): 55-0737095 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1430 Sparrows Point Boulevard<br>Sparrows Point, MD          ZIP CODE 21219 | Street Address of Debtor (No. and Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Baltimore County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>See Attachment A          ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors
  *See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP
☐ Partnership
☐ Other (if debtor is not one of the above entities,
  check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by,
regarding, or against debtor is pending:

**Nature of Business**
(check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check Box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box.)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☒ Full Filing Fee attached.

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited preparation from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**          THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors*

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets*

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities*

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

*Information provided on a consolidated basis, and based on unaudited financial statements as of March 31, 2012.

| Official Form 1 (12/11) | | Form B1, Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): WP Steel Venture LLC | |

| All Prior Bankruptcy Cased Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>See Attachment A | Case Number:<br>Pending | Date Filed:<br>Date Hereof |
| District:<br>District of Delaware | Relationship:<br>Affiliate | Judge:<br>Pending |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a party of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Official Form 1 (12/11)                 Form B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): WP Steel Venture LLC |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>X _____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ Robert J. Dehney<br>   Signature of Attorney for Debtor(s)<br><br>Robert J. Dehney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br><br>and<br><br>Matthew A. Feldman<br>Shaunna D. Jones<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>(212) 728-8000<br><br>May 31, 2012<br>Date<br><br>\*In a case which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _[signature]_____<br>   Signature of Authorized Individual<br>   V. John Goodwin<br>   Printed Name of Authorized Individual<br>   Chief Executive Officer<br>   Title of Authorized Individual<br>   May 31, 2012<br>   Date | |

## ATTACHMENT A TO VOLUNTARY PETITION

1. **Pending Bankruptcy Cases Filed by Affiliates of the Debtor**

Concurrently herewith, each of the affiliates of the Debtor listed below (collectively, the "**Affiliated Debtors**") filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330.

The Affiliated Debtors are the following entities:

> Metal Centers LLC
> RG Steel, LLC
> RG Steel Railroad Holding, LLC
> RG Steel Sparrows Point, LLC
> RG Steel Warren, LLC
> RG Steel Wheeling, LLC
> RG Steel Wheeling Steel Group, LLC

Contemporaneously with the filing of their voluntary petitions, the Debtor and the Affiliated Debtors (collectively, the "**Debtors**") filed a motion requesting that this Court consolidate their chapter 11 cases for procedural purposes only.

2. **Locations of Debtors' Principal Assets (on a Consolidated Basis)**

   a. 1430 Sparrows Point Boulevard
      Sparrows Point, MD 21219

   b. 999 Pine Street SE
      Warren, OH 44483

   c. 1134 Market Street
      Wheeling, WV 26003

   d. S. Commercial Avenue
      Mingo Junction, OH 43938

   e. 1001 Main Street
      Martins Ferry, OH 43935

   f. 219 Public Road
      Yorkville, OH 43971

## WP STEEL VENTURE LLC

### Written Consent of the Sole Member in Lieu of Meeting

Dated  May   31, 2012

Pursuant to Section 18-302(d) of the Limited Liability Company Act of the State of Delaware, the undersigned (the "**Sole Member**"), constituting the sole member of WP Steel Venture LLC, a Delaware limited liability company (the "**Company**"), hereby consents in writing to the adoption of the resolutions attached hereto as Exhibit A with the same force and effect as if adopted by a vote at a formal meeting of the Sole Member and waives any notice required in connection therewith and directs that this Written Consent of the Sole Member in Lieu of Meeting (this "**Consent**") be placed with the records of the meetings of the Sole Member.

IN WITNESS HEREOF, the undersigned has executed this Consent as of the date first referenced above.

RG STEEL WHEELING STEEL GROUP, LLC

_____
V. John Goodwin
Authorized Signatory

## RESOLUTIONS OF THE SOLE MEMBER OF
## WP STEEL VENTURE LLC

**WHEREAS**, as a result of the financial condition of the Company, the Sole Member has engaged counsel to provide advice to the Company regarding its obligations to its creditors, equity holders, employees and other interested parties;

**WHEREAS**, the Sole Member has reviewed and considered, among other things, the advice of its counsel, and has considered the options available to the Company, and has determined that, in its judgment, it is advisable and in the best interests of the Company, creditors and other parties in interest that the Company voluntarily file a petition (the "**Petition**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**");

