IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| WP Steel Venture LLC, *et al.*, | Case No. 12-11661 (KJC) (Jointly Administered) |
| Debtors.[1] |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq., Blank Rome LLP ("Blank Rome") and Vorys, Sater, Seymour and Pease LLP ("Vorys") hereby enter their appearance on behalf of The Worthington Steel Company ("Worthington") in the above-captioned bankruptcy cases. Blank Rome and Vorys request that all notices given or required to be given and all papers served in these cases be given to and served upon the following:

| | |
|---|---|
| Michael D. DeBaecke, Esquire<br>*Blank Rome LLP*<br>1201 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: DeBaecke@blankrome.com | Tiffany Strelow Cobb, Esquire<br>*Vorys, Sater, Seymour and Pease LLP*<br>52 East Gay Street<br>Columbus, OH 43215<br>Telephone: (614) 464-8322<br>Facsimile: (614) 719-4663<br>Email: tscobb@vorys.com |

---

[1] The debtors in these chapter 11 cases are: WP Steel Venture LLC; Metal Centers LLC; RG Steel, LLC; RG Steel Railroad Holding, LLC; RG Steel Sparrows Point, LLC; RG Steel Warren, LLC; RG Steel Wheeling, LLC; and RG Steel Wheeling Steel Group, LLC (collectively, "Debtors").

900200.00001/40201946v.1

***PLEASE TAKE FURTHER NOTICE*** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned Debtors or the property of the Debtors, or any of the rights or interests held or asserted by Worthington with respect to the Debtors or property of the Debtors.

***PLEASE TAKE FURTHER NOTICE*** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of Worthington, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against Worthington in these cases or any related case or where any proceeding is to be initiated by complaint against Worthington under applicable non-bankruptcy law, service shall be made on Worthington in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware; (c) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (d) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which Worthington is or may be

entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Worthington expressly reserves and asserts.

Dated: June 26, 2012

                               **BLANK ROME LLP**

                               */s/ Michael D. DeBaecke*
                               Michael D. DeBaecke (No. 3186)
                               1201 Market Street, Suite 800
                               Wilmington, DE 19801
                               Telephone:   (302) 425-6400

                                      and

                               Tiffany Strelow Cobb (Ohio Bar No. 0067516)
                               **VORYS, SATER, SEYMOUR AND PEASE LLP**
                               52 East Gay Street
                               Columbus, OH 43215
                               Telephone:   (614) 464-8322

                               *Counsel to The Worthington Steel Company*