## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x

In re                                      :    Chapter 11
                                           :
WP Steel Venture LLC, et al.,[1]           :    Case No. 12-11661 (KJC)
                                           :
                        Debtors.           :    (Jointly Administered)

------------------------------------------------------x

### NOTICE OF SALE OF CERTAIN ASSETS PURSUANT TO THAT CERTAIN ORDER AUTHORIZING AND APPROVING (I) SALE OF WARREN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on August 31, 2012, the Court entered the *Order Authorizing and Approving the Sale of Warren Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief* [D.I. 1072] (the "**Sale Order**") that, among other things, approved that certain Asset Purchase Agreement, dated as of August 7, 2012 (as amended, supplemented or otherwise modified from time to time, the "**APA**"),[2] between RG Steel Warren, LLC ("**RG Wheeling**"), one of the debtors and debtors in possession in the above-captioned cases (the "**Debtors**"), and CJ Betters Enterprises, Inc.[3] and BDM Warren Steel Holdings, LLC (collectively, "**Purchaser**") for the sale of certain assets of the Debtors located in Warren, Ohio and specified in the APA (the "**Purchased Assets**"), free and clear of liens, claims, encumbrances and interests.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 7 of the Sale Order, on September 6, 2012, and September 21, 2012, RG Wheeling and the Purchaser executed certain amendments to the APA (respectively, the "**First Amendment**" and "**Second Amendment**").[4]

---

[1]     If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses:  (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927).  The Debtors' executive headquarters' address is 1430 Sparrows Point Boulevard, Sparrows Point, MD  21219.

[2]     A copy of the APA is annexed hereto as Exhibit A.  Unless otherwise defined, capitalized terms shall have the meanings ascribed to them in the APA.

[3]     On September 21, 2012, CJ Betters Enterprises, Inc. transferred all of its right, title and interest in, to and under the APA to BDM Warren Steel Holdings, LLC.

[4]     Copies of the First Amendment and Second Amendment are annexed hereto as Exhibit B and Exhibit C, respectively.

**PLEASE TAKE FURTHER NOTICE** that on September 21, 2012, the sale of the Purchased Assets to the Purchaser pursuant to the APA was consummated. Pursuant to Rule 6004(f) of the Federal Rules of Bankruptcy Procedure, this notice sets forth the following information with respect to the sale of the Purchased Assets:

| Name of Purchasers: | CJ Betters Enterprises, Inc. | BDM Warren Steel Holdings, LLC |
|---|---|---|
| | c/o Robert O. Lampl | c/o Robert O. Lampl |
| | 960 Penn Avenue, Suite 1200 | 960 Penn Avenue, Suite 1200 |
| | Pittsburgh, PA 15222 | Pittsburgh, PA 15222 |

Purchase Price:    $15,494,693.86

Description of Purchased Assets:  All assets identified in Section 1.1 of the APA, including without limitation, equipment and owned real property, but excluding the Excluded Assets as set forth in Section 1.2 of the APA.

Description of Assumed Liabilities:  All Real Estate Taxes and liabilities identified in Sections 1.3 and 1.7 of the APA, including, without limitation, all Liabilities related to or arising out of the Purchased Assets arising after the Closing, but excluding the Excluded Liabilities set forth in Section 1.4 of the APA.

**PLEASE TAKE FURTHER NOTICE** that this notice is being filed with the Court and served on:  (i) the Office of the United States Trustee for the District of Delaware; (ii) the Official Committee of Unsecured Creditors appointed in the Debtors' cases; (iii) counsel to the agents for the Debtors' prepetition and postpetition senior secured lenders; (iv) counsel to the agent for the Debtors' prepetition junior secured lenders; (v) counsel to The Renco Group, Inc., a secured noteholder; (vi) all parties known by the Debtors to assert a lien on the Purchased Assets; (vii) counsel for the United States Environmental Protection Agency (United States Department of Justice, P.O. Box 7611, Washington, DC 20044 – Attn: Michael J. Zoeller); and (viii) counsel to the Ohio Environmental Protection Agency.

Dated: September 25, 2012
   Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Erin R. Fay*
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Erin R. Fay (No. 5268)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
(302) 658-3989 (Fax)
rdehney@mnat.com
gwerkheiser@mnat.com
efay@mnat.com

-and-

WILLKIE FARR & GALLAGHER LLP
Matthew A. Feldman
Shaunna D. Jones
Weston T. Eguchi
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
(212) 728-8111 (Fax)
mfeldman@willkie.com
sjones@willkie.com
weguchi@willkie.com

*Co-Counsel to the Debtors and
Debtors in Possession*

6485726.1

- 3 -

**EXHIBIT A**

## **EXHIBIT B**

**EXHIBIT C**