# EXHIBIT B

## AMENDMENT TO ASSET PURCHASE AGREEMENT

This Amendment to Asset Purchase Agreement (this "Amendment"), dated as of September 6, 2012, is made and entered into by and among RG Steel Warren, LLC, a Delaware limited liability company ("Seller"), CJ Betters Enterprises, Inc., a Pennsylvania corporation ("Purchaser 1") and BDM Warren Steel Holdings, LLC, an Ohio limited liability company ("Purchaser 2" and together with Purchaser 1, "Purchaser"). Capitalized terms used in this Amendment but not otherwise defined herein shall have the respective meanings ascribed to them in the Purchase Agreement (as defined below).

## RECITALS:

WHEREAS, Seller and Purchaser entered into that certain Asset Purchase Agreement, dated as of August 7, 2012 (the "Purchase Agreement"); and

WHEREAS, the parties to the Purchase Agreement desire to amend the Purchase Agreement pursuant to Section 11.3 thereof.

NOW THEREFORE, in consideration of the foregoing and the mutual covenants, and agreements hereinafter set forth, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound, hereby agree as follows:

1. Section 3.4(e). Section 3.4(e) of the Purchase Agreement is hereby amended by deleting it in its entirety and inserting the following in lieu thereof:

    "(e)  by Purchaser, if (i) the Sale Order shall not have been entered by the Bankruptcy Court by 11:59 p.m. (New York City time) on September 18, 2012 or (ii) following entry of the Sale Order, the Sale Order shall (A) fail to be in full force and effect, (B) have been reversed, (C) have been stayed and such stay shall continue to be in effect for more than fourteen (14) days, or (D) have been modified or amended in any manner adverse to Purchaser without the prior written consent of Purchaser;"

2. Section 6.1(a). Section 6.1(a) of the Purchase Agreement is hereby amended by deleting it in its entirety and inserting the following in lieu thereof:

    "(a)  Seller shall use its commercially reasonable efforts to: (i) obtain entry by the Bankruptcy Court of the Sale Order no later than September 18, 2012, and (ii) subject to the satisfaction of the conditions precedent in this Agreement, consummate the Closing as soon as reasonably practicable after the entry by the Bankruptcy Court of the Sale Order."

3. Full Force and Effect. Except as expressly modified by this Amendment, all of the terms, covenants, agreements, conditions and other provisions of the Purchase Agreement shall remain in full force and effect in accordance with their respective terms. This Amendment shall not

8306450.2

constitute an amendment or waiver of any provision of the Purchase Agreement except as expressly set forth herein. Upon the execution and delivery hereof, the Purchase Agreement shall thereupon be deemed to be amended and supplemented as hereinabove set forth as fully and with the same effect as if the amendments and supplements made hereby were originally set forth in the Purchase Agreement, and this Amendment and the Purchase Agreement shall henceforth be read, taken and construed as one and the same instrument, but such amendments and supplements shall not operate so as to render invalid or improper any action heretofore taken under the Purchase Agreement. In the event of any inconsistency between this Amendment and the Purchase Agreement with respect to the matters set forth herein, this Amendment shall take precedence.

4.   Governing Law. THIS AMENDMENT IS TO BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH FEDERAL BANKRUPTCY LAW, TO THE EXTENT APPLICABLE, AND WHERE STATE LAW IS IMPLICATED, THE LAWS OF THE STATE OF NEW YORK SHALL GOVERN, WITHOUT GIVING EFFECT TO THE CHOICE OF LAW PRINCIPLES THEREOF (EXCEPT SECTIONS 5-1401 AND 5-1402 OF THE GENERAL OBLIGATIONS LAW OF THE STATE OF NEW YORK), INCLUDING ALL MATTERS OF CONSTRUCTION, VALIDITY AND PERFORMANCE.

5.   Counterparts. This Amendment may be executed in several counterparts, each of which shall be deemed an original and all of which shall together constitute one and the same instrument.

**[remainder of page intentionally left blank]**

IN WITNESS WHEREOF, the parties have duly executed this Amendment as of the date first above written.

**SELLER**

RG STEEL WARREN, LLC

By: *[signature]*
Name: RICHARD D CARUSO
Title: CFO

*[Signature Page to the Amendment to the Asset Purchase Agreement]*

**PURCHASER**

CJ BETTERS ENTERPRISES, INC.

By: _____
    Name:
    Title:

BDM WARREN STEEL HOLDINGS, LLC

By: _____
    Name:
    Title:

*[Signature Page to the Amendment to the Asset Purchase Agreement]*