IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re                                   :     Chapter 11
                                        :
WP Steel Venture LLC, et al.,[1]        :     Case No. 12-11661 (KJC)
                                        :
            Debtors.                    :     (Jointly Administered)
------------------------------------------------------x

### NOTICE OF SALE OF CERTAIN ASSETS PURSUANT TO THAT CERTAIN ORDER ESTABLISHING PROCEDURES FOR THE SALE OR ABANDONMENT OF EXCESS ASSETS

**PLEASE TAKE NOTICE** that, on June 21, 2012, the Court entered the *Order Establishing Procedures for the Sale or Abandonment of Excess Assets* [D.I. 348] (the "**Excess Assets Order**") that, among other things, established certain procedures for the sale or abandonment of certain excess assets without the need for further court approval. On September 18, 2012, in accordance with the Excess Assets Order, RG Steel Wheeling, LLC, one of the debtors and debtors in possession in the above-captioned cases (the "**Debtors**"), provided notice [D.I. 1202] of a proposed sale of certain assets located in Fallon, Nevada (the "**Assets**") and specified in an agreement dated September 12, 2012 (the "**Purchase Agreement**")[2] to New Millennium Building Systems, LLC (the "**Purchaser**") free and clear of liens, claims encumbrances and interests.

**PLEASE TAKE FURTHER NOTICE** that on October 9, 2012, the sale of the Assets to the Purchaser pursuant to the Purchase Agreement was consummated. Pursuant to Rule 6004(f) of the Federal Rules of Bankruptcy Procedure, this notice sets forth the following information with respect to the sale of the Purchased Assets:

Name of Purchaser:          New Millennium Building Systems, LLC

Address of Purchaser:       New Millennium Building Systems, LLC
                            7575 West Jefferson Boulevard
                            Fort Wayne, Indiana 46804

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The Debtors' executive headquarters' address is 1430 Sparrows Point Boulevard, Sparrows Point, MD 21219.

[2] A copy of the Purchase Agreement is annexed hereto as Exhibit A. Unless otherwise defined, capitalized terms shall have the meanings ascribed to them in the Purchase Agreement.

<u>Purchase Price</u>:        $171,600.00

<u>Description of Assets</u>:    The Assets sold consist of the Real Property, together with any and all improvements, rights, privileges, rights of way, easements appurtenant and certain water rights, but excluding Mineral Interests, located at 8090 Woolery Way, Fallon, Nevada.

**PLEASE TAKE FURTHER NOTICE** that this notice is being filed with the Court and served on: (i) the Office of the United States Trustee for the District of Delaware; (ii) the Official Committee of Unsecured Creditors appointed in the Debtors' cases; (iii) counsel to the agents for the Debtors' prepetition and postpetition senior secured lenders; (iv) counsel to the agent for the Debtors' prepetition junior secured lenders; (v) counsel to The Renco Group, Inc., a secured noteholder; (vi) all parties known by the Debtors to assert a lien on the Purchased Assets; (vii) counsel for the United States Environmental Protection Agency (United States Department of Justice, P.O. Box 7611, Washington, DC 20044 – Attn: Michael J. Zoeller); and (viii) counsel to the Nevada Division of Environmental Protection.

Dated: October 17, 2012  
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Robert J. Dehney (No. 3578)
Erin R. Fay (No. 5268)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
(302) 658-3989 (Fax)
rdehney@mnat.com
efay@mnat.com

-and-

WILLKIE FARR & GALLAGHER LLP
Matthew A. Feldman
Shaunna D. Jones
Weston T. Eguchi
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
(212) 728-8111 (Fax)
mfeldman@willkie.com
sjones@willkie.com
weguchi@willkie.com

*Co-Counsel to the Debtors and Debtors in Possession*

6556643.1