# Exhibit "F"

## **Mediator List**

1. William P. Bowden, Esq.
   Ashby & Geddes, A Professional Association
   500 Delaware Avenue
   P.O. Box 1150
   Wilmington, DE 19899

2. Bonnie Glantz Fatell, Esq.
   Blank Rome LLP
   1201 Market Street
   Suite 800
   Wilmington, DE 19801

3. Mark E. Felger, Esq.
   Cozen O'Connor
   1201 North Market Street
   Wilmington, Delaware 19801

4. Eric J. Haber, Esq.
   Cooley LLP
   The Grace Building
   1114 Avenue of the Americas
   New York, NY 10036-7798

5. Paul A. Rubin, Esq.
   Herrick, Feinstein LLP
   2 Park Avenue
   New York, New York 10016

6. Bradford J. Sandler, Esq.
   Pachulski Stang Ziehl & Jones LLP
   919 North Market Street
   17th Floor
   Wilmington, DE 19801

7. Edward L. Schnitzer, Esq.
   Hahn & Hessen LLP
   488 Madison Avenue
   New York, NY 10022