IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WP Steel Venture LLC, et al.,[1]<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 12-11661 (KJC)<br><br>(Jointly Administered) |
| RG Steel Sparrows Point, LLC, Debtor in Possession,<br><br>                                        Plaintiff,<br>v.<br><br>Defendants Listed on Exhibit "A" served herewith, | Adv. No.: See Exhibit "A" |
| RG Steel Warren, LLC, Debtor in Possession,<br><br>                                        Plaintiff,<br>v.<br><br>Defendants Listed on Exhibit "B" served herewith, | Adv. No.: See Exhibit "B" |
| RG Steel Wheeling, LLC, Debtor in Possession,<br><br>                                        Plaintiff,<br>v.<br><br>Defendants Listed on Exhibit "C" served herewith. | Adv. No.: See Exhibit "C" |

**CERTIFICATION OF COUNSEL REGARDING PLAINTIFFS' MOTION FOR ORDERS ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY RG STEEL SPARROWS POINT, LLC, DEBTOR IN POSSESSION, RG STEEL WARREN, LLC, DEBTOR IN POSSESSION AND RG STEEL WHEELING, LLC, DEBTOR IN POSSESSION PURSUANT TO SECTIONS 502, 547, 548 AND 550 OF THE BANKRUPTCY CODE**

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927).  The Debtors' executive address is 1430 Sparrows Point Boulevard, Sparrows Point, MD 21219.

I, Ronald S. Gellert, of Gellert Scali Busenkell & Brown, LLC, counsel for the plaintiffs in the above-captioned adversary proceedings (the "Adversary Proceedings"), hereby certify as follows:

1. In January and February, 2013, RG Steel Sparrows Point, LLC, Debtor in Possession, RG Steel Warren, LLC, Debtor in Possession, and RG Steel Wheeling, LLC, Debtor in Possession (collectively, the "Plaintiffs") initiated adversary proceedings by filing complaints against various defendants listed in Exhibit "A," Exhibit "B," and Exhibit "C" (the "Defendants") served concurrently herewith.

2. On February 13, 2013, the Plaintiffs filed a procedures motion (the "Procedures Motion") seeking entry of a streamlined procedures order to govern all Adversary Proceedings.

3. A hearing was held on the Procedures Motion on March 7, 2013, at which hearing Plaintiffs, various Defendants, and the Court commented on the proposed procedures orders (the "Procedures Orders"). The Court directed Plaintiffs to revise and distribute to Defendants a redline of the Procedures Orders consistent with the comments at the hearing.

4. Pursuant to the Court's directives, the Plaintiffs filed on March 11, 2013, a redline (the "First Redline") of the Procedures Orders.

5. Thereafter, Plaintiffs took into account suggested additional changes to the proposed Procedures Orders provided by Defendants during the week of March 11, 2013.

6. Said changes that were agreed to by Plaintiffs were incorporated into the second redline (the "Second Redline") of the Procedures Orders as Exhibits "D" and "E" and filed on March 18, 2013.

7. A second hearing was held on the Procedures Motion on March 20, 2013, at which hearing Plaintiffs, various Defendants, and the Court commented on the Second Redline.

The Court directed Plaintiffs to revise and distribute to Defendants a third redline of the Procedures Orders consistent with the comments at the hearing.

8. On March 22, 2013, Plaintiffs counsel provided a third redline ("Third Redline") via electronic mail to parties who provided objections at the March 20, 2013 hearing.

9. Thereafter, Plaintiffs took into account suggested additional changes to the proposed Procedures Orders, and Plaintiffs and the commenting parties were able to resolve all issues. Those changes agreed to by the parties were incorporated into a fourth redline ("Fourth Redline").

10. Plaintiffs submit the Fourth Redline for entry by the Court at its earliest convenience.

Dated: April 1, 2013

GELLERT SCALI BUSENKELL & BROWN, LLC

Local Counsel    By:    /s/ Ronald S. Gellert
Ronald S. Gellert (DE 4259)
Michael Busenkell (DE 3933)
913 North Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5800
Fax: (302) 425-5814
E-Mail: rgellert@gsbblaw.com

and

Primary Counsel
(Please Contact Primary Counsel)

Joseph L. Steinfeld, Jr., DC SBN 297101,
 MN SBN 0266292, VA SBN 18666
Gary D. Underdahl, MN SBN 0301693
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Fax: (651) 406-9676
E-Mail: gunderdahl@askllp.com

and

Edward E. Neiger, Esq.
Marianna Udem, Esq.
Sahar Hakakian, Esq.
ASK LLP
151 West 46th Street, 4th Floor
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: shakakian@askllp.com

*Attorneys for Plaintiff, RG Steel Sparrows Point, LLC, Debtor in Possession, RG Steel Warren, LLC, Debtor in Possession and RG Steel Wheeling, LLC, Debtor in Possession*