IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WP Steel Venture, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 12-11661 (KJC)<br>(Jointly Administered)<br><br>Related to Docket Nos. 2817, 2827 and 2846<br><br>Hearing Date: 5/30/13 at 10:00 a.m. |

**RE-NOTICE OF MOTION OF THE RENCO GROUP, INC. AND IRA L. RENNERT PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(b), BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1, TO FILE CERTAIN EXHIBITS UNDER SEAL RELATED TO THE OBJECTION OF THE RENCO GROUP, INC. AND IRA L. RENNERT TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING LEAVE, STANDING AND AUTHORITY TO COMMENCE, PROSECUTE, AND SETTLE CERTAIN CLAIMS ON BEHALF OF THE DEBTORS' ESTATES**

PLEASE TAKE NOTICE that on April 2, 2013, The Renco Group, Inc. ("Renco") and Ira L. Rennert ("Mr. Rennert", together with Renco, "Movants") filed the *Motion of The Renco Group, Inc. and Ira L. Rennert Pursuant to 11 U.S.C. §§ 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1, to File Certain Exhibits Under Seal Related to the Objection of The Renco Group, Inc. and Ira L. Rennert to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates* (the "Motion") [D.I..2817]. You previously were served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion has been rescheduled, and will now be held on **May 30, 2013 at 10:00 a.m. (Eastern Daylight Time)**,

---

[1] The debtors in these cases are WP Steel Venture LLC, Metal Centers LLC, RG Steel LLC, RG Steel Railroad Holding LLC, RG Steel Sparrows Point LLC, RG Steel Warren LLC, RG Steel Wheeling LLC, and RG Steel Wheeling Steel Group LLC (collectively, the "Debtors").

before the Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801.

Dated: April 17, 2013

CONNOLLY GALLAGHER LLP

*/s/ Karen C. Bifferato*

Karen C. Bifferato (No. 3279)
N. Christopher Griffiths (No. 5180)
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 757-7300
Facsimile: (302) 757-7299

- and -

Mark C. Ellenberg (admitted pro hac vice)
Peter Friedman (admitted pro hac vice)
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

- and -

Jonathan M. Hoff (admitted pro hac vice)
Joshua R. Weiss (admitted pro hac vice)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

*Attorneys for The Renco Group, Inc. and Ira L. Rennert*

05052392