## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WP Steel Venture LLC, <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11661 (KJC)<br><br>(Jointly Administered) |
| RG Steel Sparrows Point, LLC, Debtor in Possession,<br><br>Plaintiff,<br><br>v.<br><br>Defendants Listed Below,<br><br>Defendants. | **STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTIONS ASSIGNED TO THE HONORABLE KEVIN J. CAREY** |

| Defendant | Adversary Number |
|---|---|
| A. B. Filicko, Inc. | 13-50019 |
| A. C. Schultes of Maryland, Inc. | 13-50004 |
| A.S. & L. Industrial Services, Inc. dba Adey Sanchez & Lewis | 13-50017 |
| A2Z Environmental Group, LLC | 13-50291 |
| Ace Environmental Services, LLC | 13-50025 |
| Acme Industrial, Inc. | 13-50032 |
| Aerotek, Inc. | 13-50049 |
| Affival, Inc. | 13-50791 |
| AJF, Inc. | 13-50081 |
| Akers National Roll Company dba Vertical Seal Company | 13-50217 |
| Alabama Copper Bronze Co., Inc. dba Alabama Copper & Bronze Company | 13-50016 |
| Alcan Primary Products Company LLC dba Alcan Ingot Products Corp. | 13-50006 |
| Aleris Specialty Products, Inc. dba Granular Aluminum Products | 13-50114 |
| Alfa Laval, Inc. dba Alfa Laval Thermal, Inc. | 13-50020 |
| Allied Mineral Products, Inc. | 13-50014 |
| Allor Manufacturing, Inc. | 13-50034 |
| Alloys & Coke Co., Inc. | 13-50793 |

---

1  If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses:
   (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927).   The Debtors' executive address is 1430 Sparrows Point Boulevard, Sparrows Point, MD 21219.

| | |
|---|---|
| AMEPA America, Inc. | 13-50007 |
| Anthracite Industries, Inc. | 13-50059 |
| Applied Industrial Technologies, Inc. | 13-50795 |
| Aras Company, Inc. | 13-50073 |
| Arm Enertech Associates, LLC fka Ener-Tech Associates, Inc. | 13-50056 |
| ARM Group, Inc. | 13-50079 |
| Asgco Mfg., Inc. | 13-50083 |
| ASI System Integration, Inc. | 13-50088 |
| Associated Steel Company, Inc. dba North American Steel Company | 13-50252 |
| Auston Contracting, Inc. | 13-50008 |
| B & T Express, Inc. | 13-50018 |
| Back River Transport | 13-50095 |
| Baltimore Gas and Electric Company | 13-50274 |
| Baltimore Scrap Corp. | 13-50099 |
| Berenato & White, LLC fka Berenato, White & Stavish, LLC | 13-50794 |
| Berg Bros. Recycling, Inc. dba Berg Recycling, Inc. | 13-50107 |
| BFPE International, Inc. | 13-50009 |
| Big Boy's Rigging Service, Inc. | 13-50112 |
| Biologic International | 13-50124 |
| Blair Logistics, LLC | 13-50128 |
| Boyd Bros. Transportation Inc. | 13-50010 |
| Brammer Standard Company, Inc. | 13-50799 |
| Branch Group, Inc. dba Rexel Branch Electrical | 13-50162 |
| Brenntag Northeast, INC | 13-50139 |
| BSP, Inc. | 13-50147 |
| Builders Transportation Co., LLC | 13-50801 |
| Burch Materials Company, Inc. | 13-50021 |
| BWI Sparrows Point, LLC | 13-50022 |
| C. H. Reed Inc. | 13-50035 |
| Cable Enterprises, Inc. and Coordinators, Inc. | 13-50045 |
| Carlstan Machining, Inc. | 13-50024 |
| Carmeuse Lime, Inc. | 13-50797 |
| Cellco Partnership dba Verizon Wireless | 13-50275 |
| Central Maintenance Corp. | 13-50026 |
| Chadderton Trucking, Inc. | 13-50029 |
| Chemtreat, Inc. | 13-50033 |
| Chrome Deposit Corporation | 13-50798 |
| Clark Machine Corporation | 13-50037 |

| | |
|---|---|
| Clean Venture, Inc. | 13-50013 |
| Cockey's Enterprises, Inc. | 13-50039 |
| Consolidated Cargo Carriers, Inc. | 13-50041 |
| Consolidated Scrap Resources, Inc. | 13-50276 |
| CPSI IT Consulting & Staffing | 13-50800 |
| Crown Security System, Inc. | 13-50231 |
| CRST Logistics, Inc. dba CRST Flatbed, Inc. | 13-50047 |
| CSL International, Inc. | 13-50050 |
| CSX Transportation, Inc. | 13-50778 |
| CVL Technical Sales, Inc. | 13-50051 |
| D. Pierce Transportation, Inc. | 13-50805 |
| Diversco, Inc. dba Diversco Integrated Services | 13-50061 |
| Diversified Chemical Technologies, Inc. | 13-50057 |
| Dongbu Metal USA Inc. | 13-50802 |
| Dueco, Inc. | 13-50066 |
| Ease Painting & Construction, Inc. | 13-50030 |
| Eastern Automation Service, LLC | 13-50069 |
| Echelon Service Company | 13-50036 |
| ESM II LP | 13-50808 |
| Filnor, Inc. | 13-50236 |
| Filter Tech, Inc. | 13-50067 |
| Fitzgerald Salvage and Recycling, Inc. dba Fitzgerald Auto Salvage | 13-50075 |
| Garrod Hydraulics, Inc. | 13-50091 |
| GE Betz, Inc. | 13-50096 |
| GE Energy and Industrial Services, Inc. | 13-50100 |
| GeGa Corp. | 13-50237 |
| Geiger Pump and Equipment Company | 13-50102 |
| Gill-Simpson, Inc. | 13-50105 |
| Golden Ocean Management AS | 13-50108 |
| Goodman Services, Inc. | 13-50238 |
| Gottlieb Inc. | 13-50810 |
| Graybar Electric Company, Inc. | 13-50118 |
| Graymont Dolime (OH) Inc. aka Graymont Capital, Inc. | 13-50239 |
| Grayson Mitchell, Inc. | 13-50121 |
| Great American Lines, Inc. | 13-50811 |
| H & K Equipment, Inc. dba H & K Equipment Co., Inc. | 13-50054 |
| Hampton Roads Testing Laboratories, Inc. | 13-50137 |
| Hanco, Ltd. | 13-50812 |
| Hanover Engineering Associates, Inc. | 13-50240 |

