**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 12-11661(KJC) |
| WP Steel Venture LLC, <u>et al.</u>[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Hrg Date:  May 22, 2013 @ 2:00 p.m.** |
| | : | **Obj. Deadline: May 15, 2013 @ 4:00 p.m.** |

**APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF GELLERT SCALI BUSENKELL & BROWN LLC AS SPECIAL**
**DELAWARE COUNSEL TO THE DEBTORS ASSISTING ASK LLP IN THE**
**PROSECUTION OF AVOIDANCE ACTIONS AND FOR LITIGATION AND**
**COLLECTION OF ACCOUNTS RECEIVABLE CLAIMS**
*NUNC PRO TUNC* **TO OCTOBER 11, 2012**

The debtors in the above-captioned case (the "Debtors") hereby move this Court for an

Order, pursuant to sections 327(c) and 328 of title 11 of the United States Code (the "Bankruptcy

Code") authorizing the retention, *nunc pro tunc* to October 11, 2012,[2] of Gellert Scali Busenkell

& Brown, LLC ("Gellert") as special Delaware counsel to the Debtors assisting ASK LLP

("ASK") who has been retained to serve as special counsel to the Debtors to prosecute avoidance

actions and the litigation and collection of accounts receivable claims, and in support thereof,

respectfully represent as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927).  The Debtors' mailing address is PO Box 1847, Bel Air. MD 21014.

[2] This reflects the date that Gellert first filed notices of appearance for ASK attorneys.  Thereafter, Gellert's work for ASK did not commence until after the orders were entered approving the retention of ASK (*nunc pro tunc* to September 2012).

28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are sections 327 and 328 of the Bankruptcy Code.

## BACKGROUND

2.      On May 31, 2012 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are continuing in possession of their respective properties and managing their respective businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  By order dated June 1, 2012, these chapter 11 cases were consolidated for procedural purposes.  On June 12, 2012, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Committee").

3.      On September 19, 2012, the Debtors filed an application to retain ASK to serve as special counsel for the litigation and collection of accounts receivable (D.I. 1157) (the "ASK Application").  Subsequently, the Debtors filed a notice of proposed retention expansion (D.I. 1333).  On November 19, 2012, the Court entered an order authorizing the expansion of scope of retention of ASK as special counsel, thereby permitting ASK to prosecute avoidance actions on behalf of the Debtors (D.I. 1548) (the "ASK Order").

4.      Notably, the retention agreement between the Debtors and ASK approved by the ASK Order provides that upon approval of the ASK Application, ASK will retain Delaware counsel and will pay such counsel separate and apart from any monies that it collects on behalf of the Debtors' estates.  The ASK Application also notes that the retention of ASK's Delaware counsel may not require an application (D.I. 1157 at ¶14).  Nevertheless, this application is being filed out of an abundance of caution.

**RELIEF REQUESTED**

5.      The Debtors hereby apply to this Court, out of an abundance of caution, for an order authorizing and approving the retention of Gellert as special Delaware counsel for the Debtors in assisting ASK in the prosecution of avoidance actions and accounts receivable collection.

6.      Gellert is a recently formed boutique law firm specializing in Bankruptcy Law. Each of its members has practiced in Delaware for a significant period of time and most of that experience is in the United States Bankruptcy Court for the District of Delaware.  Gellert has served as co-counsel with ASK in a number of cases in the prosecution and collection of avoidance actions and accounts receivables.  Gellert has also served as both plaintiffs and defense counsel in thousands of avoidance actions before this Court.  Gellert is well versed in the local rules, practice and procedure and is well suited to serve in the requested capacity.

**SERVICES TO BE RENDERED AND COMPENSATION**
**RELATED THERETO**

7.      Annexed hereto as Exhibit A is the declaration of Ronald S. Gellert, a member of Gellert in support of the application (the "Declaration").  As set forth in the Declaration, Gellert will serve as Delaware counsel for the Debtors in assisting ASK in its function as special counsel for the Debtors in prosecuting avoidance actions and accounts receivable collection.

8.      As set forth in the ASK engagement letter with the Debtors (Exhibit C to the ASK Application) Gellert will be paid directly by ASK, separate and apart from any collections recovered by ASK on behalf of the estates.  Further, as set forth in paragraph 11 of the ASK Application: "ASK will be responsible for the legal fees of its local counsel and will not seek reimbursement for these fees." (D.I. 1157, emphasis in the original).

9.      Accordingly, as provided in the agreement between ASK and the Debtors, there is no net loss to the estate for the services provided by Gellert to the estates, and therefore the retention is reasonable.

## DISINTERESTEDNESS

10.      As set forth in the Gellert declaration, and to the best of the Debtors' knowledge, the members and professionals of Gellert (i) do not have any connection with the Debtors, its creditors, or any other party in interest, or their respective attorneys or accountants, (ii) are "disinterested persons" as defined under §101(14) of the Bankruptcy Code, as modified by §1103(b) of the Bankruptcy Code, and (iii) do not hold or represent an interest adverse to the estates.

11.      The Debtors request that since Gellert will be paid by ASK  and not out of estate funds, no further applications for payment need to be made by Gellert to this Court. Accordingly, the Debtors ask that the requirements of sections 330 and 331 of title 11 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the District of Delaware, the United States Trustee's Guidelines for Reviewing Applications for Compensation, and the Orders Establishing Procedures for Interim Compensation (D.I. 287) and Appointing a Fee Examiner (D.I. 628) be waived.

## NOTICE

12.      Notice of this Application will be given to: the United States Trustee, counsel to the Committee, counsel to the agents for the Debtors' prepetition senior and junior secured lenders, counsel to Renco, and all parties requesting notice pursuant to Bankruptcy Rule 2002. The Debtors submit that under the circumstances, no other or further notice is required.

13.    No previous application for the relief sought herein has been made to this or any other court.

WHEREFORE, the Debtors respectfully request that the Court (i) enter an order, substantially in the form annexed hereto as Exhibit B, (a) granting the Application and (b) authorizing the Debtors to retain and employ Gellert as special Delaware counsel to the Debtors in assisting ASK, *nunc pro tunc* to October 11, 2012; and (ii) grant such other and further relief as may be just and proper.


Dated: April 18, 2013
      Wilmington, Delaware        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Erin R. Fay*
                            Robert J. Dehney (No. 3578)
                            Erin R. Fay (No. 5268)
                            1201 North Market Street
                            Wilmington, DE  19899-1347
                            (302) 658-9200
                            rdehney@mnat.com
                            efay@mnat.com

                                    -and-

                            WILLKIE FARR & GALLAGHER LLP
                            Matthew A. Feldman
                            Shaunna D. Jones
                            Andrew D. Sorkin
                            787 Seventh Avenue
                            New York, New York 10019
                            (212) 728-8000
                            mfeldman@willkie.com
                            sjones@willkie.com
                            asorkin@willkie.com

                            *Co-Counsel to the Debtors and Debtors in Possession*