**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ----------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| WP Steel Venture LLC, et al.,[1] | : | Case No. 12-11661 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ----------------------------------------------------x | | |
| RG Steel Sparrows Point, LLC, Debtor in Possession, | : : | |
| Plaintiff, | : | |
| | : | Adv. No.: See Exhibit "A" |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "A" Attached Hereto. | : : | |
| ----------------------------------------------------x | | |
| RG Steel Warren, LLC, Debtor in Possession, | : : | |
| Plaintiff, | : | Adv. No.: See Exhibit "B" |
| | : | |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "B" Attached Hereto. | : : | |
| ----------------------------------------------------x | | |
| RG Steel Wheeling, LLC, Debtor in Possession, | : : | |
| Plaintiff, | : | Adv. No.: See Exhibit "C" |
| | : | |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "C" Attached Hereto. | : : | |
| ----------------------------------------------------x | | |

---

[1]        If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses:   (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927).  The Debtors' mailing address is PO Box 1847, Bel Air. MD 21014.

```
-------------------------------------------------------x
RG Steel Sparrows Point, LLC, Debtor in      :
Possession, and RG Steel Warrren, LLC,       :
Debtor in Possession,                        :
                        Plaintiff,           :        Adv. No.: See Exhibit "D"
                                             :
v.                                           :
                                             :
Defendants Listed on Exhibit "D" Attached    :
Hereto.                                      :
-------------------------------------------------------x
```

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 23, 2013 AT 10:30 A.M. (EASTERN TIME)[2]

### ADJOURNED/RESOLVED MATTERS

1.    Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authority to File Under Seal Exhibit to Debtors' Reply in Support of Proposed Sale of Certain Mineral Rights Pursuant to Excess Asset Sales Procedures (D.I. 2656, Filed 3/4/13).

      Objection Deadline:  March 18, 2013 at 4:00 p.m. (ET).

      Response Received:  None.

      Related Pleadings:

      (a)    Certificate of No Objection Regarding Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authority to File Under Seal Exhibit to Debtors' Reply in Support of Proposed Sale of Certain Mineral Rights Pursuant to Excess Asset Sales Procedures (D.I. 2837, Filed 4/15/13);

      (b)    Order Granting Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authority to File Under Seal Exhibit to Debtors' Reply in Support of Proposed Sale of Certain Mineral Rights Pursuant to Excess Asset Sales Procedures (D.I. 2840, Entered 4/15/13).

      Status: An order has been entered regarding this matter.  No hearing is necessary.

---

[2]    The hearing will be held before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware.  As permitted by applicable rules and orders, parties attending telephonically are required to make arrangements through CourtCall by telephone at 866-582-6878 or by facsimile at 866-533-2946 by no later than 12:00 p.m. (ET) on April 22, 2013.

2.      Motion of Charles Boblitz for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362
        (D.I. 2744, Filed 3/15/13).

        Objection Deadline:  April 5, 2013 at 4:00 p.m. (ET).  Extended to May 17, 2013 at 4:00
        p.m. for the Debtors.

        Response Received:  None.

        Related Pleadings:  None.

        Status: The hearing on this matter has been adjourned to the hearing scheduled for May
        22, 2013 at 2:00 p.m. (ET).

3.      Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy
        Rules 9006 and 9027 Further Extending Debtors' Time for Removal of Prepetition Non-
        Bankruptcy Actions (D.I. 2784, Filed 3/25/13).

        Objection Deadline:  April 8, 2013 at 4:00 p.m. (ET).

        Response Received:  None.

        Related Pleadings:

        (a)     Certificate of No Objection Regarding Debtors' Motion Pursuant to Section
                105(a) of the Bankruptcy Code and Bankruptcy Rules 9006 and 9027 Further
                Extending Debtors' Time for Removal of Prepetition Non-Bankruptcy Actions
                (D.I. 2838, Filed 4/15/13); and

        (b)     Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules
                9006 and 9027 Further Extending Debtors' Time for Removal of Prepetition Non-
                Bankruptcy Actions (D.I. 2839, Entered 4/15/13).

        Status: An order has been entered regarding this matter.  No hearing is necessary.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

4.      Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 1121(d) Further
        Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11
        Plan and Solicit Acceptances Thereof (D.I. 2812, Filed 4/2/13).

        Objection Deadline:  April 16, 2013 at 4:00 p.m. (ET).

        Response Received:

        (a)     Official Committee of Unsecured Creditors' Reservation of Rights with Respect
                to Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 1121(d) Further

3

Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 2845, Filed 4/16/13).

Related Pleadings:

(a)     Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 2855, Filed 4/18/13); and

(b)     Proposed Form of Order.

Status: A certificate of no objection has been filed indicating that the Committee agrees to the entry of an order on this matter.  No hearing is necessary unless the Court has questions.

5.      Debtors' Motion for an Order, Pursuant to Sections 362 and 553 of the Bankruptcy Code and Bankruptcy Rule 9019, (I) Approving Stipulation Between CaremarkPCS Health, L.P. and the Debtors Resolving Certain Claims Between the Parties, and (II) Lifting Automatic Stay to the Extent Necessary to Permit Setoff of Prepetition Claims (D.I. 2818, Filed 4/2/13).

Objection Deadline:  April 16, 2013 at 4:00 p.m. (ET).

Response Received:  None.

