# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re                                              :   Chapter 11
                                                   :
WP Steel Venture LLC, et al.,[1]                   :   Case No. 12-11661 (KJC)
                                                   :
                Debtors.                           :   (Jointly Administered)
-------------------------------------------------------x
RG Steel Wheeling, LLC, Debtor in                  :
Possession,                                        :
                Plaintiff,                         :   Adv. No.: See Exhibit "A"
                                                   :
v.                                                 :
                                                   :
Defendants Listed on Exhibit "A" Attached          :
Hereto.                                            :
-------------------------------------------------------x
```

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MAY 22, 2013 AT 2:00 P.M. (EASTERN TIME)[2]

**ADJOURNED MATTERS**

1. Motion of Ohio Power Company d/b/a American Electric Power for Allowance and Payment of Administrative Expenses (D.I. 2535, Filed 2/11/13).

    <u>Objection Deadline</u>: March 6, 2013 at 4:00 p.m. (ET). Extended to July 12, 2013 at 4:00 p.m. for the Debtors.

    <u>Response Received</u>: None.

    <u>Related Pleadings</u>: None.

    <u>Status</u>: The hearing on this matter has been adjourned to the hearing scheduled for July 30, 2013 at 10:00 a.m. (ET).

---

[1]   If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses:  (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927).  The Debtors' mailing address is PO Box 1847, Bel Air. MD 21014.

[2]   The hearing will be held before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware.  As permitted by applicable rules and orders, parties attending telephonically are required to make arrangements through CourtCall by telephone at 866-582-6878 or by facsimile at 866-533-2946 <u>by no later than 12:00 p.m. (ET) on May 21, 2013</u>.

2. Motion of Charles Boblitz for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 (D.I. 2744, Filed 3/15/13).

   Objection Deadline: April 5, 2013 at 4:00 p.m. (ET). Extended to June 21, 2013 at 4:00 p.m. for the Debtors.

   Response Received: None.

   Related Pleadings: None.

   Status: The hearing on this matter has been adjourned to the hearing scheduled for June 26, 2013 at 10:00 a.m. (ET).

3. Motion by Grand East Metals to Modify Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (II) Granting Related Relief (D.I. 2896, Filed 5/1/13).

   Objection Deadline: May 15, 2013 at 4:00 p.m. (ET). Extended for HRE Sparrows Point and the Debtors to June 10, 2013 at 4:00 p.m. (ET).

   Response Received: None.

   Related Pleadings:

   (a) Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief (D.I. 909, Entered 8/15/12); and

   (b) Order Resolving Motions to Modify, Vacate and for Relief from that Certain Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (II) Granting Related Relief (D.I. 1178, Entered 9/18/12).

   Status: The hearing on this matter has been adjourned to the hearing scheduled for June 26, 2013 at 10:00 a.m. (ET).

4. Debtors' Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC (D.I. 2886, Filed 4/25/13).

   Objection Deadline: May 9, 2013 at 4:00 p.m. (ET).

   Response Received:

   (a) Objection of Richard H. Carter, Gregg M. Johnston, Clarence E. Newhouse and John P. McConegly, Jr. to Debtors' Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC (D.I. 2917, Filed 5/10/13).

Related Pleadings:

(a) Declaration of Richard D. Caruso in Support of Debtors' Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC (D.I. 2889, Filed 4/25/13).

Status: The hearing on this matter has been adjourned to the hearing scheduled for June 26, 2013 at 10:00 a.m. (ET).

5. Accounts Receivable Plaintiff RG Steel Wheeling, LLC, Debtor in Possession, Pre-Trial Conference for May 22, 2013 at 2:00 p.m.

Related Pleadings:

(a) Notice of Adjournment (D.I. 5, 8, Filed 5/16/13).

Status: These pretrial conferences are adjourned to the June 26, 2013 omnibus hearing scheduled for 10:00 a.m.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

6. Application for an Order Authorizing the Retention and Employment of Gellert Scali Busenkell & Brown LLC as Special Delaware Counsel to the Debtors Assisting ASK LLP in the Prosecution of Avoidance Actions and for Litigation and Collection of Accounts Receivable Claims *Nunc Pro Tunc* to October 11, 2012 (D.I. 2854, Filed 4/18/13).

