**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------x
In re                                                   :   Chapter 11
                                                        :
WP Steel Venture LLC, et al.,[1]                        :   Case No. 12-11661 (KJC)
                                                        :
                                   Debtors.             :   (Jointly Administered)
-------------------------------------------------------x
RG Steel Wheeling, LLC, Debtor in                       :
Possession,                                             :
                                   Plaintiff,           :   Adv. No.: See Exhibit "A"
                                                        :
v.                                                      :
                                                        :
Defendants Listed on Exhibit "A" Attached              :
Hereto.                                                 :
-------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 26, 2013 AT 9:00 A.M.[2] (EASTERN TIME)[3]**

**ADJOURNED/RESOLVED MATTERS**

1.      Motion of Charles Boblitz for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 (D.I. 2744, Filed 3/15/13).

        Objection Deadline:  April 5, 2013 at 4:00 p.m. (ET).  Extended to July 25, 2013 at 4:00 p.m. for the Debtors.

        Response Received:  None.

        Related Pleadings:  None.

        Status: The hearing on this matter has been adjourned to the hearing scheduled for July 30, 2013 at 10:00 a.m. (ET).

---

[1]      If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses:  (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927).  The Debtors' mailing address is PO Box 1847, Bel Air. MD 21014.

[2]      The hearing time has been changed from 10:00 a.m. (ET) to 9:00 a.m. (ET).

[3]      The hearing will be held before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware.  As permitted by applicable rules and orders, parties attending telephonically are required to make arrangements through CourtCall by telephone at 866-582-6878 or by facsimile at 866-533-2946 by no later than 12:00 p.m. (ET) on June 25, 2013.

2.      Motion by Grand East Metals to Modify Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (II) Granting Related Relief (D.I. 2896, Filed 5/1/13).

Objection Deadline:  May 15, 2013 at 4:00 p.m. (ET).  Extended for HRE Sparrows Point and the Debtors to July 25, 2013 at 4:00 p.m. (ET).

Response Received:  None.

Related Pleadings:

(a)     Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief (D.I. 909, Entered 8/15/12);

(b)     Order Resolving Motions to Modify, Vacate and for Relief from that Certain Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (II) Granting Related Relief (D.I. 1178, Entered 9/18/12).; and

(c)     Order Limiting Notice with Respect to Motion by Grand East Metals to Modify Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (II) Granting Related Relief (D.I. 2937, Entered 5/20/13).

Status: The hearing on this matter has been adjourned to the hearing scheduled for July 30, 2013 at 10:00 a.m. (ET).

3.      Motion of Timken Industrial Services, LLC to Compel Debtors to Assume or Reject Executory Contracts Pursuant to 11 U.S.C. § 365(d)(2) and Fed. R. Bankr. P. 6006(b) (D.I. 2960, Filed 5/28/13).

Objection Deadline:  June 19, 2013 at 4:00 p.m. (ET).

Response Received:  None.

Related Pleadings:

(a)     Notice of Rejection of Executory Contracts and/or Unexpired Leases of Nonresidential Real Property (D.I. 3033, Filed 6/5/13).

Status: This matter is moot due to the notice at Docket Number 3033 and agreement of the parties.  No hearing is necessary.

*RG Steel Sparrows Point, LLC v. Transportation Alliance Bank, Inc. and AWL Logistics LLC; Adv. Case No. 13-50268*

4.      Motion to Dismiss Amended Complaint and to Strike Exhibit A (A.D.I. 23, Filed 3/28/13).

Objection Deadline:  N/A

Response Received:

(a)     Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss Amended Complaint with Prejudice and to Strike Exhibit A (A.D.I. 34, Filed 4/26/13).

Related Pleadings:

(a)     Transportation Alliance Bank, Inc.'s Joinder in Support of Motion to Dismiss Amended Complaint and to Strike Exhibit A (A.D.I. 31, Filed 4/22/13);

(b)     Reply to Plaintiff's Memorandum in Opposition to Motion of Defendant AWL Logistics LLC to Dismiss Amended Complaint with Prejudice and to Strike Exhibit A (A.D.I. 42, Filed 5/13/13);

(c)     Defendant's Request for Oral Argument on Defendant's Motion for Reconsideration (A.D.I. 44, Filed 5/14/13); and

(d)     Notice of Hearing (A.D.I. 48, Filed 5/16/13).

Status: The parties have agreed to adjourn oral argument on this matter to the hearing scheduled for July 30, 2013 at 10:00 a.m. (ET).

5.      Accounts Receivable Plaintiff RG Steel Wheeling, LLC, Debtor in Possession, Pre-Trial Conference for June 26, 2013 at 10:00 a.m. (ET). (Exhibit A)

Objection Deadline:  N/A

Related Pleadings:

(a)     Notice of Adjournment [Adv. D.I. 5, 8, 7, 11; Filed 6/19/13]

Status: These pretrial conferences are adjourned to the July 30, 2013 omnibus hearing scheduled for 10:00 a.m. (ET).

