# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
WP Steel Venture LLC

**Case No.:** 12–11661–KJC

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Scott Cousins filed a Notice of Appeal on 7/15/2013 regarding the Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC.

The Notice of Appeal may be viewed at docket number 3132. The order on appeal may be viewed at docket number 3106.

David D. Bird
CLERK OF COURT

Date: 7/16/13
(VAN–440)