UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Reporting Period: 6/1/13 through 6/30/13
In re WP Steel Ventures, LLC, et al.,
         Debtors.

**Case No.**     12-11661
**Reporting Period:**   6/1/13 through 6/30/13

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | Yes | |
| Schedule of Professional Fees Paid | MOR-1b | Yes | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | Yes | | |
| Copies of IRS Form 6123 or payment receipt | | No | | |
| Copies of tax returns filed during reporting period | | No | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

*Richard N Larus (signature)*
Signature of Authorized Individual*

7/19/13
Date

RICHARD N LARUSO
Printed Name of Authorized Individual

CFD
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re WP Steel Ventures, LLC, *et al*.,
Debtors

Case No.                12-11661
Reporting Period:    6/1/13 through 6/30/13

Reporting Period: 6/1/13 through 6/30/13

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .   Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | | | | | |
| | | | | | | | | | |
| RECEIPTS | | | | | | | | | |
| CASH  SALES | | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | | |
| SALE  OF  ASSETS | | | | | | | | | |
| OTHER  (ATTACH LIST) | | | | | | | | | |
| TRANSFERS  (FROM DIP ACCTS) | | | | | | | | | |
| INTEREST | | | | | | | | | |
| TOTAL  RECEIPTS | | | | | | | | | |
| | | | | | | | | | |
| DISBURSEMENTS* | | | | | | | | | |
| NET PAYROLL | | | | | | | | | |
| PAYROLL TAXES | | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | | |
| INSURANCE | | | | | | | | | |
| ADMINISTRATIVE - CONDO ASSOC | | | | | | | | | |
| SELLING | | | | | | | | | |
| OTHER  (ATTACH LIST) | | | | | | | | | |
| | | | | | | | | | |
| OWNER DRAW | | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | | |
| | | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | | |
| COURT COSTS | | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | | |
| | | | | | | | | | |
| NET CASH FLOW | | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | |
| | | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | | |

THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | 773 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | - |
| LESS:  WITHDRAWAL FROM ESCROW ACCOUNT | - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 773 |

**

In re WP Steel Ventures, LLC, et al.,
Cash Flow Summary
Case #: 12-11661
Reporting Period: 6/1/13 through 6/30/13
(USD in 000's)

| | Sparrows Point | Warren | Wheeling | Railroad | Corporate | Total |
|---|---|---|---|---|---|---|
| **Cash Receipts:** | | | | | | |
| A/R Collections | $ 35 | $ - | $ 151 | $ - | $ - | $ 187 |
| Bulk Sale/Export orders | - | - | - | - | - | - |
| Proceeds from Raw Material Sales | - | 124 | - | - | - | 124 |
| Proceeds from Asset Sales | - | - | 2,072 | - | - | 2,072 |
| Sale of WCC | - | - | - | - | - | - |
| Material Financing | - | - | - | - | - | - |
| Other Remittances | 438 | - | - | - | - | 438 |
| Net Preference Claim Recovery | 224 | 193 | 271 | - | - | 687 |
| **Total Cash Receipts** | 697 | 317 | 2,494 | - | - | 3,508 |
| **Cash Disbursements:** | | | | | | |
| Raw Materials | - | - | - | - | - | - |
| Payroll and Taxes | - | - | - | - | 23 | 23 |
| Pension/Medical/Benefits/Workers Comp | - | - | - | - | - | - |
| Reimbursement from MSC | - | - | - | - | - | - |
| Energy and Utilities | - | - | - | - | - | - |
| Other Operating Expenses | - | - | 101 | - | 200 | 301 |
| Kinder Morgan Litigation (catch-up) | - | - | - | - | - | - |
| Kinder Morgan Litigation (future) | - | - | - | - | - | - |
| Claims Agent and US Trustee | - | - | - | - | 89 | 89 |
| Professional Fees and Expenses | - | - | - | - | 360 | 360 |
| Senior Debt Interest | - | - | - | - | - | - |
| **Total Disbursements** | - | - | 101 | - | 672 | 773 |
| Adequate Protection 2nd Lien | - | - | - | - | 1,000 | 1,000 |
| **Net Cash Flow** | $ 697 | $ 317 | $ 2,393 | $ - | $ (1,672) | $ 1,735 |

In re WP Steel Ventures, LLC, *et al*.,                                    Case No:                    12-11661
           Debtors                              Reporting Period:        6/1/13 through 6/30/1:

Reporting Period: 6/1/13 through 6/30/13
Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

* The Debtors certify that it's books and records are reconciled to its bank accounts.

**** The Wheeling Wesbanco Pension Disbursement account was used as a pass through account for certain benefit payments including certain pension payments. Over several years the account balance has reconciled to the outstanding checks. The Company is now in the process of reviewing all outstanding checks that have aged past the stated "void if cashed after" date and expects to update the balance when the process is completed.

