# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WP Steel Venture LLC, <u>et al.</u>,[1] | Case No. 12-11661 (KJC) |
| Debtors. | (Jointly Administered) |
| RG Steel Sparrows Point, LLC, Debtor in Possession, | |
| Plaintiff, | **STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTIONS ASSIGNED TO <u>THE HONORABLE KEVIN J. CAREY</u>** |
| v. | |
| Defendants Listed Below, | |
| Defendants. | |

| Defendant Name | Adversary Number |
|---|---|
| A. B. Filicko, Inc. | 13-50019 |
| A. C. Schultes of Maryland, Inc. | 13-50004 |
| A.S. & L. Industrial Services, Inc. dba Adey Sanchez & Lewis | 13-50017 |
| A2Z Environmental Group, LLC | 13-50291 |
| Ace Environmental Services, LLC | 13-50025 |
| Acme Industrial, Inc. | 13-50032 |
| Aerotek, Inc. | 13-50049 |
| Affival, Inc. | 13-50791 |
| AJF, Inc. | 13-50081 |
| Akers National Roll Company dba Vertical Seal Company | 13-50217 |
| Alcan Primary Products Company LLC dba Alcan Ingot Products Corp. | 13-50006 |
| Alfa Laval, Inc. dba Alfa Laval Thermal, Inc. | 13-50020 |
| Alloys & Coke Co., Inc. | 13-50793 |
| AMEPA America, Inc. | 13-50007 |
| Applied Industrial Technologies, Inc. | 13-50795 |
| Aras Company, Inc. | 13-50073 |
| Arm Enertech Associates, LLC fka Ener-Tech Associates, Inc. | 13-50056 |
| ARM Group, Inc. | 13-50079 |

---

1   If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses:
    (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC
    (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and
    (viii) RG Steel Wheeling Steel Group, LLC (9927).   The Debtors' executive address is 1430 Sparrows Point Boulevard,
    Sparrows Point, MD 21219.

| | |
|---|---|
| Asgco Mfg., Inc. | 13-50083 |
| ASI System Integration, Inc. | 13-50088 |
| Associated Steel Company, Inc. dba North American Steel Company | 13-50252 |
| Auston Contracting, Inc. | 13-50008 |
| B & T Express, Inc. | 13-50018 |
| Back River Transport | 13-50095 |
| Baltimore Gas and Electric Company | 13-50274 |
| Baltimore Scrap Corp. | 13-50099 |
| Berenato & White, LLC fka Berenato, White & Stavish, LLC | 13-50794 |
| Berg Bros. Recycling, Inc. dba Berg Recycling, Inc. | 13-50107 |
| BFPE International, Inc. | 13-50009 |
| Biologic International | 13-50124 |
| Blair Logistics, LLC | 13-50128 |
| Boyd Bros. Transportation Inc. | 13-50010 |
| Brammer Standard Company, Inc. | 13-50799 |
| Brenntag Northeast, Inc. | 13-50139 |
| BSP, Inc. | 13-50147 |
| Builders Transportation Co., LLC | 13-50801 |
| Burch Materials Company, Inc. | 13-50021 |
| BWI Sparrows Point, LLC | 13-50022 |
| C. H. Reed Inc. | 13-50035 |
| Cable Enterprises, Inc. and Coordinators, Inc. | 13-50045 |
| Carmeuse Lime, Inc. | 13-50797 |
| Cellco Partnership dba Verizon Wireless | 13-50275 |
| Central Maintenance Corp. | 13-50026 |
| Chrome Deposit Corporation | 13-50798 |
| Clean Venture, Inc. | 13-50013 |
| Consolidated Cargo Carriers, Inc. | 13-50041 |
| Consolidated Scrap Resources, Inc. | 13-50276 |
| CPSI Consulting, Inc. fka Innovative Data Processing Consultants, Inc. aka CPSI IT Consulting & Staffing | 13-50800 |
| Crown Security System, Inc. | 13-50231 |
| CRST Logistics, Inc. dba CRST Flatbed, Inc. | 13-50047 |
| CSX Transportation, Inc. | 13-50778 |
| CVL Technical Sales, Inc. | 13-50051 |
| D. Pierce Transportation, Inc. | 13-50805 |
| Diversco, Inc. dba Diversco Integrated Services | 13-50061 |
| Dongbu Metal USA Inc. | 13-50802 |
| Dueco, Inc. | 13-50066 |
| Ease Painting & Construction, Inc. | 13-50030 |

