IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WP Steel Venture, LLC., *et al.*, | Case No. 12-11661 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 3132** |

## APPELLANTS' DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Richard H. Carter, Gregg M. Johnston, Clarence E. Newhouse, and John P. McConegly, Jr. (collectively, the "**Appellants**"), by and through their undersigned counsel, hereby file this Designation of the Record on Appeal and Statement of Issues to be Presented on Appeal (the "**Designation**") pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 8006-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").  This Designation relates to Appellants' Notice of Appeal of Richard H. Carter, Gregg M. Johnston, Clarence E. Newhouse, and John P. McConegly, Jr. from Order Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC [Docket No. 3132][1] dated July 15, 2013.  In support of this Designation, Appellants respectfully submit as follows:

---

[1]   References to the Docket shall be references to the docket of the United States Bankruptcy Court for the District of Delaware, at Case No. 12-11661 (KJC).

I.  **Designation of Items to Be Included in Record on Appeal**

Appellants hereby designate the following items to be included in the record on appeal:

| Exhibit | Description | Docket No. | Date |
|---|---|---|---|
| 1 | Debtors' Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC | 2886 | 04/25/2013 |
| 2 | Declaration of Richard D. Caruso in Support of Debtors' Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC | 2889 | 04/25/2013 |
| 3 | Objection of Richard H. Carter, Gregg M. Johnston, Clarence E. Newhouse, and John P. McConegly, Jr. to Debtors' Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC | 2917 | 05/10/2013 |
| 4 | Affidavit of Service Regarding Objection of Richard H. Carter, Gregg M. Johnston, Clarence E. Newhouse, and John P. McConegly, Jr. to Debtors' Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC | 2917 | 05/10/2013 |
| 5 | Debtors' Reply in Further Support of their Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC | 3072 | 06/20/2013 |
| 6 | Certification of Counsel Regarding Proposed Order Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC | 3105 | 07/02/2013 |
| 7 | Order Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC | 3106 | 07/02/2013 |
| 8 | Notice of Appeal of Richard H. Carter, Gregg M. Johnston, Clarence E. Newhouse, and John P. McConegly, Jr. from Order Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC | 3132 | 07/15/2013 |

| 9 | Affidavit of Service Regarding Notice of Appeal of Richard H. Carter, Gregg M. Johnston, Clarence E. Newhouse, and John P. McConegly, Jr. from Order Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC | 3138 | 07/15/2013 |
|---|---|---|---|
| 10 | Clerk's Notice Regarding Filing of Appeal | 3142 | 07/16/2013 |
| 11 | Transcript of Omnibus Hearing Before Honorable Kevin J. Carey, United States Bankruptcy Court Judge, dated June 26, 2013[2] | N/A | 06/26/2013 |

## II. Statement of Issues to Be Presented on Appeal

1. Whether the United States Bankruptcy Court for the District of Delaware (the "**Court**") erred in granting and approving the Debtors' Motion Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC [Docket No. 2886].

2. Whether the Court erred in authorizing and empowering Richard D. Caruso to act on behalf of Debtor RG Steel Wheeling, LLC ("**RG Wheeling**") in order to direct PNC Bank, National Association, as successor to Pittsburgh National Bank ("**PNC Bank**" or the "**Trustee**"), to deliver the assets remaining held in trust by the Trustee pursuant to Section 2.2 of that certain Trust Agreement dated as of December 1, 1990 (the "**Trust Agreement**"), between Wheeling-Pittsburgh Steel Corporation (n/k/a RG Wheeling) and PNC Bank.

3. Whether the Court erred in directing the Debtors to maintain distribution of, or proceeds from, the Trust Assets[3] (the "**Proceeds**") in an escrow account (the "**Escrow Account**"), subject to an agreement with Wilmington Trust or another third-party escrow agent that provides that the Proceeds shall be released from the Escrow Account upon: (a) entry of a

---

[2] A copy of the transcript is attached hereto as <u>Exhibit A</u>.

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Order Pursuant to Sections 105(a), 1107 and 1108 of the Bankruptcy Code for an Order Confirming Richard D. Caruso as a Person Authorized to Act on Behalf of RG Steel Wheeling, LLC [Docket No. 3106].

final order by a court of competent jurisdiction directing the manner of distribution of the Proceeds; or (b) as otherwise agreed to by the Debtors, the Committee, and any Objectors.

Dated: July 29, 2013
       Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

_/s/ Ann Kashishian_
Scott D. Cousins (No. 3079)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:   cousins@ccbllp.com

-and-

Arch W. Riley, Jr.
**SPILMAN THOMAS & BATTLE, PLLC**
1233 Main Street, Suite 4000
Post Office Box 831
Wheeling, West Virginia 26003-8731
Telephone:   (304) 230-6955

*Counsel for Richard H. Carter, Gregg M. Johnston, Clarence E. Newhouse and John P. McConegly, Jr.*