# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| WP Steel Venture LLC, <u>et al.</u>,[1] | : | Case No. 12-11661 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------x
| | | |
|---|---|---|
| RG Steel Sparrows Point, LLC, Debtor in Possession, | : | |
| | : | |
| Plaintiff, | : | Adv. No.: See Exhibit "A" |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "A" Attached Hereto. | : | |

---------------------------------------------------x
| | | |
|---|---|---|
| RG Steel Warren, LLC, Debtor in Possession, | : | |
| | : | |
| Plaintiff, | : | Adv. No.: See Exhibit "B" |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "B" Attached Hereto. | : | |

---------------------------------------------------x
| | | |
|---|---|---|
| RG Steel Wheeling, LLC, Debtor in Possession, | : | |
| | : | |
| Plaintiff, | : | Adv. No.: See Exhibit "C" |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "C" Attached Hereto. | : | |

---------------------------------------------------x
| | | |
|---|---|---|
| RG Steel Sparrows Point, LLC, Debtor in Possession, and RG Steel Warren, LLC, Debtor in Possession, | : | |
| | : | |
| Plaintiff, | : | Adv. No.: See Exhibit "D" |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "D" Attached Hereto. | : | |

---------------------------------------------------x

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The Debtors' mailing address is PO Box 1847, Bel Air. MD 21014.

# NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 2, 2013 AT 10:00 A.M. (EASTERN TIME)[3]

**AT THE DIRECTION OF THE COURT THE HEARING HAS BEEN CHANGED TO AUGUST 2, 2013 AT 10:00 A.M. (ET).**

## ADJOURNED/RESOLVED MATTERS

1. Motion of Ohio Power Company d/b/a American Electric Power for Allowance and Payment of Administrative Expenses (D.I. 2535, Filed 2/11/13).

    Objection Deadline:  March 6, 2013 at 4:00 p.m. (ET).  Extended to August 28, 2013 at 4:00 p.m. (ET) for the Debtors.

    Response Received:  None.

    Related Pleadings:  None.

    Status: The hearing on this matter has been adjourned to the hearing scheduled for September 10, 2013 at 10:00 a.m. (ET).

2. Motion of Charles Boblitz for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 (D.I. 2744, Filed 3/15/13).

    Objection Deadline:  April 5, 2013 at 4:00 p.m. (ET).  Extended to August 9, 2013 at 4:00 p.m. (ET) for the Debtors.

    Response Received:  None.

    Related Pleadings:  None.

    Status: The hearing on this matter has been adjourned to the hearing scheduled for August 15, 2013 at 10:00 a.m. (ET).

3. Motion by Grand East Metals to Modify Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (II) Granting Related Relief (D.I. 2896, Filed 5/1/13).

    Objection Deadline: May 15, 2013 at 4:00 p.m. (ET).  Extended for HRE Sparrows Point and the Debtors to August 8, 2013 at 4:00 p.m. (ET).

    Response Received:  None.

---

[2] **Amended items appear in bold.**

[3] The hearing will be held before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware.  As permitted by applicable rules and orders, parties attending telephonically are required to make arrangements through CourtCall by telephone at 866-582-6878 or by facsimile at 866-533-2946 by no later than 12:00 p.m. (ET) on August 1, 2013.

Related Pleadings:

(a) Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief (D.I. 909, Entered 8/15/12);

(b) Order Resolving Motions to Modify, Vacate and for Relief from that Certain Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (II) Granting Related Relief (D.I. 1178, Entered 9/18/12).; and

(c) Order Limiting Notice with Respect to Motion by Grand East Metals to Modify Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (II) Granting Related Relief (D.I. 2937, Entered 5/20/13).

Status: The hearing on this matter has been adjourned to the hearing scheduled for August 15, 2013 at 10:00 a.m. (ET).

4. Plaintiffs' Motion for an Order (I) Authorizing but not Directing Plaintiff to Employ APS International as Their Agent to Serve Certain Complaints and Summonses Upon the Defendants in Certain Adversary Proceedings, (II) Finding that the Deadline to Serve the Complaint and Summonses Does Not Apply to the Adversary Proceedings or, Alternatively, Extending the Deadline for Service of the Complaints and Summonses, (III) Setting a Deadline for Each of the Defendants to File an Answer or Otherwise Respond to the Complaint, and (IV) Scheduling the Initial Pretrial Conference for the Adversary Proceedings (D.I. 3060, Filed 6/17/13).

Objection Deadline: July 8, 2013 at 4:00 p.m. (ET).

