**LEAD, CLMSAGNT, SealedDoc(s), MEGA, PlnDue, DsclsDue, APPEAL**

**U.S. Bankruptcy Court**
**District of Delaware (Delaware)**
**Bankruptcy Petition #: 12-11661-KJC**

|  |  |
|---|---|
| *Assigned to:* Kevin J. Carey | *Date filed:* 05/31/2012 |
| Chapter 11 | *341 meeting:* 07/03/2012 |
| Voluntary | *Deadline for filing claims:* 09/24/2012 |
| Asset | *Deadline for filing claims (govt.):* 11/27/2012 |

*Debtor*
**WP Steel Venture LLC**
POB 1847
Bel Air, MD 21014
BALTIMORE-MD
Tax ID / EIN: 55-0737095
*aka* **WP Steel Venture Corporation**

represented by **Kendra K Bader**
Ask LLP
2600 Eagan Woods Dr
Suite 400
St Paul, MN 55121
651 406 9665

**Kara E Casteel**
ASK Financial LLP
2600 Eagan Woods Drive, Suite 400
St.Paul, MN 55121

**Kevin G. Collins**
Barnes & Thornburg LLP
1000 N. West Street
Suite 1500
Wilmington, DE 19801
302 300 3455
Fax : 302 300 3456
Email: kevin.collins@btlaw.com

**Robert J. Dehney**
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Fax : (302) 658-3989
Email: rdehney@mnat.com

**James C Dugan**
Willkie Farr & Gallagher LLP
787 Seventh Ave
New York, NY 10019
212 728 8000
Email: jdugan@willkie.com

**Weston T. Eguchi**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212-778-8881
Fax : 212-778-9881
Email: weguchi@willkie.com

**Erin R Fay**
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19801

302-351-9668
Fax : 302-225-2561
Email: efay@mnat.com

**Matthew A. Feldman**
Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019
212-728-8000

**Daniel Forman**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212-728-8000
Email: dforman@willkie.com

**David Gise**
Willkie Farr Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
212-728-8000
Fax : 212-728-8111
Email: dgise@willkie.com

**Alex Govze**
ASK Financial, LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Email: agovze@askfinancial.com

**Sahar S Hakakian**
ASK LLP
151 West 46th St
Fourth Floor
New York, NY 10036
212 918 3427
Email: shakakian@askllp.com

**Emma J. James**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212-728-8000
Fax : 212-728-8111
Email: ejames@willkie.com

**Shaunna D. Jones**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212-728-8251
Fax : 212-728-9521
Email: sjones@wilkie.com

**Andrew Mordkoff**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212-728-8000
Email: amordkoff@willkie.com

**Edward E Neiger**
ASK LLP

151 West 46th Street, 4th Floor  
New York, NY 10036  
(212) 267-7342  
Email: eneiger@askllp.com

**Brian E O'Connor**  
Willkie Fare & Gallagher LLP  
787 Seventh Avenue  
New York, NY 10019  
212-728-8000  
Email: bo.connor@willkie.com

**John T Siegler**  
ASK LLP  
2600 Eagan Woods Drive, Suite 400  
St. Paul,, MN 55121  
(651) 406-9665

**Andrew D. Sorkin**  
Wilkie Farr & Gallagher LLP  
787 Seventh Avenue  
New York, NY 10019-6099  
(212) 728-8000  
Fax : (212) 728-8111  
Email: asorkin@wilkie.com

**Joseph L. Steinfeld, Jr.**  
ASK LLP  
2600 Eagan Woods Drive, Suite 400  
St. Paul, MN 55121  
(651) 406-9665  
Fax : (651) 406-9676  
Email: jsteinfeld@askllp.com

**Joshua Troy**  
Willkic Farr & Gallagher LLP  
787 Seventh Avenue  
New York, NY 10019  
212-728-8000  
Email: jtroy@willkie.com

**Gary D. Underdahl**  
ASK Financial LLP  
2600 Eagan Woods Drive, Suite 400  
St. Paul, MN 55121  
(651) 406-9665  
Fax : (651) 406-9676  
Email: GUnderdahl@askfinancial.com