**WHEREAS**, after consultation with the Company's counsel, restructuring advisors, and investment bankers, the Sole Member believes that it is advisable and in the best interests of the Company (i) to enter into, as guarantor, the proposed Ratification and Amendment Agreement (as amended, modified, or supplemented from time to time, the "**Ratification Agreement**"), as reflected in the draft of the Ratification Agreement dated May 31, 2012, by and among: Wells Fargo Capital Finance, LLC, a Delaware limited liability company ("**WFCF**"), in its capacity as administrative agent for the Lender Group and the Bank Product Providers (in such capacity, "**Agent**") acting for and on behalf of the financial institutions from time to time party to the Credit Agreement (as defined in the Ratification Agreement) as lenders (collectively with Agent, the "**Lenders**"); WFCF and General Electric Capital Corporation, a Delaware corporation, in their respective capacities as co-collateral agents for the Lenders (in such capacities, the "**Co-Collateral Agents**"); Ableco Finance LLC, a Delaware limited liability company, in its capacity as agent for the Revolving Loan B Lenders (in such capacity, "**Revolving Loan B Agent**"); RG Steel, LLC, a Delaware limited liability company, as Debtor and Debtor-in-Possession, RG Steel Sparrows Point, LLC, formerly known as Severstal Sparrows Point, LLC, a Delaware limited liability company, as Debtor and Debtor-in-Possession, RG Steel Wheeling, LLC, formerly known as Severstal Wheeling, LLC, a Delaware limited liability company, as Debtor and Debtor-in-Possession, RG Steel Warren, LLC, formerly known as Severstal Warren, LLC, a Delaware limited liability company, as Debtor and Debtor-in-Possession, and as borrowers; WP Steel Venture LLC, a Delaware limited liability company, as Debtor and Debtor-in-Possession, Metal Centers LLC, a Delaware limited liability company, as Debtor and Debtor-in-Possession, RG Steel Wheeling Steel Group, LLC, formerly known as Severstal Wheeling Steel Group, LLC, a Delaware limited liability company, as Debtor and Debtor-in-Possession and RG Steel Railroad Holding LLC, formerly known as SSP Railroad Holding LLC, a Delaware limited liability company, as Debtor and Debtor-in-Possession, and as guarantors, and (ii) to perform the obligations thereunder and under the other Financing Documents (as defined below);

**WHEREAS**, the Sole Member believes it is advisable and in the best interests of the Company for the Company to enter into documents ancillary and related to the Ratification Agreement and to grant security interests in the Collateral (as defined in the Ratification Agreement) of the Company as contemplated by the Ratification Agreement and other Financing Documents; and

**NOW THEREFORE**, it is hereby:

**RESOLVED**, that the filing by the Company of the Petition, substantially in the form previously presented to the Sole Member, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), is hereby approved, confirmed and adopted; and it is further

**RESOLVED**, that each of the officers of the Company, including any chief restructuring officer, president, vice president, chief executive officer, chief operating officer, chief financial officer, secretary or assistant secretary (each of the foregoing, individually, an "**Authorized Officer**" and, together, the "**Authorized Officers**"), be and hereby is authorized, empowered and directed to execute and file the Petition on behalf of the Company in order to seek relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED**, that each of the Authorized Officers be and hereby is authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, affidavits and other papers as required to accompany the Petition or seek entry of first day orders, and, in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds that they deem necessary, proper or desirable in connection with, or in furtherance of, the Petition or the Company's chapter 11 case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that the Company is authorized to employ the law firm of Willkie Farr & Gallagher LLP, located at 787 Seventh Avenue, New York, New York 10019, as counsel to render legal services to, and to represent, the Company in its chapter 11 case and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the Company is authorized to employ the law firm of Morris, Nichols, Arsht & Tunnell LLP, located at 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347, as counsel to render legal services to, and to represent, the Company in its chapter 11 case and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that Donald MacKenzie is hereby elected and appointed to serve as the Chief Restructuring Officer of the Company; and it is further

**RESOLVED**, that the Company is authorized to employ the firm of Conway MacKenzie, Inc., located at 600 Fifth Avenue, 25th Floor, New York, New York 10020, as restructuring advisors for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the Company is authorized to employ the firm of Sea Port Group Securities, LLC, located at 360 Madison Avenue, 22nd Floor, New York, New York, 10017, as investment bankers for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each of the Authorized Officers be and hereby is authorized, empowered and directed to retain on behalf of the Company such other professionals as such Authorized Officers deems necessary, appropriate or desirable, including, without limitation, investment bankers and/or financial advisors, upon such terms and conditions as such Authorized Officers shall approve, to render services to the Company in connection with its chapter 11 case and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required; and it is further