| | |
|---|---|
| Harris Camden Terminal Equipment Inc. | 13-50141 |
| Henkel Corporation dba Henkel Surface Technologies | 13-50044 |
| Heraeus Electro-Nite Co., LLC | 13-50046 |
| Houston Structures, Inc. | 13-50058 |
| Hunter Lift, Ltd. | 13-50063 |
| Hydratec, Inc. | 13-50241 |
| Illinois Tool Works, Inc. dba ITW Metals Group | 13-50243 |
| Imperial Zinc Corp. | 13-50813 |
| Industrial Refrigeration Service, Inc. | 13-50070 |
| Industrial Services Contractors, Inc. | 13-50068 |
| Infor Global Solutions (Michigan), Inc. | 13-50814 |
| Innovative Alloy Services, LLC | 13-50071 |
| Innovative Practical Approach, Inc. | 13-50242 |
| Insource Software Solutions, Inc. | 13-50815 |
| Integrated Power Services, LLC | 13-50076 |
| ITRCO, L.P. dba ITR, Inc. | 13-50129 |
| J Cunius & Associates Ltd | 13-50133 |
| J. Gibson McIlvain Company | 13-50136 |
| J. P. Donmoyer, Inc. | 13-50142 |
| J. P. Graham Transport, Inc. | 13-50144 |
| JMA Rail Products Co. | 13-50244 |
| John S. Connor, Inc. | 13-50140 |
| KCI Technologies, Inc. | 13-50149 |
| Kenwal Steel Corp. | 13-50151 |
| Keystone Acquisition Company, Inc. dba Keystone Electric Co., Inc. | 13-50816 |
| Keystone Insulator - Cleaner, Inc. | 13-50169 |
| Kinder Morgan Bulk Terminal, Inc. | 13-50818 |
| Krentzman Metals Corporation | 13-50803 |
| KT-Grant, Inc. | 13-50820 |
| Lacy Foundries, LLC | 13-50171 |
| Lafarge Building Materials, Inc. | 13-50072 |
| Lee Supply Company, Inc. | 13-50074 |
| Lester Fellows Co. | 13-50077 |
| Liedtka Trucking, Inc. | 13-50078 |
| Lincoln Manufacturing, Inc. | 13-50082 |
| Loveman Steel Corporation | 13-50084 |
| L-S Industries, Inc. | 13-50246 |
| Lyons Industries, Inc. | 13-50086 |

| | |
|---|---|
| M.S.S.I., Inc. dba M.S.S.I. Refractory | 13-50116 |
| MacPherson Engineering, Inc. dba MacPherson & Company | 13-50087 |
| Magneco/Metrel, Inc. | 13-50780 |
| Man Diesel & Turbo North America Inc. and Man Turbo, Inc. USA | 13-50247 |
| Mawson & Mawson, Inc. | 13-50823 |
| Maxim Crane Works, L.P. | 13-50094 |
| Metal Strategies, Inc. | 13-50830 |
| Metalico Aluminum Recovery, Inc. | 13-50098 |
| Metalworking Lubricants Company | 13-50097 |
| Mickelson & Company, LLC | 13-50832 |
| M-Line, Inc. | 13-50104 |
| Mobile Dredging & Pumping Co. | 13-50249 |
| Mono Ceramics, Inc. | 13-50833 |
| Monumental Supply Company, Inc. | 13-50106 |
| Morgantown Machine & Hydraulics of Ohio, Inc. and Swanson Industries, Inc. | 13-50284 |
| Morris Iron & Steel Co. Inc. | 13-50109 |
| Motion Industries, Inc. | 13-50111 |
| Nalco Company | 13-50119 |
| New Berry, Inc. dba Berry Metal Company | 13-50101 |
| Norfolk Southern Railway Company | 13-50278 |
| North American Refractories Company | 13-50090 |
| Northeast Industrial Bolting and Torque, LLC | 13-50093 |
| Oak Mountain Industries, Inc. | 13-50110 |
| Oakes Foundry, Inc. | 13-50785 |
| OCMET, Inc. | 13-50117 |
| Oracle Corporation dba Oracle USA, Inc. | 13-50253 |
| Otis Elevator Company | 13-50834 |
| P & S Transportation, Inc. | 13-50164 |
| P. I. & I. Motor Express, Inc. | 13-50157 |
| P.C. Campana, Inc. | 13-50817 |
| Paul Wurth, Inc. | 13-50835 |
| Paving & Contracting, Etc. Inc. | 13-50254 |
| PCL (Shipping) Pte. Ltd. | 13-50289 |
| Peg Hopkins, Inc. dba PHI Environmental Consulting | 13-50804 |
| Pennsylvania Tool Sales & Service, Inc. | 13-50148 |
| Pennzoil-Quaker State Company dba Sopus Products and Shell Oil Company and PPC Lubricants, Inc. | 13-50262 |