Related Pleadings:

(a)     Certificate of No Objection Regarding Debtors' Motion for an Order, Pursuant to Sections 362 and 553 of the Bankruptcy Code and Bankruptcy Rule 9019, (I) Approving Stipulation Between CaremarkPCS Health, L.P. and the Debtors Resolving Certain Claims Between the Parties, and (II) Lifting Automatic Stay to the Extent Necessary to Permit Setoff of Prepetition Claims (D.I. 2856, Filed 4/18/13); and

(b)     Proposed Form of Order.

Status: There have been no objections and a CNO has been filed. No hearing is necessary unless the Court has questions.

## STATUS CONFERENCE

6.      Status Conference regarding RG Steel Wheeling, LLC, *et al* v. SNA Carbon, LLC, *et al* Case No. 13-50293 (KJC).

Status: A status conference will go forward.

**PRE-TRIAL CONFERENCES**

7.    Preference Plaintiffs RG Steel Sparrows Point, LLC, Debtor in Possession, RG Steel Wheeling, LLC, Debtor in Possession, and RG Steel Warren, LLC, Debtor in Possession Avoidance Action Status Report for the April 23, 2013 Status Conference.

Objection Deadline:  N/A

Response Received:  N/A

Related Pleadings:

(a) Status Report of Plaintiff RG Steel Sparrows Point, LLC, Debtor in Possession, filed April 17, 2013 [D.I. 2850]

(b) Status Report of Plaintiff RG Steel Wheeling, LLC, Debtor in Possession, filed April 17, 2013 [D.I. 2852]]

(c) Status Report of Plaintiff RG Steel Warren, LLC, Debtor in Possession, filed April 18, 2013 [D.I. 2853]

Status: Going forward on April 23, 2013 at 10:30 a.m.

8.    Accounts Receivable Plaintiffs RG Steel Sparrows Point, LLC, Debtor in Possession, RG Steel Wheeling, LLC, Debtor in Possession, and RG Steel Warren, LLC, Debtor in Possession Pre-Trial Conference for April 23, 2013 at 10:30 a.m.

Objection Deadline:  N/A

Response Received:  Received informal objections from Defendants listed on Exhibit "H."  Plaintiff will request adjournment of pre-trial conference to a date and time to be determined.

Related Pleadings:

(a) Scheduling Order of Plaintiff RG Steel Sparrows Point, LLC, Debtor in Possession, attached hereto as Exhibit "E".

(b) Scheduling Order of Plaintiff RG Steel Wheeling, LLC, Debtor in Possession, attached hereto as Exhibit "F".

(c) Scheduling Order of Plaintiffs RG Steel Sparrows Point, LLC, Debtor in Possession, and RG Steel Warren, LLC, Debtor in Possession, attached hereto as Exhibit "G".

(d) List of cases requesting adjournment of pretrial conference, attached hereto as Exhibit "H".

Status: Going forward on April 23, 2013 at 10:30 a.m.  Plaintiffs request entry of scheduling orders attached hereto as Exhibits "E", "F" and "G".  Plaintiffs request adjournment of pretrial conference for cases listed on Exhibit "H" to a date and time to be determined.

Dated: April 19, 2013
       Wilmington, Delaware                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                               /s/  Erin R. Fay
                                               Robert J. Dehney (No. 3578)
                                               Gregory W. Werkheiser (No. 3553)
                                               Erin R. Fay (No. 5268)
                                               1201 North Market Street
                                               Wilmington, DE  19899-1347
                                               (302) 658-9200
                                               rdehney@mnat.com
                                               gwerkheiser@mnat.com
                                               efay@mnat.com

                                                          -and-

                                               WILLKIE FARR & GALLAGHER LLP
                                               Matthew A. Feldman
                                               Shaunna D. Jones
                                               Andrew D. Sorkin
                                               787 Seventh Avenue
                                               New York, New York 10019
                                               (212) 728-8000
                                               mfeldman@willkie.com
                                               sjones@willkie.com
                                               asorkin@willkie.com

                                               *Co-Counsel to the Debtors and Debtors in Possession*

6

GELLERT SCALI BUSENKELL & BROWN, LLC

Local Counsel:                              */s/ Ronald S. Gellert*
                                            Ronald S. Gellert (DE 4259)
                                            Michael Busenkell (DE 3933)
                                            913 North Market Street, 10th Floor
                                            Wilmington, DE 19801
                                            (302) 425-5800
                                            Fax: (302) 425-5814
                                            E-Mail: rgellert@gsbblaw.com

                                                    -and-

Primary Counsel
(Please Contact Primary Counsel)            Joseph L. Steinfeld, Jr., DC SBN 297101,
                                            MN SBN 0266292, VA SBN 18666
                                            Gary D. Underdahl, MN SBN 0301693
                                            ASK LLP
                                            2600 Eagan Woods Drive, Suite 400
                                            St. Paul, MN  55121
                                            (651) 406-9665 ext. 857
                                            Fax:(651) 406-9676
                                            E-Mail: gunderdahl@askllp.com

                                                    -and-

                                            Edward E. Neiger, Esq.
                                            Sahar Hakakian, Esq.
                                            Brigette G. McGrath, Esq.
                                            ASK LLP
                                            151 West 46th Street, 4th Fl.
                                            New York, NY  10036
                                            (212) 267-7342
                                            Fax: (212) 918-3427

                                            *Attorneys for Plaintiff, RG Steel Sparrows Point, LLC,*
                                            *Debtor in Possession, RG Steel Warren, LLC, Debtor in*
                                            *Possession and RG Steel Wheeling, LLC, Debtor in*
                                            *Possession*

7133698.2