Objection Deadline: May 15, 2013 at 4:00 p.m. (ET).

Response Received: None.

Related Pleadings:

(a) Certificate of No Objection Regarding Application for an Order Authorizing the Retention and Employment of Gellert Scali Busenkell & Brown LLC as Special Delaware Counsel to the Debtors Assisting ASK LLP in the Prosecution of Avoidance Actions and for Litigation and Collection of Accounts Receivable Claims *Nunc Pro Tunc* to October 11, 2012 (D.I. 2933, Filed 5/17/13); and

(b) Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

7. Motion to Limit Notice with Respect to Motion by Grand East Metals to Modify Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (II) Granting Related Relief (D.I. 2897, Filed 5/1/13).

   Objection Deadline:  May 15, 2013 at 4:00 p.m. (ET).

   Response Received:  None.

   Related Pleadings:

   (a) Motion by Grand East Metals to Modify Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (II) Granting Related Relief (D.I. 2896, Filed 5/1/13);

   (b) Certificate of No Objection Regarding Motion to Limit Notice with Respect to the Motion to Modify Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear Of Liens, Claims, Encumbrances and Interests, and (ii) Granting Related Relief (D.I. 2931, Filed 5/17/13); and

   (c) Proposed Form of Order.

   Status: There have been no objections and a CNO has been filed.

**PRE-TRIAL CONFERENCE**

8. Pre-Trial Conference regarding RG Steel Wheeling, LLC, *et al* v. SNA Carbon, LLC, *et al* Case No. 13-50293 (KJC).

   Related Pleading:

   (a) Certification of Counsel Regarding [Proposed] Scheduled Order (Adv. D.I. 8, Filed 5/20/13); and

   (b) Proposed Form of Order.

   Status: The pre-trial conference will go forward at the Court's discretion. The parties have submitted a consensual scheduling order.

**FEE APPLICATIONS**

9. Third Quarterly Fee Applications.

   Related Pleading: See "Exhibit B."

   Objection Deadline: N/A.

   Responses Received: None.

4

Status: The hearing on fee applications will go forward.

Dated: May 20, 2013
   Wilmington, Delaware     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                 */s/ Erin R. Fay*
                 Robert J. Dehney (No. 3578)
                 Gregory W. Werkheiser (No. 3553)
                 Erin R. Fay (No. 5268)
                 1201 North Market Street
                 Wilmington, DE  19899-1347
                 (302) 658-9200
                 rdehney@mnat.com
                 gwerkheiser@mnat.com
                 efay@mnat.com

                       -and-

                 WILLKIE FARR & GALLAGHER LLP
                 Matthew A. Feldman
                 Shaunna D. Jones
                 Andrew D. Sorkin
                 787 Seventh Avenue
                 New York, New York 10019
                 (212) 728-8000
                 mfeldman@willkie.com
                 sjones@willkie.com
                 asorkin@willkie.com

                 *Co-Counsel to the Debtors and Debtors in Possession*

                 GELLERT SCALI BUSENKELL & BROWN, LLC

Local Counsel:         */s/ Ronald S. Gellert*
                 Ronald S. Gellert (DE 4259)
                 Michael Busenkell (DE 3933)
                 913 North Market Street, 10th Floor
                 Wilmington, DE 19801
                 (302) 425-5800
                 Fax: (302) 425-5814
                 E-Mail: rgellert@gsbblaw.com

                       -and-

Primary Counsel
(Please Contact Primary Counsel)   Joseph L. Steinfeld, Jr., DC SBN 297101,
                 MN SBN 0266292, VA SBN 18666
                 Gary D. Underdahl, MN SBN 0301693

ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
(651) 406-9665 ext. 857
Fax:(651) 406-9676
E-Mail: gunderdahl@askllp.com

-and-

Edward E. Neiger, Esq.
Sahar Hakakian, Esq.
Brigette G. McGrath, Esq.
ASK LLP
151 West 46th Street, 4th Fl.
New York, NY  10036
(212) 267-7342
Fax: (212) 918-3427

*Attorneys for Plaintiff, RG Steel Sparrows Point, LLC, Debtor in Possession, RG Steel Warren, LLC, Debtor in Possession and RG Steel Wheeling, LLC, Debtor in Possession*