**CONTESTED MATTER GOING FORWARD**

6.    Debtors' Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC (D.I. 2886, Filed 4/25/13).

    Objection Deadline:  May 9, 2013 at 4:00 p.m. (ET).

    Response Received:

(a)    Objection of Richard H. Carter, Gregg M. Johnston, Clarence E. Newhouse and John P. McConegly, Jr. to Debtors' Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC (D.I. 2917, Filed 5/10/13).

    Related Pleadings:

(a)    Declaration of Richard D. Caruso in Support of Debtors' Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC (D.I. 2889, Filed 4/25/13); and

(b)    Debtors' Reply in Further Support of Their Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC (D.I. 3072, Filed 6/20/13).

    Status: The hearing on this matter will go forward.

**ORAL ARGUMENT**

*RG Steel Sparrows Point, LLC v. ASI System Integration, Inc.; Adv. Case No. 13-50088*

7.    Motion to Dismiss Amended Complaint with Prejudice and to Strike Exhibit A (A.D.I. 19, Filed 3/20/13).

    Objection Deadline:  N/A

    Response Received:

(a)    Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss Amended Complaint with Prejudice and to Strike Exhibit A (A.D.I. 26, Filed 4/3/13).

Related Pleadings:

(a)     Reply to Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss Amended Complaint with Prejudice and to Strike Exhibit A (A.D.I. 27, Filed 4/9/13);

(b)     Defendant's Request for Oral Argument on Defendant's Motion to Dismiss Amended Complaint (A.D.I. 28, Filed 4/9/13); and

(c)     Notice of Hearing (A.D.I. 32, Filed 5/1/13).

Status: Oral argument on this matter will go forward.

8.     Motion of ASI System Integration, Inc. to Supplement the Record in Connection with its Motion to Dismiss Amended Complaint with Prejudice and to Strike Exhibit A (A. D.I. 33, Filed 5/20/13).

Objection Deadline:  N/A

Response Received:

(a)     Plaintiff's Answering Brief in Opposition to Defendant's Motion for Leave to Supplement Record in Connection with Motion to Dismiss Amended Complaint (A.D.I. 38, Filed 6/7/13).

Related Pleadings:

(a)     Order Approving Stipulation for Extension of Time for Plaintiff to Respond to Defendant's Motion for Leave to Supplement Record in Connection with Motion to Dismiss Amended Complaint (A.D.I. 37, Filed 6/4/13);

(b)     Reply by Defendant to Plaintiff's Answering Brief in Opposition to Defendant's Motion for Leave to Supplement Record in Connection with Motion to Dismiss Amended Complaint (A.D.I. 39, Filed 6/12/13);

(c)     Defendant's Request for Oral Argument on Defendant's Motion to Supplement the Record in Connection with its Motion to Dismiss Amended Complaint with Prejudice and to Strike Exhibit A (A. D.I. 40, Filed 6/17/13); and

(d)     Notice of Completion of Briefing (A.D.I. 41, Filed 6/17/13).

Status: Oral argument on this matter will go forward.

Dated: June 24, 2013
      Wilmington, Delaware        MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Erin R. Fay*
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Erin R. Fay (No. 5268)
1201 North Market Street
Wilmington, DE  19899-1347
(302) 658-9200
rdehney@mnat.com
gwerkheiser@mnat.com
efay@mnat.com

       -and-

WILLKIE FARR & GALLAGHER LLP
Matthew A. Feldman
Shaunna D. Jones
Andrew D. Sorkin
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
mfeldman@willkie.com
sjones@willkie.com
asorkin@willkie.com

*Co-Counsel to the Debtors and Debtors in Possession*

GELLERT SCALI BUSENKELL & BROWN, LLC


Local Counsel:            */s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
Michael Busenkell (DE 3933)
913 North Market Street, 10th Floor
Wilmington, DE 19801
(302) 425-5800
Fax: (302) 425-5814
E-Mail: rgellert@gsbblaw.com

       -and-

6

Primary Counsel
(Please Contact Primary Counsel)          Joseph L. Steinfeld, Jr., DC SBN 297101,
                                          MN SBN 0266292, VA SBN 18666
                                          Gary D. Underdahl, MN SBN 0301693
                                          ASK LLP
                                          2600 Eagan Woods Drive, Suite 400
                                          St. Paul, MN  55121
                                          (651) 406-9665 ext. 857
                                          Fax:(651) 406-9676
                                          E-Mail: gunderdahl@askllp.com

                                                  -and-

                                          Edward E. Neiger, Esq.
                                          Sahar Hakakian, Esq.
                                          Brigette G. McGrath, Esq.
                                          ASK LLP
                                          151 West 46th Street, 4th Fl.
                                          New York, NY  10036
                                          (212) 267-7342
                                          Fax: (212) 918-3427

                                          *Attorneys for Plaintiff, RG Steel Sparrows Point, LLC,
                                          Debtor in Possession, RG Steel Warren, LLC, Debtor in
                                          Possession and RG Steel Wheeling, LLC, Debtor in
                                          Possession*