| Debtor | Bank | Account Type | July Amount in thousands | August Amount in thousands | September Amount in thousands | October Amount in thousands | November Amount in thousands | December Amount in thousands | January Amount in thousands | February Amount in thousands | March Amount in thousands | April Amount in thousands | May Amount in thousands | June Amount in thousands |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporting Period: 6/1/13 through 6/30/13 | | | | | | | | | | | | | | |
| RG Steel LLC | Cerberus | Miscellaneous Disbursement Account | - | - | - | 1,658 | 1,592 | 3,849 | 1,484 | 95 | 479 | 1,040 | 99 | 852 |
| RG Steel LLC | JP Morgan Chase bank, NA | Miscellaneous Disbursement Account | 40 | 40 | 40 | 622 | 1,198 | 56 | 140 | 52 | 60 | 70 | 50 | 10 |
| RG Steel LLC | Huntington National Bank | Payroll Account | - | - | - | - | 12 | 732 | 4 | 4 | 2 | 2 | 1 | 1 |
| RG Steel LLC | Wells Fargo Bank, N.A. | Collection/Operating Account | 1,339 | 2,248 | 343 | (83) | 334 | 503 | 832 | 568 | 1,091 | 500 | 531 | 1,661 |
| | | Net unrestricted cash | $ 1,379 | $ 2,288 | $ 383 | $ 2,197 | $ 3,136 | $ 5,140 | $ 2,460 | $ 719 | $ 1,632 | $ 1,612 | $ 681 | $ 2,524 |
| | | | | | | | | | | | | | | |
| RG Steel LLC | JP Morgan Chase, N.A. | Escrow account for professional fees etc. from sales of assets | $ - | $ - | $ 9,593 | $ 8,726 | $ 6,348 | $ 3,478 | $ 2,661 | $ 2,114 | $ 987 | $ 1,043 | $ 948 | $ 846 |
| RG Steel LLC | JP Morgan Chase, N.A. | Escrow account for environmental agreement - Sparrows Sale | $ - | $ - | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| RG Steel LLC | JP Morgan Chase, N.A. | Escrow account for property taxes - Beech Bottom Sale | $ - | $ - | $ - | $ - | $ 807 | $ 807 | $ 807 | $ 807 | $ 807 | $ 807 | $ 807 | $ 807 |
| RG Steel LLC | PNC Bank, N.A. | Admin Claim Reserve and Utility Deposits | $ - | $ - | $ 952 | $ 1,195 | $ 1,195 | $ 1,055 | $ 1,055 | $ 1,055 | $ 1,055 | $ 1,014 | $ 1,014 | $ 1,014 |
| RG Steel LLC | Wells Fargo Bank, N.A. | First lien holdback and letter of credit collateral | $ - | $ - | $ 21,261 | $ 18,525 | $ 18,256 | $ 418 | $ 418 | $ 418 | $ 168 | $ - | $ - | $ - |
| | | | $ - | $ - | $ 32,306 | $ 28,946 | $ 27,106 | $ 6,258 | $ 5,441 | $ 4,895 | $ 3,517 | $ 3,364 | $ 3,268 | $ 3,166 |
| | | | | | | | | | | | | | | |
| RG Steel Sparrows Point LLC | Wells Fargo Bank, N.A. | Collection Account/Lockbox | - | - | - | - | - | - | - | - | - | - | - | - |
| RG Steel Sparrows Point LLC | Wells Fargo Bank, N.A. | Operating Account | (584) | (648) | (752) | 761 | 898 | - | - | - | - | - | - | - |
| RG Steel Sparrows Point LLC | Wells Fargo Bank, N.A. | Commercial Checking Account | - | - | - | - | - | - | - | - | - | - | - | - |
| RG Steel Sparrows Point LLC | Huntington National Bank | Collection Account/Lockbox | 210 | - | - | - | - | - | - | - | - | - | - | - |
| RG Steel Sparrows Point LLC | Huntington National Bank | Operating Account | 1 | - | - | - | - | - | - | - | - | - | - | - |
| RG Steel Sparrows Point LLC | Huntington National Bank | Payroll Account | 2,169 | 19 | 20 | 30 | - | - | - | - | - | - | - | - |
| RG Steel Sparrows Point LLC | Huntington National Bank | Flexible Spending Account | - | - | - | - | - | - | - | - | - | - | - | - |
| RG Steel Sparrows Point LLC | Huntington National Bank | Concentration Account | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Adjustment for uncleared checks and unapplied cash | - | 628 | 732 | - | - | - | - | - | - | - | - | - |
| | | Net unrestricted cash | $ 1,795 | $ (0) | $ - | $ 791 | $ 898 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | | | |
| RG Steel Sparrows Point LLC | AIG | National Union Fire Insurance - Chartis | 9,368 | 9,368 | 9,368 | 9,368 | 7,575 | 24,410 | 24,410 | 24,410 | 24,410 | 24,410 | 24,410 | 24,410 *** |
| | | Net restricted cash | $ 9,368 | $ 9,368 | $ 9,368 | $ 9,368 | $ 7,575 | $ 24,410 | $ 24,410 | $ 24,410 | $ 24,410 | $ 24,410 | $ 24,410 | $ 24,410 |
| | | | | | | | | | | | | | | |
| RG Steel Warren LLC | Wells Fargo Bank, N.A. | Collection Account | - | - | - | - | 7 | - | - | - | - | - | - | - |
| RG Steel Warren LLC | Wells Fargo Bank, N.A. | Operating Account | 4 | 8 | 286 | 4 | 7 | - | - | - | - | - | - | - |
| RG Steel Warren LLC | Wells Fargo Bank, N.A. | Controlled Disbursement Account | (456) | (107) | (52) | (33) | (18) | - | - | - | - | - | - | - |
| RG Steel Warren LLC | JP Morgan Chase, N.A. | Collection Account | - | - | - | - | - | - | - | - | - | - | - | - |
| RG Steel Warren LLC | JP Morgan Chase, N.A. | Other Operational Account | 0 | 4 | 4 | 4 | - | - | - | - | - | - | - | - |
| RG Steel Warren LLC | JP Morgan Chase, N.A. | Payroll Account | (22) | (22) | (22) | (22) | - | - | - | - | - | - | - | - |
| RG Steel Warren LLC | JP Morgan Chase, N.A. | Payroll Account | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | 1 | - |
| RG Steel Warren LLC | JP Morgan Chase, N.A. | Controlled Disbursement Account | (9) | (9) | (9) | (9) | - | - | - | - | - | - | - | - |
| RG Steel Warren LLC | JP Morgan Chase, N.A. | Other Operational Account | (7) | (7) | (7) | (7) | - | - | - | - | - | - | - | - |
| RG Steel Warren LLC | JP Morgan Chase, N.A. | Other Operational Account | - | 6 | 3 | 3 | - | - | - | - | - | - | - | - |
| | | | (489) | (126) | 204 | (59) | (10) | 1 | 1 | 1 | 1 | 1 | 1 | - |
| | | Adjustment for uncleared checks and unapplied cash | 553 | 144 | 90 | 67 | 18 | - | - | - | - | - | - | - |
| RG Steel Warren LLC | | Net unrestricted cash | $ 65 | $ 18 | $ 294 | $ 8 | $ 8 | $ 1 | $ 1 | $ 1 | $ 1 | $ 1 | $ 1 | $ - |
| | | | | | | | | | | | | | | |
| RG Steel Warren LLC | Citibank, N.A. | Cash Collateral Account for Letter of Credit Issued by Citibank, N.A. | 5,800 | 300 | 300 | 300 | 15 | 15 | 7 | 7 | - | - | - | - |
| | | Net restricted cash | $ 5,800 | $ 300 | $ 300 | $ 300 | $ 15 | $ 15 | $ 7 | $ 7 | $ - | $ - | $ - | $ - |