| | |
|---|---|
| Eastern Automation Service, LLC | 13-50069 |
| Echelon Service Company | 13-50036 |
| ESM II LP | 13-50808 |
| Filnor, Inc. | 13-50236 |
| Fitzgerald Salvage and Recycling, Inc. dba Fitzgerald Auto Salvage | 13-50075 |
| Garrod Hydraulics, Inc. | 13-50091 |
| GE Betz, Inc. | 13-50096 |
| GE Energy and Industrial Services, Inc. | 13-50100 |
| GeGa Corp. | 13-50237 |
| Geiger Pump and Equipment Company | 13-50102 |
| Gill-Simpson, Inc. | 13-50105 |
| Golden Ocean Management AS | 13-50108 |
| Goodman Services, Inc. | 13-50238 |
| Gottlieb Inc. | 13-50810 |
| Graybar Electric Company, Inc. | 13-50118 |
| Grayson Mitchell, Inc. | 13-50121 |
| Great American Lines, Inc. | 13-50811 |
| H & K Equipment, Inc. dba H & K Equipment Co., Inc. | 13-50054 |
| Hampton Roads Testing Laboratories, Inc. | 13-50137 |
| Hanco, Ltd. | 13-50812 |
| Hanover Engineering Associates, Inc. | 13-50240 |
| Harris Camden Terminal Equipment Inc. | 13-50141 |
| Heraeus Electro-Nite Co., LLC | 13-50046 |
| Houston Structures, Inc. | 13-50058 |
| Hunter Lift, Ltd. | 13-50063 |
| Hydratec, Inc. | 13-50241 |
| Illinois Tool Works, Inc. dba ITW Metals Group | 13-50243 |
| Imperial Zinc Corp. | 13-50813 |
| Industrial Refrigeration Service, Inc. | 13-50070 |
| Industrial Services Contractors, Inc. | 13-50068 |
| Infor Global Solutions (Michigan), Inc. | 13-50814 |
| Innovative Alloy Services, LLC | 13-50071 |
| Innovative Practical Approach, Inc. | 13-50242 |
| Integrated Power Services, LLC | 13-50076 |
| ITRCO, L.P. dba ITR, Inc. | 13-50129 |
| J Cunius & Associates Ltd | 13-50133 |
| J. P. Donmoyer, Inc. | 13-50142 |
| J. P. Graham Transport, Inc. | 13-50144 |
| KCI Technologies, Inc. | 13-50149 |
| Kenwal Steel Corp. | 13-50151 |
| Keystone Acquisition Company, Inc. dba Keystone Electric Co., Inc. | 13-50816 |

| | |
|---|---|
| Kinder Morgan Bulk Terminal, Inc. | 13-50818 |
| Krentzman Metals Corporation | 13-50803 |
| KT-Grant, Inc. | 13-50820 |
| Lacy Foundries, LLC | 13-50171 |
| Lafarge Building Materials, Inc. | 13-50072 |
| Lester Fellows Co. | 13-50077 |
| Liedtka Trucking, Inc. | 13-50078 |
| Lincoln Manufacturing, Inc. | 13-50082 |
| Loveman Steel Corporation2 | 13-50084 |
| L-S Industries, Inc. | 13-50246 |
| Lyons Industries, Inc. | 13-50086 |
| M.S.S.I., Inc. dba M.S.S.I. Refractory | 13-50116 |
| MacPherson Engineering, Inc. dba MacPherson & Company | 13-50087 |
| Magneco/Metrel, Inc. | 13-50780 |
| Man Diesel & Turbo North America Inc. and Man Turbo, Inc. USA | 13-50247 |
| Mawson & Mawson, Inc. | 13-50823 |
| Maxim Crane Works, L.P. | 13-50094 |
| Metal Services, LLC dba Phoenix Services, LLC | 13-50155 |
| Metal Strategies, Inc. | 13-50830 |
| Metalico Aluminum Recovery, Inc. | 13-50098 |
| Mobile Dredging & Pumping Co. | 13-50249 |
| Mono Ceramics, Inc. | 13-50833 |
| Monumental Supply Company, Inc. | 13-50106 |
| Morris Iron & Steel Co. Inc. | 13-50109 |
| Motion Industries, Inc. | 13-50111 |
| New Berry, Inc. dba Berry Metal Company | 13-50101 |
| Norfolk Southern Railway Company | 13-50278 |
| North American Refractories Company | 13-50090 |
| Northeast Industrial Bolting and Torque, LLC | 13-50093 |
| Oak Mountain Industries, Inc. | 13-50110 |
| Oakes Foundry, Inc. | 13-50785 |
| OCMET, Inc. | 13-50117 |
| Otis Elevator Company | 13-50834 |
| P & S Transportation, Inc. | 13-50164 |
| P. I. & I. Motor Express, Inc. | 13-50157 |
| P.C. Campana, Inc. | 13-50817 |
| Paul Wurth, Inc. | 13-50835 |
| Paving & Contracting, Etc. Inc. | 13-50254 |
| PCL (Shipping) Pte. Ltd. | 13-50289 |
| Peg Hopkins, Inc. dba PHI Environmental Consulting | 13-50804 |
| Pennsylvania Tool Sales & Service, Inc. | 13-50148 |