Response Received: None.

Related Pleadings:

(a) Certificate of No Objection Regarding Plaintiffs' Motion for an Order (I) Authorizing but not Directing Plaintiff to Employ APS International as Their Agent to Serve Certain Complaints and Summonses Upon the Defendants in Certain Adversary Proceedings, (II) Finding that the Deadline to Serve the Complaint and Summonses Does Not Apply to the Adversary Proceedings or, Alternatively, Extending the Deadline for Service of the Complaints and Summonses, (III) Setting a Deadline for Each of the Defendants to File an Answer or Otherwise Respond to the Complaint, and (IV) Scheduling the Initial Pretrial Conference for the Adversary Proceedings (D.I. 3123, Filed 7/10/13); and

(b) Order Granting Plaintiffs' Motion For An Order (I) Authorizing But Not Directing Plaintiffs To Employ APS International As Their Agent To Serve Certain Complaints And Summonses Upon The Defendants In Certain Adversary Proceedings, (II) Finding That The Deadline to Serve the Complaints and

Summonses does not Apply to the Adversary Proceedings, or Alternatively, Extending the Deadline for Service of the Complaints and Summonses (III) Setting a Deadline for each of the Defendants to File an Answer or Otherwise Respond to the Complaint, and (IV) Scheduling the Initial Pretrial Conference for the Adversary Proceedings (D.I. 3126, Entered 7/12/13).

Status: An order has been entered regarding this matter.  No hearing is necessary.

*RG Steel Sparrows Point, LLC v. Imperial Trading Corporation; Adv. Case No. 13-51097*

5. Plaintiffs' Motion for an Order (I) Authorizing but not Directing Plaintiff to Employ APS International as its Agent to Serve a Complaint and Summons Upon the Defendant, Imperial Trading Corporation, in an Adversary Proceeding, (II) Finding that the Deadline to Serve the Complaint and Summons Does Not Apply to the Adversary Proceedings or, Alternatively, Extending the Deadline for Service of the Complaint and Summons, (III) Setting a Deadline for the Defendant, Imperial Trading Corporation, to File an Answer or Otherwise Respond to the Complaint, and (IV) Scheduling the Initial Pretrial Conference for the Adversary Proceeding (Main Case D.I. 3080, Adv. Case D.I. 3, Filed 6/24/13).

   Objection Deadline:  July 22, 2013 at 4:00 p.m. (ET).

   Response Received:  None.

   Related Pleadings:

   (a) Certificate of No Objection Regarding Plaintiffs' Motion for an Order (I) Authorizing but not Directing Plaintiff to Employ APS International as its Agent to Serve a Complaint and Summons Upon the Defendant, Imperial Trading Corporation, in an Adversary Proceeding, (II) Finding that the Deadline to Serve the Complaint and Summons Does Not Apply to the Adversary Proceedings or, Alternatively, Extending the Deadline for Service of the Complaint and Summons, (III) Setting a Deadline for the Defendant, Imperial Trading Corporation, to File an Answer or Otherwise Respond to the Complaint, and (IV) Scheduling the Initial Pretrial Conference for the Adversary Proceeding (Main Case D.I. 3161, Adv. Case D.I. 4, Filed 7/24/13); and

   (b) Order Granting Plaintiff's Motion For An Order (I) Authorizing But Not Directing Plaintiff To Employ APS International As Its Agent To Serve A Complaint And Summons Upon The Defendant, Imperial Trading Corporation, In An Adversary Proceeding, (II) Finding That The Deadline To Serve The Complaint And Summons Does Not Apply To The Adversary Proceeding Or, Alternatively, Extending The Deadline For Service Of The Complaint And Summons (III) Setting A Deadline For The Defendant, Imperial Trading Corporation, To File An Answer Or Otherwise Respond To The Complaint, And (IV) Scheduling The Initial Pretrial Conference For The Adversary Proceeding (Main Case D.I. 3168, Adv. Case D.I. 5, Entered 7/25/13.

   Status: An order has been entered regarding this matter.  No hearing is necessary.

**UNCONTESTED MATTER WITH CERTIFICATE OF COUNSEL**

6. Motion of Solera/DCM JV for an Order Permitting the Late Filing of Their Proof of Claim (D.I. 3069, Filed 6/20/13).

    Objection Deadline: July 23, 2013 at 4:00 p.m. (ET).

    Response Received:

    (a) Informal comments from the Debtors.