*U.S. Trustee*  
**United States Trustee**  
844 King Street, Room 2207  
Lockbox #35  
Wilmington, DE 19899-0035  
302-573-6491

*Claims Agent*  represented by **Albert Kass**  
**Kurtzman Carson Consultants LLC**  Kurtzman Carson Consultants, LLC  
www.kccllc.com  2335 Alaska Ave  
2335 Alaska Ave  El Segundo, CA 90245  
El Segundo, CA 90245  310-823-9000  
310-823-9000  Fax : 310-751-1549  
  Email: ECFpleadings@kccllc.com

| | |
|---|---|
| *Creditor Committee*<br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | represented by **Joshua K. Brody**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>212-715-9314<br>Fax : 212-715-8000<br>Email: jbrody@kramerlevin.com<br><br>**Teresa K.D. Currier**<br>Saul Ewing<br>222 Delaware Ave Ste 1200<br>POB 1266<br>Wilmington, DE 19801<br>usa<br>302 421 6826<br>Email: tcurrier@saul.com<br><br>**Gregory A Horowitz**<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9571<br>Fax : (212) 715-7571<br>Email: ghorowitz@kramerlevin.com<br><br>**Thomas Moers Mayer**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9169<br>Fax : (212) 715-8000<br>Email: tmayer@kramerlevin.com<br><br>**Mark Minuti**<br>Saul Ewing LLP<br>222 Delaware Ave, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>302 421-6840<br>Fax : 302 421-5873<br>Email: mminuti@saul.com<br><br>**Lucian Borders Murley**<br>Saul Ewing LLP<br>222 Delaware Avenue<br>Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>302-421-6898<br>Fax : 302-421-5864<br><br>**Gregory G. Plotko**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>212-715-9149<br>Fax : 212-715-8000<br>Email: gplotko@kramerlevin.com<br><br>**Robert T Schmidt**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Email: rschmidt@kramerlevin.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 05/31/2012 | 1 (16 pgs) | Chapter 11 Voluntary Petition *of WP Steel Venture LLC*. Fee Amount $1046. Filed by WP Steel Venture LLC. (Dehney, Robert) (Entered: 05/31/2012) |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| WP Steel Venture LLC, et al.,[1] | : Case No. 12-11661 (KJC) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |
| | : Hearing Date: May 22, 2013 at 2:00 p.m. |
| | : Objection Deadline: May 9, 2013 at 4:00 p.m. |

------------------------------------------------------x

**DEBTORS' MOTION PURSUANT TO SECTIONS 105(a), 1107 AND 1108 OF THE BANKRUPTCY CODE FOR AN ORDER CONFIRMING RICHARD D. CARUSO AS A PERSON AUTHORIZED TO ACT ON BEHALF OF RG STEEL WHEELING, LLC**

The debtors and debtors in possession in the above-captioned cases (each, a "**Debtor**" and, collectively, the "**Debtors**") hereby move (the "**Motion**") for entry of an order, a form of which is attached hereto as Exhibit A, pursuant to sections 105(a), 1107 and 1108 of title 11 of the United States Code (the "**Bankruptcy Code**"), confirming that Richard D. Caruso, the Debtors' Chief Financial Officer (the "**CFO**"), is a person authorized to act on behalf of Debtor RG Steel Wheeling, LLC ("**Wheeling**" or the "**Company**") to provide directions under the Trust Agreement (as defined below). The Debtors, by and through their undersigned co-counsel, respectfully represent as follows:

**PRELIMINARY STATEMENT**

1. Wheeling, as successor to Wheeling-Pittsburgh Steel Corporation, is a party to that certain Trust Agreement dated as of December 1, 1990 (the "**Trust Agreement**"), between Wheeling-Pittsburgh Steel Corporation and PNC Bank, National Association as

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The Debtors' mailing address is P.O. Box 1847, Bel Air, Maryland 21014.