**RESOLVED**, that each of the Authorized Officers shall be, and each hereby is, authorized, empowered, and directed on behalf of, and in the name of, the Company to negotiate, execute, and deliver: (i) the Ratification Agreement; (ii) any other document attached as an exhibit schedule, annex, or addendum to the foregoing; and (iii) any checks, drafts, bills of exchange, negotiable instruments, consents, commitment letters, indemnity agreements, borrowing requests, fee letters or arrangements, syndication letters, agency agreements, service of process agreements, post-closing obligations letters, certificates of officers, secretary's certificates, other certificates, letter of credit and bank guarantee requests, assignments, Uniform Commercial Code financing statements and other instruments, affidavits, notes, guarantee and collateral agreements, mortgages, deeds of trust, assignment and acceptance agreements, security agreements, pledge agreements, perfection certificates, copyright security agreements, patent security agreements, trademark security agreements, deposit account control agreements, security account control agreements, other security documents, stock powers, bond powers, membership powers, powers of attorney, cash collateral agreements, subordination agreements, side letters, notary letters, intercreditor agreements, interest rate, foreign exchange, or currency exchange agreements, other hedging agreements or arrangements, waivers and allonges, and each other agreement now existing or hereafter created in connection with or related to the Ratification Agreement, each in such form attached as exhibit or annex to the Ratification Agreement or otherwise in a form requested by the Lenders, the Co-Collateral Agents or the Revolving Loan B Agent from time to time in accordance with the Ratification Agreement (collectively, with the Ratification Agreement, the "**Financing Documents**"), all of which hereby are approved, and with such other terms and conditions as any such officer or officers executing the same may consider necessary, proper, or desirable, such determination to be conclusively evidenced by such execution or the taking of such action; and it is further

**RESOLVED**, that the Lenders, the Co-Collateral Agents and the Revolving Loan B Agent are authorized to rely upon the foregoing resolutions and that the authorization herein set forth shall remain in full force and effect until written notice of their modification or discontinuance shall be given to and actually received by the Agent, the Collateral Agents and the Revolving Loan B Agent, but no such modification or discontinuance shall affect the validity of the acts of any person authorized to so act by these resolutions performed prior to the receipt of such notice by the Agent, the Collateral Agents and the Revolving Loan B Agent; and it is further

**RESOLVED**, that the performance and consummation of the transactions contemplated in the Financing Documents by the Company shall be, and hereby are, approved, ratified, and confirmed in all respects with such changes therein and additions thereto as may be approved or deemed necessary, appropriate, or advisable by an Authorized Officer of the

Company, the execution thereof by such officer to be conclusive evidence of such approval or determination; and it is further

**RESOLVED**, that each of the Authorized Officers be and hereby is authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, including, without limitation, the payment of fees, costs and expenses (subject to Bankruptcy Court approval where necessary or appropriate), as in the judgment of such Authorized Officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Company's business; and it is further

**RESOLVED**, that any and all past actions heretofore lawfully taken by officers, directors, members or any authorized persons acting under similar authority, as the case may be, of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions are hereby ratified, confirmed and approved.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
WP Steel Venture LLC, et al.,[1]                   :    Case No. 12-_____ (   )
                                                   :
                        Debtors.                   :
---------------------------------------------------------x

## LIST OF CREDITORS
## HOLDING THE 30 LARGEST UNSECURED CLAIMS

Set forth below is the list of creditors that hold, based upon information presently available and belief, the thirty largest unsecured claims against WP Steel Venture LLC and its affiliates (collectively, the "**Debtors**").[2] This list has been prepared based upon the books and records of the Debtors. The Top 30 List was prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 30 List does not include: (1) persons who come within the definition of an "insider" as set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation, the failure of the Debtors to list any claim, or the listing of any claim as unsecured, does not constitute an admission by the Debtors that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization, and/or amount of any claim.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim as of 4/30/2012[3] |
|---|---|---|---|
| Severstal U.S. Holdings II., Inc. 14661 Rotunda Drive Dearborn, MI 48120 | Martin Szymanski Tel: 313-317-6788 Fax: 313-583-0273 | Seller Note/ Trade Debt | $36,539,659.20 |

---

[1]  If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The Debtors' executive headquarters are located at 1430 Sparrows Point Boulevard, Sparrows Point, MD 21219.

[2]  The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.