| | |
|---|---|
| Phelps Industrial Products, Inc. | 13-50152 |
| Philip R. Walker & Associates, Inc. | 13-50043 |
| Phoenix Process Equipment Co. | 13-50154 |
| Phoenix Services, LLC | 13-50155 |
| Plastech Services, Inc. | 13-50255 |
| Pollock Research & Design, Inc. dba Reading Crane and Engineering Company | 13-50146 |
| Praxair Distribution Mid-Atlantic, LLC dba GTS-Welco | 13-50130 |
| Praxair Surface Technologies, Inc. aka Praxair, Inc. | 13-50158 |
| Praxair, Inc. | 13-50819 |
| Premier Elkhorn Coal Company | 13-50160 |
| Proconex Inc. | 13-50161 |
| Procurement Specialty Group, Inc. | 13-50821 |
| Protrade Steel Company, Ltd. | 13-50806 |
| Pug's Fuel Service, Inc. | 13-50165 |
| Pump & Power Equipment Corp. | 13-50166 |
| Quaker Chemical Corporation | 13-50167 |
| Quality Industrial Contracting, Inc. | 13-50168 |
| Quantum Corporate Funding, Ltd. and Rich Roofing, LLC | 13-50286 |
| Reagent Chemical & Research, Inc. | 13-50150 |
| Recycling and Treatment Technologies of Baltimore, LLC dba RTT of Baltimore LLC; and Recycling and Treatment Technologies, LLC dba RT of Baltimore LLC | 13-50287 |
| Refractory Materials International Inc. dba RMI Inc. | 13-50174 |
| Refractory Service Company, Inc. dba Refractory Services Corp. | 13-50153 |
| Regenergy, Inc. | 13-50156 |
| Riggs Distler & Company, Inc. | 13-50258 |
| Riverside Refractories, Inc. | 13-50173 |
| RMS Omega Technologies Group, Inc. | 13-50175 |
| Robinson Fans, Inc. | 13-50259 |
| Ron White's Air Compressor Sales, Inc. dba RWI Industrial aka RWI, Inc. | 13-50176 |
| Safety-Kleen Systems, Inc. dba Safety-Kleen Corporation | 13-50177 |
| Scanlon Associates Industrial Contractors, LLC dba Scanlon Plant | 13-50178 |
| Severstal Dearborn, LLC dba Severstal North America | 13-50179 |
| Sexton & Peake, Incorporated | 13-50180 |
| Siemens Water Technologies Corp. | 13-50822 |
| Smith Services, Inc. | 13-50181 |
| Southern Insulation, Inc. | 13-50183 |

| | |
|---|---|
| Sparrows Point Marine Services, LLC | 13-50185 |
| Spectro Analytical Instruments, Inc. | 13-50186 |
| Spraying Systems Co. | 13-50824 |
| Steel & Machinery Transportation, Inc. | 13-50263 |
| Steel Agents, Inc. | 13-50191 |
| Stevens Engineers & Constructors, Inc. fka Stevens Painton Corporation | 13-50190 |
| Stollberg, Inc. | 13-50825 |
| Sunair Incorporated dba Sunair Co. | 13-50264 |
| Superior Forge & Steel Corporation dba Quality Rolls, Inc. | 13-50256 |
| Swanson Group Ltd. | 13-50194 |
| Swanson Industries, Inc. | 13-50195 |
| T.E.A.M. Service Corporation of New York | 13-50266 |
| Team Industrial Services, Inc. | 13-50197 |
| Terrapin Recycling, LLC | 13-50200 |
| The Davy Roll Company | 13-50201 |
| The Electric Motor Repair Company dba EMR | 13-50234 |
| The Kaplan Trucking Company | 13-50145 |
| The Nock and Son Company | 13-50125 |
| The Overhead Door Company of Balitmore, Incorporated | 13-50135 |
| The Owl Corporation and Owl Metals, Inc. | 13-50285 |
| The Rowland Company | 13-50260 |
| Thermal Transfer Corporation | 13-50202 |
| Thermatex Sales Corporation aka Thermatex Corporation | 13-50267 |
| Timken Industrial Services, LLC | 13-50279 |
| Titan Industrial Services, Inc. | 13-50204 |
| Titan Technologies International, Inc. | 13-50205 |
| Transply, Inc. | 13-50206 |
| Transportation Alliance Bank, Inc. and AWL Logistics LLC | 13-50268 |
| Tricomm Services Corporation | 13-50210 |
| Tri-State Transfer & Salvage, Inc. | 13-50208 |
| Tryon Trucking, Inc. | 13-50211 |
| Tube City IMS, LLC | 13-50829 |
| Tube City IMS, LLC fka Tube City, LLC | 13-50788 |
| U.S. Transportation Services, Inc. | 13-50216 |
| Ultra-Pak, Inc. | 13-50269 |
| UniFirst Corporation | 13-50213 |
| Union Electric Steel Corporation and The Davy Roll Company, Ltd. | 13-50282 |

| | |
|---|---|
| United Bulk Carriers International, Navegacao, Lda - Madeira | 13-50214 |
| United Crane Sales, Inc. fka United Crane & Rigging | 13-50270 |
| United Iron & Metal, LLC | 13-50271 |
| United Rentals, Inc. | 13-50281 |
| Univar USA, Inc. | 13-50807 |
| Upwind Enterprises, LLC dba Spot-A-Pot | 13-50187 |
| Veitsch-Radex America, Inc. dba BNS/Veitsch-Radex America, Inc. | 13-50132 |
| Vesuvius U S A Corporation | 13-50790 |
| Watco Mechanical Services, L.L.C. | 13-50220 |
| Weir Hazleton, Inc. | 13-50221 |
| Wesco Distribution, Inc. | 13-50831 |
| Western Express, Inc. | 13-50222 |
| Wolff Associates, Inc. | 13-50223 |
| Woodings Industrial Corporation | 13-50224 |
| Xtek, Inc. | 13-50809 |
| Xylem Dewatering Solutions, Inc. fdba Godwin Pumps of America, Inc. | 13-50226 |
| York Building Products Co., Inc. | 13-50227 |
| ZENMAR Pneumatic Tools, Inc. dba ZENMAR Power Tool and Hoist Systems | 13-50229 |
| Zimmerman Truck Lines, Inc. | 13-50230 |