| Debtor | Bank | Account Type | July Amount in thousands | August Amount in thousands | September Amount in thousands | October Amount in thousands | November Amount in thousands | December Amount in thousands | January Amount in thousands | February Amount in thousands | March Amount in thousands | April Amount in thousands | May Amount in thousands | June Amount in thousands |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG Steel Wheeling LLC | Wells Fargo Bank, N.A. | Collection Account | - | - | - | - | - | 8 | - | - | - | - | - | - |
| RG Steel Wheeling LLC | Wells Fargo Bank, N.A. | Operating Account | 263 | 134 | 1,875 | 3 | 17 | - | - | - | - | - | - | - |
| RG Steel Wheeling LLC | Wells Fargo Bank, N.A. | Controlled Disbursement Account | (1,141) | (922) | (1,610) | (222) | (301) | - | - | - | - | - | - | - |
| RG Steel Wheeling LLC | Citibank, N.A. | Collection Account | - | - | - | - | - | | | | | | | |
| RG Steel Wheeling LLC | Citibank, N.A. | Collection Account | - | - | - | - | - | | | | | | | |
| RG Steel Wheeling LLC | JP Morgan Chase, N.A. | Concentration Account | 12 | 15 | - | - | - | - | - | - | - | - | - | - |
| RG Steel Wheeling LLC | JP Morgan Chase, N.A. | Controlled Disbursement Account | 29 | 29 | 29 | 29 | 29 | - | - | - | - | - | - | - |
| RG Steel Wheeling LLC | JP Morgan Chase, N.A. | Controlled Disbursement Payroll Account | 722 | 351 | 30 | 30 | 29 | 79 | 77 | 77 | 77 | 77 | 71 | 66 |
| RG Steel Wheeling LLC | JP Morgan Chase, N.A. | Intermediate Operations Account | 1,668 | 467 | - | - | - | - | - | - | - | - | - | - |
| RG Steel Wheeling LLC | Wesbanco Bank | Pension Disbursement Account | - | - | - | - | - | - | - | - | - | - | - | - **** |
| RG Steel Wheeling LLC | Wesbanco Bank | Other Operational Account | - | - | - | - | - | | | | | | | |
| RG Steel Wheeling LLC | PNC Bank, N.A. | Operating Account | 2 | 1,747 | - | - | - | - | - | - | - | - | - | - |
| | | | 1,555 | 1,821 | 324 | (160) | (226) | 87 | 77 | 77 | 77 | 77 | 71 | 66 |
| | | Petty cash | 14 | 13 | 10 | 10 | 8 | - | - | - | - | - | - | - |
| | | Adjustment for uncleared checks and unapplied cash | (78) | (78) | (21) | 150 | 218 | - | - | - | - | - | - | - |
| | Net unrestricted cash | | $ 1,491 | $ 1,756 | $ 313 | $ - | $ - | $ 87 | $ 77 | $ 77 | $ 77 | $ 77 | $ 71 | $ 66 |
| RG Steel Wheeling LLC | AIG | National Union Fire Insurance - AIG | 1,923 | 1,923 | 1,923 | 1,923 | 1,923 | 1,890 | 1,890 | 1,890 | 1,890 | 1,890 | 1,890 | 1,890 *** |
| RG Steel Wheeling LLC | Mellon Trust | UMW 1992 Benefit Plan | 772 | 771 | 771 | 771 | 771 | 771 | 771 | 771 | - | - | - | - |
| RG Steel Wheeling LLC | WV WC Trust | WV WC Trust Security | 7,048 | 7,049 | 7,049 | 7,049 | 7,049 | 7,049 | 7,049 | 7,049 | 7,049 | 7,049 | 7,049 | - ** |
| RG Steel Wheeling LLC | Mellon Trust | UMW 1992 Benefit Plan | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | - | - | - | - |
| RG Steel Wheeling LLC | GE | GE Fleet LOC Security | 60 | 60 | 60 | 60 | - | - | - | - | - | - | - | - |
| | Net restricted cash | | $ 9,900 | $ 9,901 | $ 9,901 | $ 9,901 | $ 9,841 | $ 9,808 | $ 9,808 | $ 9,808 | $ 9,808 | $ 8,939 | $ 8,939 | $ 8,939 | 1,890 |
| | Total unrestricted cash | | $ 4,729 | $ 4,062 | $ 990 | $ 2,996 | $ 4,042 | $ 5,228 | $ 2,538 | $ 797 | $ 1,710 | $ 1,690 | $ 753 | $ 2,590 |
| | Total restricted cash | | $ 25,068 | $ 19,569 | $ 51,875 | $ 48,515 | $ 44,537 | $ 40,491 | $ 39,666 | $ 39,120 | $ 36,866 | $ 36,713 | $ 36,617 | $ 29,466 |

** RG Steel has not received any information from the State of West Virginia regarding use of these funds to pay workers compensation claims that the State has assumed liability for.
As a result of the Stipulation with the State of WV, under which it has agreed to take over the claims, the control over this collateral account has been transferred to the State, and it
has been removed from the Debtor's books.

*** RG Steel has not received complete current information from AIG regarding the use of these funds to pay workers compensation claims that AIG has assumed liability for, and
therefore, RG Steel does not have a record of a remaining balance to reconcile to the financial statements.

**** The Wheeling Wesbanco Pension Disbursement account was used as a pass through account for certain benefit payments including certain pension payments. Over several years the account balance has
reconciled to the outstanding checks. The Company is now in the process of reviewing all outstanding checks that have aged past the stated "void if cashed after" date and expects to update the balance when the
process is completed.

In re WP Steel Ventures, LLC, *et al*.,                                          Case No.              12-11661
                    Debtors                                                       Reporting Period:    6/1/13 through 6/30/13

Reporting Period: 6/1/13 through 6/30/13

SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Inception-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Conway MacKenzie, Inc | 8/1 - 12/31/12 | 5,601,053.49 | RG Steel Corporate | | | 106,955.00 | 333.90 | 5,331,441.59 | 269,611.90 |
| Sea Port Securities | 7/1 - 10/31/12 | 2,039,356.63 | RG Steel Corporate | | | 0.00 | 0.00 | 2,007,356.94 | 31,999.69 |
| Willkie Farr & Gallagher | 7/1 - 11/30/12 | 8,162,872.14 | RG Steel Corporate | | | 210,284.98 | 0.00 | 8,044,214.79 | 118,657.35 |
| Saul Ewing LLP | 6/13 - 9/30/12 | 548,561.87 | RG Steel Corporate | | | 26,659.60 | 0.00 | 529,263.11 | 19,298.76 |
| Kurtzman Carson Consultants LLC | 6/1 - 11/30/12 | 1,081,747.63 | RG Steel Corporate | | | 28,539.35 | 60,811.42 | 487,524.67 | 594,222.96 |
| Kramer Levin Naftalis & Frankel LLP | 6/12 - 10/31/12 | 2,835,438.88 | RG Steel Corporate | | | 34,195.00 | 0.00 | 2,779,979.24 | 55,459.64 |
| Huron Consulting Group | 6/14 - 11/30/12 | 1,738,222.09 | RG Steel Corporate | | | 13,696.00 | 0.00 | 1,698,764.34 | 39,457.75 |
| Morris, Nichols, Arsht & Tunnell LLP | 05/31-08/30/12 | 811,154.12 | RG Steel Corporate | | | 17,408.50 | 0.00 | 779,894.13 | 31,259.99 |
| Tatusko Kennedy, PC | 11/01-11/31/12 | 4,865.00 | RG Steel Corporate | | | 0.00 | 0.00 | 4,865.00 | 0.00 |
| Direct Fee Review | 07/28-10/31/12 | 18,771.90 | RG Steel Corporate | | | 0.00 | 0.00 | 18,771.90 | 0.00 |

In re WP Steel Ventures, LLC, *et al.*,  Case No.                  12-11661
              Debtors                    Reporting Period.:        6/1/13 through 6/30/13

Reporting Period: 6/1/13 through 6/30/13
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is
realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ - | $ - |
| Less:  Returns and Allowances | - | - |
| Net Revenue | $ - | $ - |
| COST OF GOODS SOLD | | |
| Beginning Inventory | - | - |
| Add: Purchases | - | - |
| Add: Cost of Labor | - | - |
| Add: Other Costs (attach schedule) | - | - |
| Less: Ending Inventory | - | - |
| Cost of Goods Sold | - | - |
| Gross Profit | - | - |
| OPERATING EXPENSES | | |
| Advertising | - | - |
| Auto and Truck Expense | - | - |
| Bad Debts | - | - |
| Contributions | | - |
| Employee Benefits Programs | - | - |
| Insider Compensation* | - | - |
| Insurance | - | - |
| Management Fees/Bonuses | - | - |
| Condo Association Fees | - | - |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | - | - |
| Rent and Lease Expense | - | - |
| Salaries/Commissions/Fees | - | - |
| Supplies | | - |
| Taxes - Payroll | - | - |
| Taxes - Real Estate | - | - |
| Taxes - Other | - | - |
| Travel and Entertainment | - | - |
| Utilities | - | - |
| Other (attach schedule) | - | - |
| Total Operating Expenses Before Depreciation | - | - |
| Depreciation/Depletion/Amortization | - | - |
| Net Profit (Loss) Before Other Income & Expenses | - | - |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | - | - |
| Interest Expense | | - |
| Other Expense (attach schedule) | - | - |
| Net Profit (Loss) Before Reorganization Items | - | - |
| REORGANIZATION ITEMS | | |
| Professional Fees | - | - |
| U. S. Trustee Quarterly Fees | - | - |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sh | - | - |
| Gain (Loss) from Sale of Equipment | - | - |
| Other Reorganization Expenses (attach schedule) | - | - |
| Total Reorganization Expenses | | - |
| Income Taxes | - | - |
| Net Profit (Loss) | - | - |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re WP Steel Ventures, LLC, et al.,