| | |
|---|---|
| Pennzoil-Quaker State Company dba Sopus Products and Shell Oil Company and PPC Lubricants, Inc. | 13-50262 |
| Philip R. Walker & Associates, Inc. | 13-50043 |
| Phoenix Process Equipment Co. | 13-50154 |
| Plastech Services, Inc. | 13-50255 |
| Pollock Research & Design, Inc. dba Reading Crane and Engineering Company | 13-50146 |
| Praxair Distribution Mid-Atlantic, LLC dba GTS-Welco | 13-50130 |
| Praxair Surface Technologies, Inc. aka Praxair, Inc. | 13-50158 |
| Praxair, Inc. | 13-50819 |
| Premier Elkhorn Coal Company | 13-50160 |
| Proconex Inc. | 13-50161 |
| Procurement Specialty Group, Inc. | 13-50821 |
| Protrade Steel Company, Ltd. | 13-50806 |
| Pug's Fuel Service, Inc. | 13-50165 |
| Pump & Power Equipment Corp. | 13-50166 |
| Quaker Chemical Corporation | 13-50167 |
| Quality Industrial Contracting, Inc. | 13-50168 |
| Quantum Corporate Funding, Ltd. and Rich Roofing, LLC | 13-50286 |
| Recycling and Treatment Technologies of Baltimore, LLC dba RTT of Baltimore LLC; and Recycling and Treatment Technologies, LLC dba RT of Baltimore LLC | 13-50287 |
| Refractory Materials International Inc. dba RMI Inc. | 13-50174 |
| Refractory Service Company, Inc. dba Refractory Services Corp. | 13-50153 |
| Regenergy, Inc. | 13-50156 |
| Riggs Distler & Company, Inc. | 13-50258 |
| Riverside Refractories, Inc. | 13-50173 |
| RMS Omega Technologies Group, Inc. | 13-50175 |
| Robinson Fans, Inc. | 13-50259 |
| Ron White's Air Compressor Sales, Inc. dba RWI Industrial aka RWI, Inc. | 13-50176 |
| Severstal Dearborn, LLC dba Severstal North America | 13-50179 |
| Sexton & Peake, Incorporated | 13-50180 |
| Siemens Water Technologies Corp. | 13-50822 |
| Smith Services, Inc. | 13-50181 |
| Southern Insulation, Inc. | 13-50183 |
| Sparrows Point Marine Services, LLC | 13-50185 |
| Steel & Machinery Transportation, Inc. | 13-50263 |
| Steel Agents, Inc. | 13-50191 |
| Stevens Engineers & Constructors, Inc. fka Stevens Painton Corporation | 13-50190 |