    Related Pleadings:

    (a) Certification of Counsel with Regard to Motion of Solera/DCM JV for an Order Permitting the Late Filing of Their Proof of Claim (D.I. 3171, Filed 7/26/13); and

    (b) Order Permitting the Late Filing of the Proof of Claim of Solera/DCM JV (D.I. 3173, Entered 7/26/13).

    Status: An order has been entered regarding this matter. No hearing is necessary.

**CONTESTED MATTER GOING FORWARD**

7. Debtors' Motion for Entry of an Order, Pursuant to Section 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving the Settlement Between Debtors and the United States Environmental Protection Agency (D.I. 2930, Filed 5/16/13).

    Objection Deadline: July 16, 2013 at 4:00 p.m. (ET).

    Response Received:

    (a) Limited Objection to Debtors' Motion for Entry of an Order, Pursuant to Section 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving the Settlement Between Debtors and the United States Environmental Protection Agency (D.I. 3141, Filed 7/15/13).

    Related Pleadings:

    (a) United States' Joinder in Debtors' Motion for Entry of an Order, Pursuant to Section 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving the Settlement Between Debtors and the United States Environmental Protection Agency (D.I. 3107, Filed 7/2/13); and

    (b) Notice of Filing of Revised Order Approving Debtors' Motion for Entry of an Order, Pursuant to Section 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving the Settlement Between Debtors and the United States Environmental Protection Agency (D.I. 3166, Filed 7/25/13).

Status: **This matter has been resolved and the parties have agreed to the revised form of order filed under notice at docket number 3166. The Debtors will present the revised order at the hearing.**

## ORAL ARGUMENT

*RG Steel Sparrows Point, LLC v. Transportation Alliance Bank, Inc. and AWL Logistics LLC; Adv. Case No. 13-50268*

8. Motion to Dismiss Amended Complaint and to Strike Exhibit A (Adv. Case D.I. 23, Filed 3/28/13).

   Objection Deadline: N/A

   Response Received:

   (a) Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss Amended Complaint with Prejudice and to Strike Exhibit A (Adv. Case D.I. 34, Filed 4/26/13).

   Related Pleadings:

   (a) Transportation Alliance Bank, Inc.'s Joinder in Support of Motion to Dismiss Amended Complaint and to Strike Exhibit A (Adv. Case D.I. 31, Filed 4/22/13);

   (b) Reply to Plaintiff's Memorandum in Opposition to Motion of Defendant AWL Logistics LLC to Dismiss Amended Complaint with Prejudice and to Strike Exhibit A (Adv. Case D.I. 42, Filed 5/13/13);

   (c) Defendant's Request for Oral Argument (Adv. Case D.I. 44, Filed 5/14/13);

   (d) Notice of Hearing (Adv. Case D.I. 48, Filed 5/16/13);

   (e) Notice of Completion of Briefing (Adv. Case D.I. 46, Filed 5/14/13); and

   (f) Amended Notice of Completion of Briefing (Adv. Case D.I. 47, Filed 5/15/13).

   Status: The oral argument on this matter will go forward.

## STATUS CONFERENCE

9. Preference Plaintiffs RG Steel Sparrows Point, LLC, Debtor in Possession, RG Steel Wheeling, LLC, Debtor in Possession, and RG Steel Warren, LLC, Debtor in Possession Avoidance Action Status Report for the July 30, 2013 Status Conference.

   Objection Deadline: N/A

   Response Received: N/A

Related Pleadings:

(a) Status Report of Plaintiff RG Steel Sparrows Point, LLC, Debtor in Possession, filed July 23, 2013 (D.I. 3157);

(b) Status Report of Plaintiff RG Steel Wheeling, LLC, Debtor in Possession, filed July 23, 2013 (D.I. 3159); and

(c) Status Report of Plaintiff RG Steel Warren, LLC, Debtor in Possession, filed July 23, 2013 (D.I. 3160).

Status: The status conference will go forward.

*Official Committee of Unsecured Creditors v. Cerberus Business Finance, LLC; Adv. Case No. 13-50918 (KJC)*

10. The Official Committee of Unsecured Creditors' (A) Request for Court to Hold Initial Pretrial Conference at Hearing on July 10, 2013 at 10 A.M. and (B) Certification of Counsel Regarding The Committee's Unilateral Scheduling Order (A.D.I. 12, Filed 7/8/13).

Status: A status conference will go forward.