[3]  These claim amounts represent maximum potential liabilities. Actual amounts, if any, owed may be significantly lower. Furthermore, certain claims listed may ultimately be asserted to be all or partially secured, or related to future obligations under existing contracts.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim as of 4/30/2012[3] |
|---|---|---|---|
| Mountain State Carbon LLC<br>1851 Main St.<br>Follansbee, WV 26037 | Lawrence Hermes<br>Tel: 740-283-5624<br>Fax: 740-283-5635 | Trade Debt | $22,414,936.68 |
| Balli Steel PLC<br>5 Stanhope Gate<br>London, W1K 1AH England | Ferit Ferhangil<br>Tel: 020-7306-2000<br>Fax: 020-7491-9000 | Trade Debt | $15,767,692.26 |
| Cleveland Cliffs<br>1100 Superior Ave.<br>Cleveland, OH 44114-2589 | Lee English-Sales<br>Tel: 216-694-5420<br>Fax: 216-694-5385 | Trade Debt | $10,857,000.00 |
| Tube City IMS LLC<br>1155 Business Center Dr.<br>Horsham, PA 19044 | Karen Smith<br>Tel: 215-956-5406<br>Fax: 215-956-5567 | Trade Debt | $10,022,051.93 |
| Phoenix Services, LLC<br>P.O. Box 659<br>Unionville, PA 19375 | Tony Whitt<br>Tel: 410-388-4050<br>Fax: 410-388-4187 | Trade Debt | $9,743,162.28 |
| Baltimore County<br>111 West Chesapeake Ave.<br>Towson, MD 21204 | Pat Cassidy<br>Tel: 410-887-3620<br>Fax: 410-887-8081 | Trade Debt | $4,513,800.58 |
| Steelworkers Health And Welfare Fund<br>P.O. Box 903<br>Johnstown, PA 15907 | Erika Ulrich<br>Tel: 412-201-2242<br>Fax: 412-201-2250 | Trade Debt | $4,334,317.29 |
| Ohio Dept. of Taxation<br>Office of Chief Counsel - Tax Appeals<br>30 E. Broad St., 23rd Fl.<br>Columbus, OH 43215 | Office of Chief Counsel<br>Tax Appeals<br>Tel: (614) 466-6750<br>Fax: (614) 466-7979 | Trade Debt | $ 3,902,348.55 |
| Norfolk Southern<br>110 Franklin Rd.<br>Roanoke, VA 24042-0044 | Beth Hillman<br>Tel: 540-981-5449<br>Fax: 540-981-5460 | Trade Debt | $3,278,303.77 |
| Ohio Edison Co.<br>P.O. Box 3637<br>Akron OH, 44309 | Office of the General Counsel<br>Tel: 800-736-3402<br>Fax: 330-384-3866 | Trade Debt | $3,205,109.32 |
| Air Products & Chemicals Inc.<br>7201 Hamilton Blvd<br>Allentown, PA 18195-1501 | Thomas Trexler<br>Tel: 410-477-2882 (ext. 12)<br>Fax: 410-477-1285 | Trade Debt | $2,915,964.55 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim as of 4/30/2012[3] |
|---|---|---|---|
| Siemens Industry Inc.<br>2901 Industrial Blvd.<br>Bethel Park, PA 15102 | Kevin Callahan<br>Tel: 412-851-6700<br>Fax: 412-851-6766 | Trade Debt | $2,808,051.39 |
| Kinder Morgan<br>Chesapeake Bulk Stevedores Km Bulk Terminals Inc.<br>1575 Sparrows Point Blvd.<br>Baltimore, MD 21219-1029 | Len Crescenzo<br>Tel: 410-388-4251<br>Cell: 215-260-8652 | Trade Debt | $2,561,396.45 |
| AMG Resources Corp.<br>P.O. Box 125<br>Fort Howard, MD 21052-0125 | Ron Silber<br>Tel: 410-388-1004<br>Fax: 410-477-0828 | Trade Debt | $2,500,000.00 |
| Delta Energy LLC<br>5555 Perimeter Dr.<br>Dublin, OH 43017 | Mary Beth Caldwell<br>Tel: (614) 339-2700<br>Fax: (614) 339-2620 | Trade Debt | $2,275,593.00 |
| Mobile Dredging<br>& Pumping Co.<br>3100 Bethel Rd.<br>Chester, PA 19013 | Thomas Bruton<br>Tel: 610-497-9500<br>Fax: 610-497-9708 | Trade Debt | $2,134,473.52 |
| North American Refractories Co.<br>1001 Pgh-McKeesport Blvd.<br>West Mifflin, PA 15122 | Richard Wilson<br>Tel: 412-469-6113<br>Fax: 412-469-3889 | Trade Debt | $2,049,915.20 |
| City of Baltimore<br>Department of Bureau of Treasury Management<br>200 Holliday St., Suite 3<br>Baltimore, MD 21202-3683 | Stephen M. Kraus, Chief<br>Tel: (410)396-4751 | Trade Debt | $1,992,345.06 |
| Baltimore Gas and Electric<br>P.O. Box 1475<br>Baltimore, MD 21203 | Office of the General Counsel<br>Tel: (410) 234-5000 | Trade Debt | $1,956,641.59 |
| DTE Sparrows Point LLC<br>414 South Main St., Suite 600<br>Ann Arbor, MI 48104 | Dave Smith<br>Tel: 734-302-4867<br>Fax: 734-302-8242 | Trade Debt | $1,949,425.71 |
| Dominion Retail Inc.<br>120 Tredegar Street<br>Richmond, VA 23219 | Office of the General Counsel<br>Tel: 804-819-2000<br>Fax: 804-819-2214 | Trade Debt | $1,913,343.16 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim as of 4/30/2012[3] |
|---|---|---|---|
| Vesuvius USA Corp. 1404 Newton Dr. Champaign, IL 61822 | Tom Swift Tel: 217-351-5000 Fax: 217-351-5031 | Trade Debt | $1,910,508.50 |
| National Material Trading Co. 1965 Pratt Blvd. Elk Grove Village, IL 60007 | Geoff Lininger Tel: 847-806-2824 Fax: 847-806-2953 | Trade Debt | $1,807,446.37 |
| Linde Inc. 575 Mountain Ave. Murray Hill, NJ 07974-2097 | Ed Witkowski / Linda Delaurita Tel: 908-236-1234 Fax: 908-236-1627 | Trade Debt | $1,748,873.41 |
| Praxair Inc. 300 E. Great Lakes St. River Rouge, MI 48218-2606 | Mitch Day Tel: 716-879-7993 Fax: 313-849-4330 | Trade Debt | $1,689,715.26 |
| Votorantim US Inc. 6020 Navigation Blvd. Houston, TX 77011-1132 | Office of the General Counsel Tel: 713-926-1705 Fax: 713-923-1783 | Trade Debt | $1,659,978.11 |
| Minteq International, Inc. 395 Grove City Rd. Slippery Rock, PA 16057 | Rick Mores, Sales Mgr. Tel: 219-406-9541 Fax: 219-659-1850 | Trade Debt | $1,657,925.07 |
| Harsco Metals Americas 8050 Rowan Rd., Suite 600 Cranberry Township, PA 16066 | James R. Budd Tel: 773-731-9418 Fax: 724-741-6672 | Trade Debt | $1,654,506.92 |
| ESM Group Inc. University Corporate Centre 300 Corporate Parkway Suite 118n Amherst, NY 14226-1207 | John Loeffler Tel: 724-898-1541 Fax: 716-446-8911 | Trade Debt | $1,634,902.24 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                   :   Chapter 11
                                        :
WP Steel Venture LLC,                   :   Case No. 12-_____ (    )
                                        :
            Debtor.                     :
---------------------------------------------------------x