**\*   259 ADVERSARY PROCEEDINGS**

Plaintiff files the attached status report providing a status of the above referenced

Adversary Actions in preparation for the April 23, 2013 Status Conference.


Dated:   April 17, 2013:

          GELLERT SCALI BUSENKELL & BROWN, LLC


Local Counsel     By:  */s/ Ronald S. Gellert*
             Ronald S. Gellert (DE 4259)
             Michael Busenkell (DE 3933)
             913 North Market Street, 10th Floor
             Wilmington, DE 19801
             Telephone: (302) 425-5800
             Fax: (302) 425-5814
             E-Mail: rgellert@gsbblaw.com

and

Primary Counsel
(Please Contact Primary Counsel)

Joseph L. Steinfeld, Jr., DC SBN 297101,
MN SBN 0266292, VA SBN 18666
Gary D. Underdahl, MN SBN 0301693
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN   55121
Telephone: (651) 406-9665
Fax: (651) 406-9676
E-Mail: gunderdahl@askllp.com

and

Edward E. Neiger, Esq.
Marianna Udem, Esq.
Sahar Hakakian, Esq.
ASK LLP
151 West 46th Street, 4th Floor
New York, NY   10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: shakakian@askllp.com

*Attorneys for Plaintiff, RG Steel Sparrows Point,
LLC, Debtor in Possession, RG Steel Warren, LLC,
Debtor in Possession and RG Steel Wheeling, LLC,
Debtor in Possession*

## STATUS "A"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| CSL International, Inc. | 13-50050 | Defendant has not yet been served. |
| Golden Ocean Management AS | 13-50108 | Defendant is a foreign entity. Plaintiff will pursue proper service accordingly. |
| PCL (Shipping) Pte. Ltd. | 13-50289 | Defendant is a foreign entity. Plaintiff will pursue proper service accordingly. |
| The Davy Roll Company | 13-50201 | Defendant is a foreign entity. Plaintiff will pursue proper service accordingly. |
| United Bulk Carriers International, Navegacao, Lda - Madeira | 13-50214 | Defendant is a foreign entity. Plaintiff will pursue proper service accordingly. |
| Veitsch-Radex America, Inc. dba BNS/Veitsch-Radex America, Inc. | 13-50132 | Defendant is a foreign entity. Plaintiff will pursue proper service accordingly. |

* 6 Cases

### STATUS "B"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant's Name | Adversary Number | Status |
| --- | --- | --- |
| A. B. Filicko, Inc. | 13-50019 | Defendant's answer to Plaintiff's complaint is not yet due. |
| A. C. Schultes of Maryland, Inc. | 13-50004 | Defendant's answer to Plaintiff's complaint is not yet due. |
| A.S. & L. Industrial Services, Inc. dba Adey Sanchez & Lewis | 13-50017 | Defendant's answer to Plaintiff's complaint is not yet due. |
| A2Z Environmental Group, LLC | 13-50291 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Ace Environmental Services, LLC | 13-50025 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Aerotek, Inc. | 13-50049 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Affival, Inc. | 13-50791 | Defendant's answer to Plaintiff's complaint is not yet due. |
| AJF, Inc. | 13-50081 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Alfa Laval, Inc. dba Alfa Laval Thermal, Inc. | 13-50020 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Allied Mineral Products, Inc. | 13-50014 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Alloys & Coke Co., Inc. | 13-50793 | Defendant's answer to Plaintiff's complaint is not yet due. |
| AMEPA America, Inc. | 13-50007 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Anthracite Industries, Inc. | 13-50059 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Aras Company, Inc. | 13-50073 | Defendant's answer to Plaintiff's complaint is not yet |

## STATUS "B"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

|  |  | due. |
|---|---|---|
| Arm Enertech Associates, LLC fka Ener-Tech Associates, Inc. | 13-50056 | Defendant's answer to Plaintiff's complaint is not yet due. |
| ARM Group, Inc. | 13-50079 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Back River Transport | 13-50095 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Baltimore Scrap Corp. | 13-50099 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Berenato & White, LLC fka Berenato, White & Stavish, LLC | 13-50794 | Defendant's answer to Plaintiff's complaint is not yet due. |
| BFPE International, Inc. | 13-50009 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Biologic International | 13-50124 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Blair Logistics, LLC | 13-50128 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Brenntag Northeast, INC | 13-50139 | Defendant's answer to Plaintiff's complaint is not yet due. |
| BSP, Inc. | 13-50147 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Builders Transportation Co., LLC | 13-50801 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Burch Materials Company, Inc. | 13-50021 | Defendant's answer to Plaintiff's complaint is not yet due. |
| C. H. Reed Inc. | 13-50035 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Cellco Partnership dba Verizon Wireless | 13-50275 | Defendant's answer to Plaintiff's complaint is not yet due. |