CONSOLIDATING STATEMENT OF OPERATIONS (US GAAP)

For The Period 6/1/13 through 6/30/13

Reporting Period: 6/1/13 through 6/30/13

| | Sparrows Point | Warren | Wheeling | Railroad | RG Steel Corporate | Subtotal | Eliminations | Total |
|---|---|---|---|---|---|---|---|---|
| Sales: | | | | | | | | |
| to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| to intercompany parties | - | - | - | - | - | - | - | - |
| Total Sales | - | - | - | - | - | - | - | - |
| Cost of goods sold third party | - | 113 | - | - | - | 113 | - | 113 |
| Cost of goods sold intercompany | - | - | - | - | - | - | - | - |
| Intercompany profit elimination | - | - | - | - | - | - | - | - |
| Total Cost of good sold | - | 113 | - | - | - | 113 | - | 113 |
| Gross profit (loss) | - | (113) | - | - | - | (113) | - | (113) |
| Selling, general, and administrative expenses | 1 | (119) | 91 | - | 373 | 346 | - | 346 |
| Depreciation and amortization | - | - | - | - | - | - | - | - |
| Other operating income | - | - | - | - | - | - | - | - |
| Other operating expense | - | - | - | - | - | - | - | - |
| Operating profit (loss) | (1) | 6 | (91) | - | (373) | (459) | - | (459) |
| Other income/(expense): | | | | | | | | |
| Income from joint venture | - | - | - | - | - | - | - | - |
| Interest income | - | - | - | - | - | - | - | - |
| Interest expense third party | - | - | - | - | (1,463) | (1,463) | - | (1,463) |
| Interest expense intercompany | - | - | - | - | - | - | - | - |
| Interest expense affiliate | - | - | - | - | (983) | (983) | | (983) |
| Amortization of deferred financing costs | - | - | - | - | - | - | - | - |
| Amortization of promissory note discount | - | - | - | - | - | - | - | - |
| Amortization of favorable/unfavorable contracts | - | - | - | - | - | - | - | - |
| Write down of assets held for sale | - | - | - | - | - | - | - | - |
| Other income/(expense) | 168 | - | 1,251 | - | - | 1,419 | - | 1,419 |
| Net profit (loss) Before Reorganazation items | $ 167 | $ 6 | $ 1,160 | $ - | $ (2,819) | $ (1,486) | $ - | $ (1,486) |
| REORGANIZATION ITEMS | | | | | | | | |
| Professional fees | - | - | - | - | 123 | 123 | - | 123 |
| U.S. Trustee quarterly fees | - | - | - | - | - | - | - | - |
| Interest earned on accumulated cash from Chapter 11 | - | - | - | - | - | - | - | - |
| Gain (loss) from Sale of equipment | - | - | - | - | - | - | - | - |
| Ask, LLP preference service fees | 92 | 54 | 79 | - | - | 225 | - | 225 |
| Other reorganazation expenses (attach schedule) | - | - | - | - | - | - | - | - |
| Total reorganization expenses | 92 | 54 | 79 | - | 123 | 348 | - | 348 |
| Income taxes | - | - | - | - | - | - | - | - |
| Net profit (loss) After reorganization expenses and income tax | $ 75 | $ (48) | $ 1,081 | $ - | $ (2,942) | $ (1,834) | $ - | $ (1,834) |

In re WP Steel Ventures, LLC, et al.,

CONSOLIDATING STATEMENT OF OPERATIONS (US GAAP)

For The Period May 31, 2012 To June 30, 2013

| | Sparrows Point | Warren | Wheeling | Railroad | RG Steel Corporate | Subtotal | Eliminations | Total |
|---|---|---|---|---|---|---|---|---|
| **Sales:** | | | | | | | | |
| to third parties | $ 159,891 | $ 71,104 | $ 70,503 | $ 372 | $ - | $ 301,870 | $ - | $ 301,870 |
| to intercompany parties | 1,241 | 1,159 | 2,130 | 221 | - | 4,751 | (4,751) | - |
| Total Sales | 161,132 | 72,263 | 72,633 | 593 | - | 306,621 | (4,751) | 301,870 |
| Cost of goods sold third party | 240,075 | 97,635 | 101,893 | 544 | - | 440,147 | 582 | 440,729 |
| Cost of goods sold intercompany | 1,537 | 1,175 | 1,703 | 221 | - | 4,636 | (4,636) | - |
| Intercompany profit elimination | - | - | 697 | - | - | 697 | (697) | - |
| Total Cost of good sold | 241,612 | 98,810 | 104,293 | 765 | - | 445,480 | (4,751) | 440,729 |
| Gross profit (loss) | (80,480) | (26,547) | (31,660) | (172) | - | (138,859) | - | (138,859) |
| Selling, general, and administrative expenses | 27,570 | 12,802 | 16,294 | 406 | (10,573) | 46,498 | - | 46,498 |
| Depreciation and amortization | 4,881 | 1,892 | 2,702 | 18 | - | 9,493 | - | 9,493 |
| Other operating income | - | - | - | - | - | - | - | - |
| Other operating expense | - | - | (254) | - | - | (254) | - | (254) |
| Operating profit (loss) | (112,931) | (41,240) | (50,402) | (596) | 10,573 | (194,596) | - | (194,596) |
| **Other income/(expense):** | | | | | | | | |
| Income from joint venture | 251 | - | 8,755 | - | - | 9,006 | - | 9,006 |
| Interest income | 80 | - | - | - | - | 80 | - | 80 |
| Interest expense third party | 53 | (387) | (26) | - | (30,824) | (31,184) | 271 | (30,913) |
| Interest expense intercompany | (14,415) | 6,408 | (260) | - | 8,538 | 271 | (271) | - |
| Interest expense affiliate | - | - | - | - | (12,425) | (12,425) | - | (12,425) |
| Amortization of deferred financing costs | - | - | - | - | (27,944) | (27,944) | - | (27,944) |
| Amortization of promissory note discount | - | - | - | - | - | - | - | - |
| Amortization of favorable/unfavorable contracts | - | (26,255) | 30 | - | - | (26,225) | - | (26,225) |
| Write down of assets held for sale | (279,660) | 7,661 | (45,775) | (1,523) | - | (319,296) | - | (319,296) |
| Other income/(expense) | 15,115 | 23 | 8,745 | 271 | 21 | 24,175 | - | 24,175 |
| Net profit (loss) Before Reorginazation items | $ (391,508) | $ (53,790) | $ (78,932) | $ (1,848) | $ (52,061) | $ (578,139) | $ - | $ (578,139) |
| **REORGANIZATION ITEMS** | | | | | | | | |
| Professional fees | - | - | - | - | 22,340 | 22,340 | - | 22,340 |
| U.S. Trustee quarterly fees | - | - | - | - | 327 | 327 | - | 327 |
| Interest earned on accumulated cash from Chapter 11 | - | - | - | - | - | - | - | - |
| Gain (loss) from Sale of equipment | - | - | - | - | - | - | - | - |
| Ask, LLP preference service fees | 1,161 | 381 | 369 | - | - | 1,911 | - | 1,911 |
| Other reorganization expenses (attach schedule) | - | - | - | - | - | - | - | - |
| Total reorganization expenses | 1,161 | 381 | 369 | - | 22,667 | 24,578 | - | 24,578 |
| Income taxes | - | - | - | - | - | - | - | - |
| Net profit (loss) After reorganization expenses and income tax | $ (392,668) | $ (54,172) | $ (79,301) | $ (1,848) | $ (74,728) | $ (602,717) | $ - | $ (602,717) |