| | |
|---|---|
| Superior Forge & Steel Corporation dba Quality Rolls, Inc. | 13-50256 |
| Swanson Group Ltd. | 13-50194 |
| T.E.A.M. Service Corporation of New York | 13-50266 |
| Team Industrial Services, Inc. | 13-50197 |
| Terrapin Recycling, LLC | 13-50200 |
| The Davy Roll Company | 13-50201 |
| The Overhead Door Company of Balitmore, Incorporated | 13-50135 |
| The Owl Corporation and Owl Metals, Inc. | 13-50285 |
| The Rowland Company | 13-50260 |
| Thermal Transfer Corporation | 13-50202 |
| Timken Industrial Services, LLC | 13-50279 |
| Titan Industrial Services, Inc. | 13-50204 |
| Transportation Alliance Bank, Inc., AWL Logistics LLC, and AWL Transport, Inc. dba AWL Transportation, Inc. | 13-50268 |
| Tricomm Services Corporation | 13-50210 |
| Tri-State Transfer & Salvage, Inc. | 13-50208 |
| Tryon Trucking, Inc. | 13-50211 |
| Tube City IMS, LLC | 13-50829 |
| Tube City IMS, LLC fka Tube City, LLC | 13-50788 |
| U.S. Transportation Services, Inc. | 13-50216 |
| Ultra-Pak, Inc. | 13-50269 |
| UniFirst Corporation | 13-50213 |
| Union Electric Steel Corporation and The Davy Roll Company, Ltd. | 13-50282 |
| United Bulk Carriers International, Navegacao, Lda - Madeira | 13-50214 |
| United Crane Sales, Inc. fka United Crane & Rigging | 13-50270 |
| United Iron & Metal, LLC. | 13-50271 |
| United Rentals, Inc. | 13-50281 |
| Upwind Enterprises, LLC dba Spot-A-Pot | 13-50187 |
| Veitsch-Radex America, Inc. dba BNS/Veitsch-Radex America, Inc. | 13-50132 |
| Vesuvius U S A Corporation | 13-50790 |
| Watco Mechanical Services, L.L.C. | 13-50220 |
| Weir Hazleton, Inc. | 13-50221 |
| Wesco Distribution, Inc. | 13-50831 |
| Western Express, Inc. | 13-50222z |
| Wolff Associates, Inc. | 13-50223 |
| Woodings Industrial Corporation | 13-50224 |
| Xtek, Inc. | 13-50809 |
| Xylem Dewatering Solutions, Inc. fdba Godwin Pumps of America, Inc. | 13-50226 |
| York Building Products Co., Inc. | 13-50227 |
| Zimmerman Truck Lines, Inc. | 13-50230 |

**\*213 ADVERSARY PROCEEDINGS**

Plaintiff files the attached status report providing a status of the above referenced

Adversary Actions in preparation for the July 30, 2013 Status Conference.


Dated:   July 23, 2013

GELLERT SCALI BUSENKELL & BROWN, LLC

Delaware Counsel                    By:      */s/ Ronald S. Gellert* _____
                                          Ronald S. Gellert (DE 4259)
                                          Brya M. Keilson (DE 4643)
                                          913 North Market Street, 10th Floor
                                          Wilmington, DE 19801
                                          Telephone: (302) 425-5800
                                          Fax: (302) 425-5814
                                          E-Mail: rgellert@gsbblaw.com

                                          and

Primary Counsel                           Joseph L. Steinfeld, Jr., DC SBN 297101,
(Please Contact Primary Counsel)          MN SBN 0266292, VA SBN 18666
                                          Gary D. Underdahl, MN SBN 0301693
                                          ASK LLP
                                          2600 Eagan Woods Drive, Suite 400
                                          St. Paul, MN   55121
                                          Telephone: (651) 406-9665
                                          Fax: (651) 406-9676
                                          E-Mail: gunderdahl@askllp.com

                                          and

                                          Edward E. Neiger, Esq.
                                          Brigette McGrath, Esq.
                                          ASK LLP
                                          151 West 46th Street, 4th Floor
                                          New York, NY   10036
                                          Telephone: (212) 267-7342
                                          Fax: (212) 918-3427
                                          E-Mail: bmcgrath@askllp.com

                                          *Attorneys for Plaintiff, RG Steel Sparrows Point,*
                                          *LLC, Debtor in Possession*

## STATUS "A"

### CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Golden Ocean Management AS | 13-50108 | Defendant is a foreign entity. Plaintiff will pursue proper service accordingly. |
| PCL (Shipping) Pte. Ltd. | 13-50289 | Defendant is a foreign entity. Plaintiff will pursue proper service accordingly. |
| The Davy Roll Company | 13-50201 | Defendant is a foreign entity. Plaintiff will pursue proper service accordingly. |
| United Bulk Carriers International, Navegacao, Lda - Madeira | 13-50214 | Defendant is a foreign entity. Plaintiff will pursue proper service accordingly. |