**PRETRIAL CONFERENCES**

11. Accounts Receivable Plaintiffs RG Steel Sparrows Point, LLC, Debtor in Possession, RG Steel Wheeling, LLC, Debtor in Possession, and RG Steel Warren, LLC, Debtor in Possession Pre-Trial Conference for July 30, 2013 at 10:00 a.m. (ET).

Objection Deadline: N/A

Response Received: N/A

Related Pleadings:

(a) Proposed Scheduling Order of Plaintiff RG Steel Sparrows Point, LLC, Debtor in Possession, attached hereto as Exhibit "E";

(b) Proposed Scheduling Order of Plaintiff RG Steel Warren, LLC, Debtor in Possession, attached hereto as Exhibit "F";

(c) Proposed Scheduling Order of Plaintiff RG Steel Wheeling, LLC, Debtor in Possession, attached hereto as Exhibit "G"; and

(d) List of Cases requesting adjournment of pretrial conference, attached hereto as Exhibit "H".

Status: The pre-trial conferences are going forward. Plaintiffs request entry of scheduling orders attached hereto as Exhibits "E", "F" and "G". Plaintiffs request adjournment of pretrial conference for cases listed on Exhibit "H" to a date and time to be determined.

## ORAL ARGUMENT

RG Steel Sparrows Point, LLC v. Transportation Alliance Bank, Inc. and AWL Logistics LLC; Adv. Case No. 13-50268

12. Plaintiff's Motion and Memorandum of Law for Leave to Amend First Amended Complaint to Include Additional Factual Information Supporting Counts Contained Therein and to Add AWL Transport Inc. dba AWL Transportation Inc. as Defendant (Adv. Case D.I. 35, Filed 4/26/13).

Objection Deadline: N/A

Response Received:

(a) Opposition by Defendant to Plaintiff's Motion and Memorandum of Law for Leave to Amend First Amended Complaint to Include Additional Factual Information Supporting Counts Contained Therein and to Add AWL Transport Inc. dba AWL Transportation Inc. as a Defendant (Adv. Case D.I. 50, Filed 6/4/13).

Related Pleadings:

(a) Plaintiff's Reply in Support of Motion And Memorandum Of Law For Leave To Amend First Amended Complaint To Include Additional Factual Information Supporting Counts Contained Therein And To Add AWL Transport Inc. dba AWL Transportation Inc. As A Defendant (Adv. Case D.I. 55, Filed 7/26/13)

(b) Plaintiff's Request for Oral Argument on Plaintiff's Motion and Memorandum of Law for Leave to Amend First Amended Complaint to Include Additional Factual Information Supporting Counts Contained Therein and to Add AWL Transport Inc. dba AWL Transportation Inc. as Defendant (Adv. Case D.I. 56, Filed 7/26/13)

(c) Notice of Completion of Briefing (Adv. Case D.I. 57, Filed 7/26/13)

Status: The oral argument on this matter will go forward.

Dated: July 30, 2013
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Erin R. Fay (No. 5268)
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200
rdehney@mnat.com
gwerkheiser@mnat.com
efay@mnat.com

-and-

WILLKIE FARR & GALLAGHER LLP
Matthew A. Feldman
Shaunna D. Jones
Andrew D. Sorkin
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
mfeldman@willkie.com
sjones@willkie.com
asorkin@willkie.com

*Co-Counsel to the Debtors and Debtors in Possession*

GELLERT SCALI BUSENKELL & BROWN, LLC

Local Counsel:

*/s/ Brya M. Keilson*
Ronald S. Gellert (DE 4259)
Brya M. Keilson (DE 4643)
913 North Market Street, 10th Floor
Wilmington, DE 19801
(302) 425-5800
Fax: (302) 425-5814
E-Mail: rgellert@gsbblaw.com

-and-

9

Primary Counsel
(Please Contact Primary Counsel)

Joseph L. Steinfeld, Jr., DC SBN 297101,
MN SBN 0266292, VA SBN 18666
Gary D. Underdahl, MN SBN 0301693
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
(651) 406-9665 ext. 857
Fax: (651) 406-9676
E-Mail: gunderdahl@askllp.com

-and-

Edward E. Neiger, Esq.
Brigette G. McGrath, Esq.
ASK LLP
151 West 46th Street, 4th Fl.
New York, NY  10036
(212) 267-7342
Fax: (212) 918-3427

*Attorneys for Plaintiff, RG Steel Sparrows Point, LLC, Debtor in Possession, RG Steel Warren, LLC, Debtor in Possession and RG Steel Wheeling, LLC, Debtor in Possession*