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of WP Steel Venture LLC, the debtor in this case (the "**Debtor**"), declare under penalty of perjury that I have read the foregoing list of the thirty largest unsecured creditors of the Debtor and its affiliated debtors, on a consolidated basis, and that it is true and correct to the best of my information and belief.

Dated: May 31, 2012

_____
V. John Goodwin
Authorized Signatory

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
WP Steel Venture LLC,                            :    Case No. 12-_____ (    )
                                                 :
                        Debtor.                  :
---------------------------------------------------------x

**CORPORATE OWNERSHIP STATEMENT AND EQUITY
SECURITY HOLDERS LIST OF WP STEEL VENTURE LLC,
PURSUANT TO BANKRUPTCY RULES 1007(a)(3) AND 7007.1**

      WP Steel Venture LLC is a wholly-owned subsidiary of RG Steel Wheeling Steel Group, LLC, which is a wholly-owned subsidiary of RG Steel Sparrows Point, LLC, which is a wholly-owned subsidiary of RG Steel, LLC, which is a wholly-owned subsidiary of RG Steel Holdings LLC, which is owned 75.5% by The Renco Group, Inc. and 24.5% by Cerberus RG Investor LLC.  The address of WP Steel Venture LLC's equity holder is as follows: 1430 Sparrows Point Boulevard, Sparrows Point, MD, 21219.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                        :    Chapter 11
                                             :
WP Steel Venture LLC,                        :    Case No. 12-_____ (    )
                                             :
                    Debtor.                  :
---------------------------------------------------------x

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of WP Steel Venture LLC, the debtor in this case (the "**Debtor**"), declare under penalty of perjury that I have read the foregoing list of equity security holders and corporate ownership statement of the Debtor and that it is true and correct to the best of my information and belief.

Dated: May 31, 2012

_____
V. John Goodwin
Authorized Signatory