### STATUS "B"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| | | |
|---|---|---|
| Chadderton Trucking, Inc. | 13-50029 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Clean Venture, Inc. | 13-50013 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Cockey's Enterprises, Inc. | 13-50039 | Defendant's answer to Plaintiff's complaint is not yet due. |
| CPSI IT Consulting & Staffing | 13-50800 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Crown Security System, Inc. | 13-50231 | Defendant's answer to Plaintiff's complaint is not yet due. |
| CRST Logistics, Inc. dba CRST Flatbed, Inc. | 13-50047 | Defendant's answer to Plaintiff's complaint is not yet due. |
| CSX Transportation, Inc. | 13-50778 | Defendant's answer to Plaintiff's complaint is not yet due. |
| CVL Technical Sales, Inc. | 13-50051 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Diversified Chemical Technologies, Inc. | 13-50057 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Dongbu Metal USA Inc. | 13-50802 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Dueco, Inc. | 13-50066 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Ease Painting & Construction, Inc. | 13-50030 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Echelon Service Company | 13-50036 | Defendant's answer to Plaintiff's complaint is not yet due. |
| ESM II LP | 13-50808 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Filnor, Inc. | 13-50236 | Defendant's answer to |

# STATUS "B"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

|  |  |  |
|---|---|---|
|  |  | Plaintiff's complaint is not yet due. |
| Fitzgerald Salvage and Recycling, Inc. dba Fitzgerald Auto Salvage | 13-50075 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Garrod Hydraulics, Inc. | 13-50091 | Defendant's answer to Plaintiff's complaint is not yet due. |
| GE Betz, Inc. | 13-50096 | Defendant's answer to Plaintiff's complaint is not yet due. |
| GE Energy and Industrial Services, Inc. | 13-50100 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Geiger Pump and Equipment Company | 13-50102 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Goodman Services, Inc. | 13-50238 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Gottlieb Inc. | 13-50810 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Grayson Mitchell, Inc. | 13-50121 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Great American Lines, Inc. | 13-50811 | Defendant's answer to Plaintiff's complaint is not yet due. |
| H & K Equipment, Inc. dba H & K Equipment Co., Inc. | 13-50054 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Hampton Roads Testing Laboratories, Inc. | 13-50137 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Hanco, Ltd. | 13-50812 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Hanover Engineering Associates, Inc. | 13-50240 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Harris Camden Terminal Equipment Inc. | 13-50141 | Defendant's answer to Plaintiff's complaint is not yet |

### STATUS "B"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| | | due. |
|---|---|---|
| Heraeus Electro-Nite Co., LLC | 13-50046 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Houston Structures, Inc. | 13-50058 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Hydratec, Inc. | 13-50241 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Imperial Zinc Corp. | 13-50813 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Infor Global Solutions (Michigan), Inc. | 13-50814 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Innovative Alloy Services, LLC | 13-50071 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Innovative Practical Approach, Inc. | 13-50242 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Insource Software Solutions, Inc. | 13-50815 | Defendant's answer to Plaintiff's complaint is not yet due. |
| ITRCO, L.P. dba ITR, Inc. | 13-50129 | Defendant's answer to Plaintiff's complaint is not yet due. |
| J Cunius & Associates Ltd | 13-50133 | Defendant's answer to Plaintiff's complaint is not yet due. |
| J. Gibson McIlvain Company | 13-50136 | Defendant's answer to Plaintiff's complaint is not yet due. |
| KCI Technologies, Inc. | 13-50149 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Keystone Acquisition Company, Inc. dba Keystone Electric Co., Inc. | 13-50816 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Krentzman Metals Corporation | 13-50803 | Defendant's answer to Plaintiff's complaint is not yet due. |

# STATUS "B"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| | | |
|---|---|---|
| KT-Grant, Inc. | 13-50820 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Lacy Foundries, LLC | 13-50171 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Lafarge Building Materials, Inc. | 13-50072 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Lester Fellows Co. | 13-50077 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Liedtka Trucking, Inc. | 13-50078 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Lincoln Manufacturing, Inc. | 13-50082 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Lyons Industries, Inc. | 13-50086 | Defendant's answer to Plaintiff's complaint is not yet due. |
| M.S.S.I., Inc. dba M.S.S.I. Refractory | 13-50116 | Defendant's answer to Plaintiff's complaint is not yet due. |
| MacPherson Engineering, Inc. dba MacPherson & Company | 13-50087 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Magneco/Metrel, Inc. | 13-50780 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Mawson & Mawson, Inc. | 13-50823 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Maxim Crane Works, L.P. | 13-50094 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Metal Strategies, Inc. | 13-50830 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Metalico Aluminum Recovery, Inc. | 13-50098 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Metalworking Lubricants Company | 13-50097 | Defendant's answer to |

# STATUS "B"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| | | |
|---|---|---|
| | | Plaintiff's complaint is not yet due. |
| Mickelson & Company, LLC | 13-50832 | Defendant's answer to Plaintiff's complaint is not yet due. |
| M-Line, Inc. | 13-50104 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Mobile Dredging & Pumping Co. | 13-50249 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Mono Ceramics, Inc. | 13-50833 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Monumental Supply Company, Inc. | 13-50106 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Morgantown Machine & Hydraulics of Ohio, Inc. and Swanson Industries, Inc. | 13-50284 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Motion Industries, Inc. | 13-50111 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Nalco Company | 13-50119 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Norfolk Southern Railway Company | 13-50278 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Northeast Industrial Bolting and Torque, LLC | 13-50093 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Oak Mountain Industries, Inc. | 13-50110 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Otis Elevator Company | 13-50834 | Defendant's answer to Plaintiff's complaint is not yet due. |
| P & S Transportation, Inc. | 13-50164 | Defendant's answer to Plaintiff's complaint is not yet due. |
| P. I. & I. Motor Express, Inc. | 13-50157 | Defendant's answer to Plaintiff's complaint is not yet |