In re WP Steel Ventures, LLC, *et al.*,
        Debtors

Case No.     12-11661
Reporting Period:    6/1/13 through 6/30/13

Reporting Period: 6/1/13 through 6/30/13
30-Apr-13
(USD in 000's)

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS<br>CURRENT ASSETS | RG Steel<br>Sparrows Point, LLC | RG Steel<br>Warren, LLC | RG Steel<br>Wheeling, LLC | RG Steel<br>Railroad, LLC | RG Steel<br>Corporate, LLC | RG Steel<br>Interco Elim | RG Steel<br>Consolidated |
|---|---|---|---|---|---|---|---|
| Unrestricted Cash and Equivalents | $ - | $ - | $ 66 | $ - | $ 2,524 | $ - | $ 2,590 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 24,410 | | 1,890 | | 3,166 | | 29,466 |
| Accounts Receivable (Net) | 1,505 | 119 | 7,183 | 125 | | | 8,932 |
| Receivables Intercompany (Net) | 123,683 | 12,214 | 9,446 | 8,089 | 62,223 | (215,655) | |
| Notes Receivable | - | - | 543 | - | - | - | 543 |
| Intercompany Allocation of Secured Debt | | 211,771 | 55,419 | | 321,099 | (588,289) | |
| Inventories | 495 | 337 | | - | | | 832 |
| Prepaid Expenses | 383 | - | 628 | - | 105 | - | 1,116 |
| Professional Retainers | - | - | - | - | 85 | - | 85 |
| Other Current Assets (attach schedule) | 100 | - | 636 | - | 72,597 | | 73,333 |
| *TOTAL CURRENT ASSETS* | $ 150,576 | $ 224,441 | $ 75,811 | $ 8,214 | $ 461,799 | $ (803,944) | $ 116,897 |
| PROPERTY AND EQUIPMENT | | | | | | | |
| Real Property and Improvements | - | - | - | - | - | - | - |
| Machinery and Equipment | - | - | - | - | - | - | - |
| Furniture, Fixtures and Office Equipment | - | - | - | - | - | - | - |
| Leasehold Improvements | - | - | - | - | - | - | - |
| Vehicles | - | - | - | - | - | - | - |
| Less Accumulated Depreciation | - | - | - | - | - | - | - |
| *TOTAL PROPERTY & EQUIPMENT* | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| OTHER ASSETS | | | | | | | |
| Loans to Insiders* | - | - | | - | | | - |
| Investment in equity of subsidiaries - Intercompany | 146,849 | - | | - | 549,029 | (695,878) | |
| Other Assets (attach schedule) | 700 | | 138,219 | | - | | 138,919 |
| *TOTAL OTHER ASSETS* | $ 147,549 | $ - | $ 138,219 | $ - | $ 549,029 | $ (695,878) | $ 138,919 |
| | | | | | | | |
| **TOTAL ASSETS** | $ 298,125 | $ 224,441 | $ 214,030 | $ 8,214 | $ 1,010,828 | $ (1,499,822) | $ 255,816 |

| LIABILITIES AND OWNER EQUITY<br>*LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | | | | | |
|---|---|---|---|---|---|---|---|
| Accounts Payable | $ 700 | $ 363 | $ 97 | $ 2 | $ 111 | $ - | $ 1,273 |
| Taxes Payable (refer to FORM MOR-4) | - | 6 | 11 | - | - | - | 17 |
| Wages Payable | - | - | - | - | - | - | - |
| Notes Payable | - | - | - | - | - | - | - |
| Rent / Leases - Building/Equipment | - | - | - | - | - | - | - |
| Secured Debt / Adequate Protection Payments | - | - | - | - | - | - | - |
| Secured Debt / Adequate Protection Payments Intercompany | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | 1,053 | - | 1,053 |
| Amounts Due to Insiders* | - | - | - | - | - | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - | - | - | 1,307 | - | 1,307 |
| *TOTAL POSTPETITION LIABILITIES* | $ 700 | $ 369 | $ 108 | $ 2 | $ 2,471 | $ - | $ 3,650 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | | | | | |
| Secured Debt - LOC | - | - | - | - | | | |
| Intercompany Allocation of Secured Debt | 321,099 | - | - | - | 267,191 | (588,290) | - |
| Secured Debt - Cerberus | - | - | - | - | 122,040 | - | 122,040 |
| Secured Debt - Renco | - | - | - | - | 206,929 | - | 206,929 |
| Debt - Severstal North America | - | - | - | - | 105,200 | - | 105,200 |
| Priority Debt | - | - | 3,709 | - | - | - | 3,709 |
| Unsecured Debt | 217,925 | 205,383 | 290,920 | 5,866 | 41,314 | (0) | 761,407 |
| Unsecured Debt - Intercompany (Net) | 46,681 | 22,625 | 68,004 | 69 | 78,275 | (215,654) | - |
| *TOTAL PRE-PETITION LIABILITIES* | $ 585,705 | $ 228,008 | $ 362,633 | $ 5,935 | $ 820,949 | $ (803,944) | $ 1,199,285 |
| | | | | | | | |
| *TOTAL LIABILITIES* | $ 586,405 | $ 228,377 | $ 362,741 | $ 5,937 | $ 823,420 | $ (803,944) | $ 1,202,935 |
| *OWNER EQUITY* | | | | | | | |
| Capital Stock | - | | - | | 201,163 | - | 201,163 |
| Additional Paid-In Capital | - | | - | | - | - | - |
| Equity in subsidiaries - intercompany | 549,029 | 130,385 | 11,323 | 5,141 | - | (695,878) | - |
| Partners' Capital Account | - | - | - | - | - | - | - |
| Owner's Equity Account | - | - | - | - | - | - | - |
| Retained Earnings - Pre-Petition | (438,889) | (74,357) | (75,245) | (800) | 60,974 | - | (528,317) |
| Retained Earnings - Postpetition | (392,669) | (54,172) | (79,301) | (1,845) | (74,728) | - | (602,715) |
| Adjustments to Owner Equity (attach schedule) | (5,751) | (5,792) | (5,488) | (219) | - | - | (17,250) |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | - | - | - | - | - | - | - |
| *NET OWNER EQUITY* | $ (288,280) | $ (3,936) | $ (148,711) | $ 2,277 | $ 187,409 | $ (695,878) | $ (947,119) |
| | | | | | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 298,125 | $ 224,441 | $ 214,030 | $ 8,214 | $ 1,010,828 | $ (1,499,822) | $ 255,816 |

*"Insider" is defined in 11 U.S.C. Section 101(31).      $ - $ - $ - $ - $ - $ - $ -