* 4 Cases

# STATUS "B"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Aerotek, Inc. | 13-50049 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Alloys & Coke Co., Inc. | 13-50793 | Defendant's answer to Plaintiff's complaint is not yet due. |
| ASI System Integration, Inc. | 13-50088 | Defendant's answer to Plaintiff's complaint is not yet due. |
| CVL Technical Sales, Inc. | 13-50051 | Defendant's answer to Plaintiff's complaint is not yet due. |
| GE Betz, Inc. | 13-50096 | Defendant's answer to Plaintiff's complaint is not yet due. |
| H & K Equipment, Inc. dba H & K Equipment Co., Inc. | 13-50054 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Heraeus Electro-Nite Co., LLC | 13-50046 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Infor Global Solutions (Michigan), Inc. | 13-50814 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Lafarge Building Materials, Inc. | 13-50072 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Metal Services, LLC dba Phoenix Services, LLC | 13-50155 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Metal Strategies, Inc. | 13-50830 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Pollock Research & Design, Inc. dba Reading Crane and Engineering Company | 13-50146 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Swanson Group Ltd. | 13-50194 | Defendant's answer to Plaintiff's complaint is not yet due. |

# STATUS "B"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| | | |
|---|---|---|
| UniFirst Corporation | 13-50213 | Defendant's answer to Plaintiff's complaint is not yet due. |

* 14 Cases

## STATUS "C"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED. THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Aras Company, Inc. | 13-50073 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Back River Transport | 13-50095 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Berenato & White, LLC fka Berenato, White & Stavish, LLC | 13-50794 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Biologic International | 13-50124 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| BSP, Inc. | 13-50147 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Clean Venture, Inc. | 13-50013 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Eastern Automation Service, LLC | 13-50069 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Echelon Service Company | 13-50036 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| GE Energy and Industrial Services, Inc. | 13-50100 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default |

## Status "C"
### Contested Preference Actions Where Service is Complete, No Answers have been Filed.   Thus, Plaintiff Requesting Default Judgments:

|  |  | Judgment. |
|---|---|---|
| Harris Camden Terminal Equipment Inc. | 13-50141 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Houston Structures, Inc. | 13-50058 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Imperial Zinc Corp. | 13-50813 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| ITRCO, L.P. dba ITR, Inc. | 13-50129 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Lacy Foundries, LLC | 13-50171 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Lincoln Manufacturing, Inc. | 13-50082 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Lyons Industries, Inc. | 13-50086 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| MacPherson Engineering, Inc. dba MacPherson & Company | 13-50087 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Northeast Industrial Bolting and Torque, LLC | 13-50093 | Service is complete and no answer has been filed. Plaintiff will be filling a |

# STATUS "C"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED.   THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

| | | |
|---|---|---|
| | | Request for Default Judgment. |
| P.C. Campana, Inc. | 13-50817 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Paving & Contracting, Etc. Inc. | 13-50254 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Peg Hopkins, Inc. dba PHI Environmental Consulting | 13-50804 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Pennzoil-Quaker State Company dba Sopus Products and Shell Oil Company and PPC Lubricants, Inc. | 13-50262 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Phoenix Process Equipment Co. | 13-50154 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| RMS Omega Technologies Group, Inc. | 13-50175 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Steel & Machinery Transportation, Inc. | 13-50263 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| The Owl Corporation and Owl Metals, Inc. | 13-50285 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Tri-State Transfer & Salvage, Inc. | 13-50208 | Service is complete and no answer has been filed. |

# STATUS "C"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED.   THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

|  |  |  |
|---|---|---|
|  |  | Plaintiff will be filling a Request for Default Judgment. |
| Upwind Enterprises, LLC dba Spot-A-Pot | 13-50187 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Weir Hazleton, Inc. | 13-50221 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Wolff Associates, Inc. | 13-50223 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Zimmerman Truck Lines, Inc. | 13-50230 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |

* 31 Cases

## STATUS "D"
### PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Brenntag Northeast, Inc. | 13-50139 | Plaintiff will file a dismissal of the adversary proceeding. |
| Consolidated Cargo Carriers, Inc. | 13-50041 | Plaintiff will file a dismissal of the adversary proceeding. |
| Praxair Distribution Mid-Atlantic, LLC dba GTS-Welco | 13-50130 | Plaintiff will file a dismissal of the adversary proceeding. |
| Praxair Surface Technologies, Inc. aka Praxair, Inc. | 13-50158 | Plaintiff will file a dismissal of the adversary proceeding. |
| Praxair, Inc. | 13-50819 | Plaintiff will file a dismissal of the adversary proceeding. |
| Proconex Inc. | 13-50161 | Plaintiff will file a dismissal of the adversary proceeding. |
| Protrade Steel Company, Ltd. | 13-50806 | Plaintiff will file a dismissal of the adversary proceeding. |
| Refractory Materials International Inc. dba RMI Inc. | 13-50174 | Plaintiff will file a dismissal of the adversary proceeding. |