<strong>S<small>TATUS</small> "B"</strong><br>
<strong>C<small>ONTESTED</small> P<small>REFERENCE</small> A<small>CTIONS</small> W<small>HERE</small> S<small>ERVICE IS</small> C<small>OMPLETE</small>, B<small>UT</small></strong><br>
<strong>A<small>NSWERS ARE</small> S<small>TILL</small> D<small>UE</small>:</strong>

| | | |
|---|---|---|
| | | due. |
| P.C. Campana, Inc. | 13-50817 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Paul Wurth, Inc. | 13-50835 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Paving & Contracting, Etc. Inc. | 13-50254 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Peg Hopkins, Inc. dba PHI Environmental Consulting | 13-50804 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Pennsylvania Tool Sales & Service, Inc. | 13-50148 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Pennzoil-Quaker State Company dba Sopus Products and Shell Oil Company and PPC Lubricants, Inc. | 13-50262 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Phelps Industrial Products, Inc. | 13-50152 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Philip R. Walker & Associates, Inc. | 13-50043 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Phoenix Process Equipment Co. | 13-50154 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Phoenix Services, LLC | 13-50155 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Pollock Research & Design, Inc. dba Reading Crane and Engineering Company | 13-50146 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Premier Elkhorn Coal Company | 13-50160 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Procurement Specialty Group, Inc. | 13-50821 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Protrade Steel Company, Ltd. | 13-50806 | Defendant's answer to Plaintiff's complaint is not yet due. |

## STATUS "B"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| | | |
|---|---|---|
| Pug's Fuel Service, Inc. | 13-50165 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Pump & Power Equipment Corp. | 13-50166 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Quaker Chemical Corporation | 13-50167 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Quantum Corporate Funding, Ltd. and Rich Roofing, LLC | 13-50286 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Reagent Chemical & Research, Inc. | 13-50150 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Recycling and Treatment Technologies of Baltimore, LLC dba RTT of Baltimore LLC; and Recycling and Treatment Technologies, LLC dba RT of Baltimore LLC | 13-50287 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Refractory Service Company, Inc. dba Refractory Services Corp. | 13-50153 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Regenergy, Inc. | 13-50156 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Riggs Distler & Company, Inc. | 13-50258 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Riverside Refractories, Inc. | 13-50173 | Defendant's answer to Plaintiff's complaint is not yet due. |
| RMS Omega Technologies Group, Inc. | 13-50175 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Robinson Fans, Inc. | 13-50259 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Ron White's Air Compressor Sales, Inc. dba RWI Industrial aka RWI, Inc. | 13-50176 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Safety-Kleen Systems, Inc. dba Safety-Kleen Corporation | 13-50177 | Defendant's answer to Plaintiff's complaint is not yet due. |

# STATUS "B"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| | | |
|---|---|---|
| Siemens Water Technologies Corp. | 13-50822 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Spraying Systems Co. | 13-50824 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Steel & Machinery Transportation, Inc. | 13-50263 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Steel Agents, Inc. | 13-50191 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Stevens Engineers & Constructors, Inc. fka Stevens Painton Corporation | 13-50190 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Stollberg, Inc. | 13-50825 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Superior Forge & Steel Corporation dba Quality Rolls, Inc. | 13-50256 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Swanson Group Ltd. | 13-50194 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Swanson Industries, Inc. | 13-50195 | Defendant's answer to Plaintiff's complaint is not yet due. |
| T.E.A.M. Service Corporation of New York | 13-50266 | Defendant's answer to Plaintiff's complaint is not yet due. |
| The Electric Motor Repair Company dba EMR | 13-50234 | Defendant's answer to Plaintiff's complaint is not yet due. |
| The Kaplan Trucking Company | 13-50145 | Defendant's answer to Plaintiff's complaint is not yet due. |
| The Nock and Son Company | 13-50125 | Defendant's answer to Plaintiff's complaint is not yet due. |
| The Overhead Door Company of Balitmore, Incorporated | 13-50135 | Defendant's answer to Plaintiff's complaint is not yet due. |
| The Owl Corporation and Owl Metals, Inc. | 13-50285 | Defendant's answer to |

## Status "B"
### Contested Preference Actions Where Service is Complete, But Answers are Still Due:

| | | |
|---|---|---|
| | | Plaintiff's complaint is not yet due. |
| Thermal Transfer Corporation | 13-50202 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Thermatex Sales Corporation aka Thermatex Corporation | 13-50267 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Timken Industrial Services, LLC | 13-50279 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Tricomm Services Corporation | 13-50210 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Tri-State Transfer & Salvage, Inc. | 13-50208 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Tryon Trucking, Inc. | 13-50211 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Tube City IMS, LLC | 13-50829 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Tube City IMS, LLC fka Tube City, LLC | 13-50788 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Ultra-Pak, Inc. | 13-50269 | Defendant's answer to Plaintiff's complaint is not yet due. |
| UniFirst Corporation | 13-50213 | Defendant's answer to Plaintiff's complaint is not yet due. |
| United Crane Sales, Inc. fka United Crane & Rigging | 13-50270 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Univar USA, Inc. | 13-50807 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Upwind Enterprises, LLC dba Spot-A-Pot | 13-50187 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Vesuvius U S A Corporation | 13-50790 | Defendant's answer to Plaintiff's complaint is not yet |