In re WP Steel Ventures, LLC, *et al.*,  
    Debtors

Case No.    12-11661  
Reporting Period:    5/31/12 through 5/31/13

Reporting Period: 6/1/13 through 6/30/13  
30-May-12  
(USD in 000's)

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS<br>CURRENT ASSETS | RG Steel<br>Sparrows Point, LLC | RG Steel<br>Warren, LLC | RG Steel<br>Wheeling, LLC | RG Steel<br>Railroad, LLC | RG Steel<br>Corporate, LLC | RG Steel<br>Interco Elim | RG Steel<br>Consolidated |
|---|---|---|---|---|---|---|---|
| Unrestricted Cash and Equivalents | $ 366 | $ 1,325 | $ (158) | $ - | $ 10,981 | $ - | $ 12,514 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 10,075 | 5,800 | 10,402 | | - | - | 26,277 |
| Accounts Receivable (Net) | 122,855 | 56,476 | 39,909 | 933 | - | - | 220,172 |
| Receivables Intercompany (Net) | 81,328 | 9,673 | 4,067 | 8,084 | 25,913 | (129,065) | - |
| Notes Receivable | - | - | 176 | - | - | - | 176 |
| Intercompany Allocation of Secured Debt | | 84,131 | - | | 635,284 | (719,415) | |
| Inventories | 203,320 | 101,362 | 91,212 | - | - | - | 395,894 |
| Prepaid Expenses | 13,288 | 3,168 | 9,822 | 13 | - | - | 26,291 |
| Professional Retainers | - | | | - | 20 | - | 20 |
| Other Current Assets (attach schedule) | 4,240 | | 4,069 | - | 72,910 | - | 81,219 |
| *TOTAL CURRENT ASSETS* | $ 435,472 | $ 261,935 | $ 159,499 | $ 9,030 | $ 745,108 | $ (848,480) | $ 762,564 |
| **PROPERTY AND EQUIPMENT** | | | | | | | |
| Real Property and Improvements | 106,204 | 12,869 | 27,684 | 2,099 | - | - | 148,855 |
| Machinery and Equipment | 338,945 | 31,645 | 73,634 | | - | - | 444,224 |
| Furniture, Fixtures and Office Equipment | - | - | 394 | - | - | - | 394 |
| Leasehold Improvements | - | - | - | - | - | - | - |
| Vehicles | - | - | - | - | - | - | - |
| Less Accumulated Depreciation | (31,253) | (11,352) | (16,365) | (123) | - | - | (59,093) |
| *TOTAL PROPERTY & EQUIPMENT* | $ 413,896 | $ 33,162 | $ 85,347 | $ 1,976 | $ - | $ - | $ 534,380 |
| **OTHER ASSETS** | | | | | | | |
| Loans to Insiders* | - | | - | | | | |
| Investment in equity of subsidiaries - Intercompany | 146,849 | | | | 549,029 | (695,878) | |
| Other Assets (attach schedule) | 14,585 | 26,255 | 160,612 | | 27,945 | | 229,397 |
| *TOTAL OTHER ASSETS* | $ 161,434 | $ 26,255 | $ 160,612 | $ - | $ 576,974 | $ (695,878) | $ 229,397 |
| | | | | | | | |
| **TOTAL ASSETS** | $ 1,010,802 | $ 321,352 | $ 405,458 | $ 11,006 | $ 1,322,082 | $ (1,544,359) | $ 1,526,341 |

| LIABILITIES AND OWNER EQUITY<br>*LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | | | | | |
|---|---|---|---|---|---|---|---|
| Accounts Payable | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Taxes Payable (refer to FORM MOR-4) | - | - | - | - | - | - | - |
| Wages Payable | - | - | - | - | - | - | - |
| Notes Payable | - | - | - | - | - | - | - |
| Rent / Leases - Building/Equipment | - | - | - | - | - | - | - |
| Secured Debt / Adequate Protection Payments | - | - | - | - | - | - | - |
| Secured Debt / Adequate Protection Payments Intercompany | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - | - |
| Amounts Due to Insiders* | - | - | - | - | - | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - | - | - | - | - | - |
| *TOTAL POSTPETITION LIABILITIES* | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | | | | | |
| Secured Debt - LOC | | - | | - | 433,743 | | 433,743 |
| Intercompany Allocation of Secured Debt | 555,246 | | 67,574 | | | (622,820) | |
| Secured Debt - Cerberus | - | - | - | - | 220,051 | - | 220,051 |
| Secured Debt - Renco | - | - | - | - | 130,074 | - | 130,074 |
| Debt - Severstal North America | - | - | - | - | 100,667 | - | 100,667 |
| Priority Debt | 163 | 18,766 | 5,746 | - | - | - | 24,675 |
| Unsecured Debt | 321,259 | 237,863 | 344,313 | 6,808 | 51,401 | (108) | 961,536 |
| Unsecured Debt - Intercompany (Net) | 29,745 | 14,487 | 57,235 | 77 | 124,009 | (225,553) | |
| *TOTAL PRE-PETITION LIABILITIES* | $ 906,413 | $ 271,116 | $ 474,868 | $ 6,885 | $ 1,059,945 | $ (848,480) | $ 1,870,746 |
| | | | | | | | |
| **TOTAL LIABILITIES** | $ 906,413 | $ 271,116 | $ 474,868 | $ 6,885 | $ 1,059,945 | $ (848,480) | $ 1,870,746 |
| **OWNER EQUITY** | | | | | | | |
| Capital Stock | - | | - | | 201,163 | - | 201,163 |
| Additional Paid-In Capital | - | - | - | - | - | - | - |
| Equity in subsidiaries - intercompany | 549,029 | 130,385 | 11,323 | 5,141 | - | (695,878) | - |
| Partners' Capital Account | - | - | - | - | - | - | - |
| Owner's Equity Account | - | - | - | - | - | - | - |
| Retained Earnings - Pre-Petition | (438,889) | (74,357) | (75,245) | (800) | 60,974 | - | (528,317) |
| Retained Earnings - Postpetition | - | - | - | - | - | - | - |
| Adjustments to Owner Equity (attach schedule) | (5,751) | (5,792) | (5,488) | (219) | - | - | (17,250) |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | - | - | - | - | - | - | - |
| *NET OWNER EQUITY* | $ 104,389 | $ 50,236 | $ (69,410) | $ 4,122 | $ 262,137 | $ (695,878) | $ (344,405) |
| | | | | | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 1,010,802 | $ 321,352 | $ 405,458 | $ 11,006 | $ 1,322,082 | $ (1,544,359) | $ 1,526,341 |

*"Insider" is defined in 11 U.S.C. Section 101(31).       $ - $ - $ - $ - $ - $ - $ -

In re WP Steel Ventures, LLC, *et al.*,                                    Case No. 12-11661
                          Debtors                                    Reporting Period: 6/1/13 through 6/30/13
RG Steel Sparrows Point LLC

Reporting Period: 6/1/13 through 6/30/13
BALANCE SHEET - continuation sheet
(USD in 000's)

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| AR - Other | - | (421) |
| Deposits - Misc Other | 100 | 4,661 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | 100 | 4,240 |
| Other Assets | | |
| Investment in Bethlehem Roll Technologies | 600 | 3,219 |
| Long term receivable - Environmental indemnification | 100 | 11,366 |
| | | |
| | | |
| | | |
| | | |
| Total | 700 | 14,585 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | - | - |
| Adjustments to Owner Equity | | |
| Other comprehensive income - Unrecognized OPEB cost | (5,751) | (5,751) |
| | | |
| | | |
| | | |
| | | |
| Total | (5,751) | (5,751) |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
into a separate account, such as an escrow account.