* 8 Cases

## STATUS "E"
### PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| A. C. Schultes of Maryland, Inc. | 13-50004 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Akers National Roll Company dba Vertical Seal Company | 13-50217 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Consolidated Scrap Resources, Inc. | 13-50276 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Industrial Services Contractors, Inc. | 13-50068 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Loveman Steel Corporation | 13-50084 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Man Diesel & Turbo North America Inc. and Man Turbo, Inc. USA | 13-50247 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Quaker Chemical Corporation | 13-50167 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Superior Forge & Steel Corporation dba Quality Rolls, Inc. | 13-50256 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |

## STATUS "E"
### PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| | | |
|---|---|---|
| Ultra-Pak, Inc. | 13-50269 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |

* 9 Cases

## STATUS "F"

### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| A. B. Filicko, Inc. | 13-50019 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| A.S. & L. Industrial Services, Inc. dba Adey Sanchez & Lewis | 13-50017 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| A2Z Environmental Group, LLC | 13-50291 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Affival, Inc. | 13-50791 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| AJF, Inc. | 13-50081 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Alcan Primary Products Company LLC dba Alcan Ingot Products Corp. | 13-50006 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| AMEPA America, Inc. | 13-50007 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Applied Industrial Technologies, Inc. | 13-50795 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Asgco Mfg., Inc. | 13-50083 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Associated Steel Company, Inc. dba North American Steel Company | 13-50252 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |

| | | |
|---|---|---|
| Auston Contracting, Inc. | 13-50008 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| B & T Express, Inc. | 13-50018 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Baltimore Gas and Electric Company | 13-50274 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Baltimore Scrap Corp. | 13-50099 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Berg Bros. Recycling, Inc. dba Berg Recycling, Inc. | 13-50107 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Boyd Bros. Transportation Inc. | 13-50010 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Builders Transportation Co., LLC | 13-50801 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Burch Materials Company, Inc. | 13-50021 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| BWI Sparrows Point, LLC | 13-50022 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Cable Enterprises, Inc. and Coordinators, Inc. | 13-50045 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Carmeuse Lime, Inc. | 13-50797 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |

| | | |
|---|---|---|
| Cellco Partnership dba Verizon Wireless | 13-50275 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Chrome Deposit Corporation | 13-50798 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| CPSI Consulting, Inc. fka Innovative Data Processing Consultants, Inc. aka CPSI IT Consulting & Staffing | 13-50800 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Crown Security System, Inc. | 13-50231 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| CRST Logistics, Inc. dba CRST Flatbed, Inc. | 13-50047 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| CSX Transportation, Inc. | 13-50778 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Diversco, Inc. dba Diversco Integrated Services | 13-50061 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Dongbu Metal USA Inc. | 13-50802 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Dueco, Inc. | 13-50066 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| ESM II LP | 13-50808 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Fitzgerald Salvage and Recycling, Inc. dba Fitzgerald Auto Salvage | 13-50075 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |

| | | |
|---|---|---|
| Geiger Pump and Equipment Company | 13-50102 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Gill-Simpson, Inc. | 13-50105 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Goodman Services, Inc. | 13-50238 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Gottlieb Inc. | 13-50810 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Graybar Electric Company, Inc. | 13-50118 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Grayson Mitchell, Inc. | 13-50121 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Great American Lines, Inc. | 13-50811 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Hampton Roads Testing Laboratories, Inc. | 13-50137 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Hanover Engineering Associates, Inc. | 13-50240 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Hydratec, Inc. | 13-50241 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Illinois Tool Works, Inc. dba ITW Metals Group | 13-50243 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |

| | | |
|---|---|---|
| Industrial Refrigeration Service, Inc. | 13-50070 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Innovative Alloy Services, LLC | 13-50071 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| J. P. Graham Transport, Inc. | 13-50144 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| KCI Technologies, Inc. | 13-50149 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Keystone Acquisition Company, Inc. dba Keystone Electric Co., Inc. | 13-50816 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Kinder Morgan Bulk Terminal, Inc. | 13-50818 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Krentzman Metals Corporation | 13-50803 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| KT-Grant, Inc. | 13-50820 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Lester Fellows Co. | 13-50077 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Liedtka Trucking, Inc. | 13-50078 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Magneco/Metrel, Inc. | 13-50780 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |

| | | |
|---|---|---|
| Mawson & Mawson, Inc. | 13-50823 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Metalico Aluminum Recovery, Inc. | 13-50098 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Mobile Dredging & Pumping Co. | 13-50249 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Mono Ceramics, Inc. | 13-50833 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Monumental Supply Company, Inc. | 13-50106 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Morris Iron & Steel Co. Inc. | 13-50109 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Motion Industries, Inc. | 13-50111 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| New Berry, Inc. dba Berry Metal Company | 13-50101 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| North American Refractories Company | 13-50090 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Oak Mountain Industries, Inc. | 13-50110 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| OCMET, Inc. | 13-50117 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |

| | | |
|---|---|---|
| Otis Elevator Company | 13-50834 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| P & S Transportation, Inc. | 13-50164 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Pennsylvania Tool Sales & Service, Inc. | 13-50148 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Plastech Services, Inc. | 13-50255 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Premier Elkhorn Coal Company | 13-50160 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Procurement Specialty Group, Inc. | 13-50821 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Pug's Fuel Service, Inc. | 13-50165 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Pump & Power Equipment Corp. | 13-50166 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Quality Industrial Contracting, Inc. | 13-50168 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Quantum Corporate Funding, Ltd. and Rich Roofing, LLC | 13-50286 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Recycling and Treatment Technologies of Baltimore, LLC dba RTT of Baltimore LLC; and Recycling and Treatment Technologies, LLC dba RT of Baltimore LLC | 13-50287 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |

| | | |
|---|---|---|
| Refractory Service Company, Inc. dba Refractory Services Corp. | 13-50153 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Riggs Distler & Company, Inc. | 13-50258 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Riverside Refractories, Inc. | 13-50173 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Severstal Dearborn, LLC dba Severstal North America | 13-50179 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Sexton & Peake, Incorporated | 13-50180 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Siemens Water Technologies Corp. | 13-50822 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Smith Services, Inc. | 13-50181 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Southern Insulation, Inc. | 13-50183 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Steel Agents, Inc. | 13-50191 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Stevens Engineers & Constructors, Inc. fka Stevens Painton Corporation | 13-50190 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| T.E.A.M. Service Corporation of New York | 13-50266 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |

| | | |
|---|---|---|
| Team Industrial Services, Inc. | 13-50197 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Timken Industrial Services, LLC | 13-50279 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Titan Industrial Services, Inc. | 13-50204 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Tricomm Services Corporation | 13-50210 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Tryon Trucking, Inc. | 13-50211 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Tube City IMS, LLC | 13-50829 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Tube City IMS, LLC fka Tube City, LLC | 13-50788 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| U.S. Transportation Services, Inc. | 13-50216 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| United Crane Sales, Inc. fka United Crane & Rigging | 13-50270 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| United Iron & Metal, LLC. | 13-50271 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| United Rentals, Inc. | 13-50281 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |

| | | |
|---|---|---|
| Vesuvius U S A Corporation | 13-50790 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Watco Mechanical Services, L.L.C. | 13-50220 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Western Express, Inc. | 13-50222z | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Woodings Industrial Corporation | 13-50224 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Xtek, Inc. | 13-50809 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| Xylem Dewatering Solutions, Inc. fdba Godwin Pumps of America, Inc. | 13-50226 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |
| York Building Products Co., Inc. | 13-50227 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. |

* 105 Cases

## STATUS "G"
### CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Ace Environmental Services, LLC | 13-50025 | Adversary proceeding has been scheduled for mediation. |
| Acme Industrial, Inc. | 13-50032 | Adversary proceeding has been scheduled for mediation. |
| Alfa Laval, Inc. dba Alfa Laval Thermal, Inc. | 13-50020 | Adversary proceeding has been scheduled for mediation. |
| Arm Enertech Associates, LLC fka Ener-Tech Associates, Inc. | 13-50056 | Adversary proceeding has been scheduled for mediation. |
| ARM Group, Inc. | 13-50079 | Adversary proceeding has been scheduled for mediation. |
| BFPE International, Inc. | 13-50009 | Adversary proceeding has been scheduled for mediation. |
| Blair Logistics, LLC | 13-50128 | Adversary proceeding has been scheduled for mediation. |
| Brammer Standard Company, Inc. | 13-50799 | Adversary proceeding has been scheduled for mediation. |
| C. H. Reed Inc. | 13-50035 | Adversary proceeding has been scheduled for mediation. |
| Central Maintenance Corp. | 13-50026 | Adversary proceeding is in the process of being scheduled for mediation. |
| D. Pierce Transportation, Inc. | 13-50805 | Adversary proceeding is in the process of being scheduled for mediation. |
| Ease Painting & Construction, Inc. | 13-50030 | Adversary proceeding has been scheduled for mediation. |
| Filnor, Inc. | 13-50236 | Adversary proceeding has been scheduled for mediation. |
| Garrod Hydraulics, Inc. | 13-50091 | Adversary proceeding has been scheduled for mediation. |