## STATUS "B"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

|  |  | due. |
|---|---|---|
| Weir Hazleton, Inc. | 13-50221 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Wesco Distribution, Inc. | 13-50831 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Western Express, Inc. | 13-50222 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Wolff Associates, Inc. | 13-50223 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Woodings Industrial Corporation | 13-50224 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Xtek, Inc. | 13-50809 | Defendant's answer to Plaintiff's complaint is not yet due. |
| York Building Products Co., Inc. | 13-50227 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Zimmerman Truck Lines, Inc. | 13-50230 | Defendant's answer to Plaintiff's complaint is not yet due. |

* 165 Cases

# STATUS "C"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED.   THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

## STATUS "D"
### PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Clark Machine Corporation | 13-50037 | Plaintiff will file a dismissal of the adversary proceeding. |
| Filter Tech, Inc. | 13-50067 | Plaintiff will file a dismissal of the adversary proceeding. |
| Graymont Dolime (OH) Inc. aka Graymont Capital, Inc. | 13-50239 | Plaintiff will file a dismissal of the adversary proceeding. |
| Lee Supply Company, Inc. | 13-50074 | Plaintiff will file a dismissal of the adversary proceeding. |
| Spectro Analytical Instruments, Inc. | 13-50186 | Plaintiff will file a dismissal of the adversary proceeding. |

* 5 Cases

**STATUS "E"**
**PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Alabama Copper Bronze Co., Inc. dba Alabama Copper & Bronze Company | 13-50016 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Aleris Specialty Products, Inc. dba Granular Aluminum Products | 13-50114 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Allor Manufacturing, Inc. | 13-50034 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Big Boy's Rigging Service, Inc. | 13-50112 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Branch Group, Inc. dba Rexel Branch Electrical | 13-50162 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Carlstan Machining, Inc. | 13-50024 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Chemtreat, Inc. | 13-50033 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| JMA Rail Products Co. | 13-50244 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| John S. Connor, Inc. | 13-50140 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary |

### Status "E"
### Preference Actions Resolved/Settled, But Notices/Stipulations of Dismissal Cannot Yet be Filed:

| | | |
|---|---|---|
| | | proceeding upon receipt of the settlement funds. |
| Keystone Insulator - Cleaner, Inc. | 13-50169 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Oracle Corporation dba Oracle USA, Inc. | 13-50253 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Praxair Distribution Mid-Atlantic, LLC dba GTS-Welco | 13-50130 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Praxair Surface Technologies, Inc. aka Praxair, Inc. | 13-50158 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Praxair, Inc. | 13-50819 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Scanlon Associates Industrial Contractors, LLC dba Scanlon Plant | 13-50178 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Sunair Incorporated dba Sunair Co. | 13-50264 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Titan Technologies International, Inc. | 13-50205 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |

## STATUS "E"
### PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| | | |
|---|---|---|
| Transply, Inc. | 13-50206 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| ZENMAR Pneumatic Tools, Inc. dba ZENMAR Power Tool and Hoist Systems | 13-50229 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |

* 19 Cases

## STATUS "F"

### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Acme Industrial, Inc. | 13-50032 | Defendant has filed an answer to Plaintiff's complaint. |
| Akers National Roll Company dba Vertical Seal Company | 13-50217 | Defendant has filed an answer to Plaintiff's complaint. |
| Alcan Primary Products Company LLC dba Alcan Ingot Products Corp. | 13-50006 | Defendant has filed an answer to Plaintiff's complaint. |
| Applied Industrial Technologies, Inc. | 13-50795 | Defendant has filed an answer to Plaintiff's complaint. |
| Asgco Mfg., Inc. | 13-50083 | Defendant has filed an answer to Plaintiff's complaint. |
| Associated Steel Company, Inc. dba North American Steel Company | 13-50252 | Defendant has filed an answer to Plaintiff's complaint. |
| Auston Contracting, Inc. | 13-50008 | Defendant has filed an answer to Plaintiff's complaint. |
| B & T Express, Inc. | 13-50018 | Defendant has filed an answer to Plaintiff's complaint. |
| Baltimore Gas and Electric Company | 13-50274 | Defendant has filed an answer to Plaintiff's complaint. |
| Berg Bros. Recycling, Inc. dba Berg Recycling, Inc. | 13-50107 | Defendant has filed an answer to Plaintiff's complaint. |
| Boyd Bros. Transportation Inc. | 13-50010 | Defendant has filed an answer to Plaintiff's complaint. |
| Brammer Standard Company, Inc. | 13-50799 | Defendant has filed an answer to Plaintiff's complaint. |
| BWI Sparrows Point, LLC | 13-50022 | Defendant has filed an answer to Plaintiff's complaint. |
| Cable Enterprises, Inc. and Coordinators, Inc. | 13-50045 | Defendant has filed an answer to Plaintiff's complaint. |
| Carmeuse Lime, Inc. | 13-50797 | Defendant has filed an answer to Plaintiff's complaint. |
| Central Maintenance Corp. | 13-50026 | Defendant has filed an answer to Plaintiff's complaint. |
| Chrome Deposit Corporation | 13-50798 | Defendant has filed an answer to Plaintiff's complaint. |
| Consolidated Cargo Carriers, Inc. | 13-50041 | Defendant has filed an answer to Plaintiff's complaint. |
| Consolidated Scrap Resources, Inc. | 13-50276 | Defendant has filed an answer to Plaintiff's complaint. |
| D. Pierce Transportation, Inc. | 13-50805 | Defendant has filed an answer to Plaintiff's complaint. |