In re WP Steel Ventures, LLC, *et al.*,                                    Case No. 12-11661
        Debtors                                    Reporting Period: 6/1/13 through 6/30/13
RG Steel Warren LLC

Reporting Period: 6/1/13 through 6/30/13
BALANCE SHEET - continuation sheet
(USD in 000's)

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Current Assets** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | - | - |
| **Other Assets** | | |
| Intangible - Favorable contract | - | 26,255 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | - | 26,255 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | - | - |
| **Adjustments to Owner Equity** | | |
| Other comprehensive income - Unrecognized OPEB cost | (5,792) | (5,792) |
| | - | - |
| | | |
| | | |
| Total | (5,792) | (5,792) |
| **Postpetition Contributions (Distributions) (Draws)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re WP Steel Ventures, LLC, *et al.,*
                  Debtors
RG Steel Wheeling LLC

Case No. 12-11661
Reporting Period: 6/1/13 through 6/30/13

Reporting Period: 6/1/13 through 6/30/13
BALANCE SHEET - continuation sheet
(USD in 000's)

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Current Assets** | | |
| Assets Held for Sale | 458 | 4,069 |
| Other receivables | 178 | |
| | | |
| | | |
| | | |
| Total | 636 | 4,069 |
| **Other Assets** | | |
| Investment in Mountain State Carbon | 138,219 | 129,556 |
| Investment in Ohio Coatings Company | - | 26,803 |
| Promissory Note Receivable from Ohio Coatings Company | - | 2,950 |
| LT Notes Receivable net of Doubtful Accounts | - | 815 |
| Revolver Deferred Financing Costs | - | 288 |
| WP Coal Royalty Rec. + LT Rec. Nevillwood County Club | - | 200 |
| Total | 138,219 | 160,612 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| | - | |
| | - | |
| | | |
| | | |
| | | |
| Total | - | |
| **Adjustments to Owner Equity** | | |
| Other comprehensive income - Unrecognized OPEB cost | (5,488) | (5,488) |
| | | |
| | | |
| | | |
| | | |
| Total | (5,488) | |
| **Postpetition Contributions (Distributions) (Draws)** | | |
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re WP Steel Ventures, LLC, *et al.*,
    Debtors
RG Steel Railroad Holding LLC

Case No. 12-11667
Reporting Period: 6/1/13 through 6/30/13

Reporting Period: 6/1/13 through 6/30/13
BALANCE SHEET - continuation sheet
(USD in 000's)

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | 0 | |
| Adjustments to Owner Equity | | |
| Other comprehensive income - unrecognized actuarial loss | (219) | (219) |
| | | |
| | | |
| | | |
| Total | (219) | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
into a separate account, such as an escrow account.

In re WP Steel Ventures, LLC, *et al.*,  
                Debtors  
RG Steel LLC

Case No. 12-11661  
Reporting Period: 6/1/13 through 6/30/13

Reporting Period: 6/1/13 through 6/30/13  
BALANCE SHEET - continuation sheet  
(USD in 000's)

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| Receivables - Other | 481 | 793 |
| Transactional Amounts Due | 72,116 | 72,116 |
| Receivables - Insurance | - | - |
| | | |
| | | |
| Total | 72,597 | 72,910 |
| Other Assets | | |
| Deferred financing costs | - | 27,945 |
| | | |
| | | |
| | | |
| | | |
| Subtotal | - | 27,945 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| Environmental payable from Sparrows sale | 500 | |
| Property taxes payable Beech Bottom | 807 | |
| | | |
| | | |
| | | |
| Total | 1,307 | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re WP Steel Ventures, LLC, *et al.*,  
        Debtors  
RG Steel Sparrows Point LLC

Case No.    12-11661  
Reporting Period:  6/1/13 through 6/30/13

Reporting Period: 6/1/13 through 6/30/13  
(USD in 000's)

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | - | - | | | - |
| FICA-Employee | - | - | - | | | - |
| FICA-Employer | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| Income | | - | - | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | - | - | - | | | - |
| **State and Local** | | | | | | |
| Withholding | - | - | - | | | - |
| Sales | - | - | - | | | - |
| Excise | - | | | | | - |
| Unemployment | - | - | - | | | - |
| Real Property | - | - | - | | | - |
| Personal Property | - | - | - | | | - |
| Other:_____ | - | | | | | - |
|   Total State and Local | - | - | - | | | - |
| Total Taxes | - | - | - | | | - |

SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | - | - | - | - | 700 | 700 |
| Wages Payable | - | | | | | - |
| Taxes Payable | - | - | | | | - |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Secured Debt/Adequate Protection Payments - Intercompany | - | | | | | - |
| Professional Fees | | | | | | - |
| Amounts Due to Insiders* | | | | | | - |
| Other: US Trustee Fees | | | | | | - |
| Other:_____ | - | - | - | - | - | - |
| Total Postpetition Debts | - | - | - | - | 700 | 700 |
| | | | | | | - |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re WP Steel Ventures, LLC, *et al.*,                      Case No.          12-11661
                                      Debtors                Reporting Period:  6/1/13 through 6/30/13
RG Steel Warren LLC

Reporting Period: 6/1/13 through 6/30/13
(USD in 000's)

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | - | - | | | - |
| FICA-Employee | - | - | - | | | - |
| FICA-Employer | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| Income | - | - | - | | | |
| Other:_____ | - | - | - | | | |
| Total Federal Taxes | - | - | - | | | - |
| **State and Local** | | | | | | |
| Withholding | - | - | - | | | - |
| Sales | 6 | - | - | | | 6 |
| Excise | - | | | | | - |
| Unemployment | - | | | | | - |
| Real Property | - | - | | | | - |
| Personal Property | - | - | | | | - |
| Other:_____ | - | | | | | - |
| Total State and Local | 6 | - | - | | | 6 |
| Total Taxes | 6 | - | - | | | 6 |

SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | - | - | - | - | 363 | 363 |
| Wages Payable | - | | | | | - |
| Taxes Payable | 6 | | | | | 6 |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Secured Debt/Adequate Protection Payments - Intercompany | - | | | | | - |
| Professional Fees | | | | | | - |
| Amounts Due to Insiders* | | | | | | - |
| Other: US Trustee Fees | | | | | | - |
| Other:_____ | | | | | | - |
| Total Postpetition Debts | 6 | - | - | - | 363 | 369 |
| | | | | | | - |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re WP Steel Ventures, LLC, *et al.*,
                Debtors
RG Steel Wheeling LLC

Case No.        12-11661
Reporting Period:   6/1/13 through 6/30/13

Reporting Period: 6/1/13 through 6/30/13
(USD in 000's)

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | - | - | | | - |
| FICA-Employee | - | - | - | | | - |
| FICA-Employer | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| Income | - | - | - | | | - |
| Other:_____ | - | - | - | | | - |
|   Total Federal Taxes | - | - | - | | | - |
| **State and Local** | | | | | | |
| Withholding | - | - | - | | | - |
| Sales | - | - | - | | | - |
| Excise | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| Real Property | - | - | - | | | - |
| Personal Property | 10 | - | - | | | 10 |
| Other:  Franchise | 1 | - | - | | | 1 |
|   Total State and Local | 11 | - | - | | | 11 |
| Total Taxes | 11 | - | - | | | 11 |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 2 | - | - | - | 95 | 97 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | 11 | - | - | - | - | 11 |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments - Intercompany | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| Other: US Trustee Fees | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| Total Postpetition Debts | 13 | - | - | - | 95 | 108 |
| | | | | | | - |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re WP Steel Ventures, LLC, *et al.*,
      Debtors
RG Steel Railroad Holding LLC