## Status "G"
### Contested Preference Actions Where Notices of Selection of Mediator have been Filed:

| | | |
|---|---|---|
| GeGa Corp. | 13-50237 | Adversary proceeding is in the process of being scheduled for mediation. |
| Hanco, Ltd. | 13-50812 | Adversary proceeding has been scheduled for mediation. |
| Hunter Lift, Ltd. | 13-50063 | Adversary proceeding has been scheduled for mediation. |
| Innovative Practical Approach, Inc. | 13-50242 | Adversary proceeding is in the process of being scheduled for mediation. |
| Integrated Power Services, LLC | 13-50076 | Adversary proceeding is in the process of being scheduled for mediation. |
| J Cunius & Associates Ltd | 13-50133 | Adversary proceeding is in the process of being scheduled for mediation. |
| J. P. Donmoyer, Inc. | 13-50142 | Adversary proceeding is in the process of being scheduled for mediation. |
| L-S Industries, Inc. | 13-50246 | Adversary proceeding is in the process of being scheduled for mediation. |
| M.S.S.I., Inc. dba M.S.S.I. Refractory | 13-50116 | Adversary proceeding has been scheduled for mediation. |
| Maxim Crane Works, L.P. | 13-50094 | Adversary proceeding is in the process of being scheduled for mediation. |
| Norfolk Southern Railway Company | 13-50278 | Adversary proceeding has been scheduled for mediation. |
| Oakes Foundry, Inc. | 13-50785 | Adversary proceeding is in the process of being scheduled for mediation. |
| P. I. & I. Motor Express, Inc. | 13-50157 | Adversary proceeding is in the process of being scheduled for mediation. |
| Paul Wurth, Inc. | 13-50835 | Adversary proceeding is in the process of being scheduled for mediation. |

## STATUS "G"
### CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| | | |
|---|---|---|
| Philip R. Walker & Associates, Inc. | 13-50043 | Adversary proceeding has been scheduled for mediation. |
| Regenergy, Inc. | 13-50156 | Adversary proceeding has been scheduled for mediation. |
| Robinson Fans, Inc. | 13-50259 | Adversary proceeding has been scheduled for mediation. |
| Ron White's Air Compressor Sales, Inc. dba RWI Industrial aka RWI, Inc. | 13-50176 | Adversary proceeding has been scheduled for mediation. |
| Sparrows Point Marine Services, LLC | 13-50185 | Adversary proceeding has been scheduled for mediation. |
| Terrapin Recycling, LLC | 13-50200 | Adversary proceeding has been scheduled for mediation. |
| The Overhead Door Company of Balitmore, Incorporated | 13-50135 | Adversary proceeding has been scheduled for mediation. |
| The Rowland Company | 13-50260 | Adversary proceeding is in the process of being scheduled for mediation. |
| Thermal Transfer Corporation | 13-50202 | Adversary proceeding has been scheduled for mediation. |
| Union Electric Steel Corporation and The Davy Roll Company, Ltd. | 13-50282 | Adversary proceeding has been scheduled for mediation. |
| Veitsch-Radex America, Inc. dba BNS/Veitsch-Radex America, Inc. | 13-50132 | Adversary proceeding has been scheduled for mediation. |
| Wesco Distribution, Inc. | 13-50831 | Adversary proceeding is in the process of being scheduled for mediation. |

* 40 Cases

## STATUS "H"
### CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant Name | Adversary Number | Status |
|----------------|------------------|--------|

*None

# STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Kenwal Steel Corp. | 13-50151 | Defendant filed a motion to dismiss Plaintiff's second amended complaint. Oral argument requested, date and time to be determined. |
| Transportation Alliance Bank, Inc., AWL Logistics LLC, and AWL Transport, Inc. dba AWL Transportation, Inc. | 13-50268 | Defendant filed a motion to dismiss Plaintiff's Amended Complaint. Oral argument scheduled for July 30, 2013. |

* 2 Cases

# STATUS "J"
## CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None

## STATUS "K"
### CASES IN WHICH AN APPEAL IS PENDING

| Defendant Name | Adversary Number | Status |
|---|---|---|
| | | |

*None