| | | |
|---|---|---|
| Diversco, Inc. dba Diversco Integrated Services | 13-50061 | Defendant has filed an answer to Plaintiff's complaint. |
| Eastern Automation Service, LLC | 13-50069 | Defendant has filed an answer to Plaintiff's complaint. |
| GeGa Corp. | 13-50237 | Defendant has filed an answer to Plaintiff's complaint. |
| Gill-Simpson, Inc. | 13-50105 | Defendant has filed an answer to Plaintiff's complaint. |
| Graybar Electric Company, Inc. | 13-50118 | Defendant has filed an answer to Plaintiff's complaint. |
| Henkel Corporation dba Henkel Surface Technologies | 13-50044 | Defendant has filed an answer to Plaintiff's complaint. |
| Hunter Lift, Ltd. | 13-50063 | Defendant has filed an answer to Plaintiff's complaint. |
| Illinois Tool Works, Inc. dba ITW Metals Group | 13-50243 | Defendant has filed an answer to Plaintiff's complaint. |
| Industrial Refrigeration Service, Inc. | 13-50070 | Defendant has filed an answer to Plaintiff's complaint. |
| Industrial Services Contractors, Inc. | 13-50068 | Defendant has filed an answer to Plaintiff's complaint. |
| Integrated Power Services, LLC | 13-50076 | Defendant has filed an answer to Plaintiff's complaint. |
| J. P. Donmoyer, Inc. | 13-50142 | Defendant has filed an answer to Plaintiff's complaint. |
| J. P. Graham Transport, Inc. | 13-50144 | Defendant has filed an answer to Plaintiff's complaint. |
| Kinder Morgan Bulk Terminal, Inc. | 13-50818 | Defendant has filed an answer to Plaintiff's complaint. |
| Loveman Steel Corporation | 13-50084 | Defendant has filed an answer to Plaintiff's complaint. |
| L-S Industries, Inc. | 13-50246 | Defendant has filed an answer to Plaintiff's complaint. |
| Man Diesel & Turbo North America Inc. and Man Turbo, Inc. USA | 13-50247 | Defendant has filed an answer to Plaintiff's complaint. |
| Morris Iron & Steel Co. Inc. | 13-50109 | Defendant has filed an answer to Plaintiff's complaint. |
| New Berry, Inc. dba Berry Metal Company | 13-50101 | Defendant has filed an answer to Plaintiff's complaint. |
| North American Refractories Company | 13-50090 | Defendant has filed an answer to Plaintiff's complaint. |
| Oakes Foundry, Inc. | 13-50785 | Defendant has filed an answer to Plaintiff's complaint. |
| OCMET, Inc. | 13-50117 | Defendant has filed an answer to Plaintiff's complaint. |
| Plastech Services, Inc. | 13-50255 | Defendant has filed an answer to Plaintiff's complaint. |

| | | |
|---|---|---|
| Proconex Inc. | 13-50161 | Defendant has filed an answer to Plaintiff's complaint. |
| Quality Industrial Contracting, Inc. | 13-50168 | Defendant has filed an answer to Plaintiff's complaint. |
| Refractory Materials International Inc. dba RMI Inc. | 13-50174 | Defendant has filed an answer to Plaintiff's complaint. |
| Severstal Dearborn, LLC dba Severstal North America | 13-50179 | Defendant has filed an answer to Plaintiff's complaint. |
| Sexton & Peake, Incorporated | 13-50180 | Defendant has filed an answer to Plaintiff's complaint. |
| Smith Services, Inc. | 13-50181 | Defendant has filed an answer to Plaintiff's complaint. |
| Southern Insulation, Inc. | 13-50183 | Defendant has filed an answer to Plaintiff's complaint. |
| Sparrows Point Marine Services, LLC | 13-50185 | Defendant has filed an answer to Plaintiff's complaint. |
| Team Industrial Services, Inc. | 13-50197 | Defendant has filed an answer to Plaintiff's complaint. |
| Terrapin Recycling, LLC | 13-50200 | Defendant has filed an answer to Plaintiff's complaint. |
| The Rowland Company | 13-50260 | Defendant has filed an answer to Plaintiff's complaint. |
| Titan Industrial Services, Inc. | 13-50204 | Defendant has filed an answer to Plaintiff's complaint. |
| Transportation Alliance Bank, Inc. and AWL Logistics LLC | 13-50268 | Defendant has filed an answer to Plaintiff's complaint. |
| U.S. Transportation Services, Inc. | 13-50216 | Defendant has filed an answer to Plaintiff's complaint. |
| Union Electric Steel Corporation and The Davy Roll Company, Ltd. | 13-50282 | Defendant has filed an answer to Plaintiff's complaint. |
| United Iron & Metal, LLC | 13-50271 | Defendant has filed an answer to Plaintiff's complaint. |
| United Rentals, Inc. | 13-50281 | Defendant has filed an answer to Plaintiff's complaint. |
| Watco Mechanical Services, L.L.C. | 13-50220 | Defendant has filed an answer to Plaintiff's complaint. |
| Xylem Dewatering Solutions, Inc. fdba Godwin Pumps of America, Inc. | 13-50226 | Defendant has filed an answer to Plaintiff's complaint. |

* 62 Cases

# STATUS "G"
## CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant Name | Adversary Number | Status |
|----------------|------------------|--------|

* None

# STATUS "H"
## CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant Name | Adversary Number | Status |
|---|---|---|
|  |  |  |

*None

# STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| ASI System Integration, Inc. | 13-50088 | Motion to Dismiss filed by Defendant. Defendant requested oral argument. |
| Kenwal Steel Corp. | 13-50151 | Motion to Dismiss filed by Defendant. |

* 2 Cases

# STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITVE MOTIONS PENDING:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

# STATUS "K"
## CASES IN WHICH AN APPEAL IS PENDING

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None