Case No.    12-11661
Reporting Period: 6/1/13 through 6/30/13

Reporting Period: 6/1/13 through 6/30/13
(USD in 000's)

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | - | - | | | - |
| FICA-Employee | - | - | - | | | - |
| FICA-Employer | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| Income | - | - | - | | | - |
| Other:_____ | - | - | - | | | - |
|   Total Federal Taxes | - | - | - | | | - |
| **State and Local** | | | | | | |
| Withholding | - | - | - | | | - |
| Sales | - | - | - | | | - |
| Excise | - | - | - | | | - |
| Unemployment | | - | - | | | - |
| Real Property | | - | - | | | - |
| Personal Property | - | - | - | | | - |
| Other:_____ | | - | - | | | - |
|   Total State and Local | - | - | - | | | - |
| Total Taxes | $   - | $   - | $   - | | | $   - |

SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | - | - | - | - | 2 | 2 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments - Intercompa | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| Other: US Trustee Fees | - | - | - | - | - | - |
| Other:_____ | | - | - | - | - | - |
| Total Postpetition Debts | $   - | $   - | $   - | $   - | $   2 | $   2 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re WP Steel Ventures, LLC, *et al.*,
        Debtors

RG Steel LLC

Case No.     12-11661
Reporting Period:  6/1/13 through 6/30/13

Reporting Period: 6/1/13 through 6/30/13
(USD in 000's)

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | - | - | - | - | - |
| FICA-Employee | - | - | - | - | - | - |
| FICA-Employer | - | - | - | - | - | - |
| Unemployment | - | - | - | - | - | - |
| Income | - | - | - | - | - | - |
| Other:_total payroll taxes | - | - | - | - | - | - |
|   Total Federal Taxes | - | - | - | - | - | - |
| **State and Local** | | | | | | |
| Withholding | - | - | - | - | - | - |
| Sales | - | - | - | - | - | - |
| Excise | - | - | - | - | - | - |
| Unemployment | - | - | - | - | - | - |
| Real Property | - | - | - | - | - | - |
| Personal Property | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
|   Total State and Local | - | - | - | - | - | - |
| Total Taxes | - | - | - | - | - | - |

SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 111 | - | - | - | - | 111 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments - Intercompa | - | - | - | - | - | - |
| Professional Fees | 1,053 | - | - | - | - | 1,053 |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| Other: US Trustee Fees | - | - | - | - | - | - |
| Other:_____ | 1,307 | - | - | - | - | 1,307 |
| Total Postpetition Debts | 2,471 | - | - | - | - | 2,471 |
| | | | | | | - |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re WP Steel Ventures, LLC, *et al.*,                      Case No.        12-11661
                        Debtors                      Reporting Period 6/1/13 through 6/30/13
RG Steel Sparrows Point LLC

Reporting Period: 6/1/13 through 6/30/13
ACCOUNTS RECEIVABLE RECONCILIATION AND AGING
(USD in 000's)

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 1,541 | |
| + Amounts billed during the period | - | |
| - Amounts collected during the period | (35) | |
| - other adjustments/allowances | (1) | |
| Total Accounts Receivable at the end of the reporting period | 1,505 | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | - | |
| 31 - 60 days old | - | |
| 61 - 90 days old | - | |
| 91+ days old | 5,582 | |
| Total Accounts Receivable | 5,582 | |
| Amount considered uncollectible (Bad Debt) | (4,077) | |
| Other adjustments/allowances | - | |
| Accounts Receivable (Net) | 1,505 | |

In re WP Steel Ventures, LLC, *et al*.,                                Case No.          12-11661
               Debtors                                Reporting Period: 6/1/13 through 6/30/13
RG Steel Warren LLC

Reporting Period: 6/1/13 through 6/30/13
ACCOUNTS RECEIVABLE RECONCILIATION AND AGING
(USD in 000's)

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 124 | |
| + Amounts billed during the period | - | |
| - Amounts collected during the period | (124) | |
| - other adjustments/allowances | 119 | |
| Total Accounts Receivable at the end of the reporting period | 119 | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | - | |
| 31 - 60 days old | - | |
| 61 - 90 days old | - | |
| 91+ days old | 1,189 | |
| Total Accounts Receivable | 1,189 | |
| Amount considered uncollectible (Bad Debt) | (1,070) | |
| Other adjustments/allowances | - | |
| Accounts Receivable (Net) | 119 | |

In re WP Steel Ventures, LLC, *et al.*,                    Case No.                12-11661
                              Debtors                      Reporting Period:       6/1/13 through 6/30/13
RG Steel Wheeling LLC

Reporting Period: 6/1/13 through 6/30/13
ACCOUNTS RECEIVABLE RECONCILIATION AND AGING
(USD in 000's)

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 7,355 | |
| + Amounts billed during the period | - | |
| - Amounts collected during the period | (151) | |
| - Other adjustments | (21) | |
| Total Accounts Receivable at the end of the reporting period | 7,183 | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | - | |
| 31 - 60 days old | - | |
| 61 - 90 days old | - | |
| 91+ days old | 10,655 | |
| Total Accounts Receivable | 10,655 | |
| Amount considered uncollectible (Bad Debt) | (3,454) | |
| Other adjustments/allowances | (18) | |
| Accounts Receivable (Net) | 7,183 | |

-

In re WP Steel Ventures, LLC, *et al.*,       Case No.     12-11661
        Debtors         Reporting Period:  6/1/13 through 6/30/13
RG Steel Railroad Holding LLC

Reporting Period: 6/1/13 through 6/30/13
ACCOUNTS RECEIVABLE RECONCILIATION AND AGING
(USD in 000's)

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 125 | |
| + Amounts billed during the period | - | |
| - Amounts collected during the period | - | |
| - Other adjustments/allowances | - | |
| - other adjustments/allowances | - | |
| Total Accounts Receivable at the end of the reporting period | 125 | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | - | |
| 31 - 60 days old | - | |
| 61 - 90 days old | - | |
| 91+ days old | 533 | |
| Total Accounts Receivable | 533 | |
| Amount considered uncollectible (Bad Debt) | (408) | |
| Other adjustments/allowances | - | |
| Accounts Receivable (Net) | 125 | |

In re WP Steel Ventures, LLC, *et al.*,                          Case No.          12-11661
                          Debtors                                Reporting Period 6/1/13 through 6/30/13
RG Steel LLC

Reporting Period: 6/1/13 through 6/30/13
ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| - other adjustments/allowances | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Other adjustments/allowances | | |
| Accounts Receivable (Net) | | |

DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No | |
|---|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | x | | * |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | x | |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | x | | ** |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | x | | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x | |

* Through Section 363 of the Bankruptcy Code and as approved by the Bankruptcy Court, The Debtors have held multiple auctions to sell its plants, property, and equipment to wind-down it's business affairs.

**All payroll taxes have been filed.  Certain Real Estate and Personal Property taxes may be handled in connection with the underlying sale of the remaining assets.