# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re                                               : Chapter 11
                                                    :
WP Steel Venture LLC, et al.,[1]                    : Case No. 12-11661 (KJC)
                                                    :
       Debtors.     : (Jointly Administered)
---------------------------------------------------x
RG Steel Sparrows Point, LLC, Debtor in             :
Possession,                                         :
       Plaintiff,   : Adv. No.: See Exhibit "A"
v.                                                  :
                                                    :
Defendants Listed on Exhibit "A" Attached           :
Hereto.                                             :
---------------------------------------------------x
RG Steel Wheeling, LLC, Debtor in                   :
Possession,                                         :
       Plaintiff,   : Adv. No.: See Exhibit "B"
v.                                                  :
                                                    :
Defendants Listed on Exhibit "B" Attached           :
Hereto.                                             :
---------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON SEPTEMBER 10, 2013 AT 10:00 A.M. (EASTERN TIME)[2]

**ADJOURNED/RESLOVED MATTERS**

1.  Motion of Ohio Power Company d/b/a American Electric Power for Allowance and Payment of Administrative Expenses (D.I. 2535, Filed 2/11/13).

    Objection Deadline: March 6, 2013 at 4:00 p.m. (ET). Extended to October 8, 2013 at 4:00 p.m. (ET) for the Debtors.

    Response Received: None.

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The Debtors' mailing address is PO Box 1847, Bel Air. MD 21014.

[2] The hearing will be held before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware. As permitted by applicable rules and orders, parties attending telephonically are required to make arrangements through CourtCall by telephone at 866-582-6878 or by facsimile at 866-533-2946 by no later than 12:00 p.m. (ET) on September 9, 2013.

Related Pleadings: None.

Status: The hearing on this matter has been adjourned to the hearing scheduled for October 15, 2013 at 1:00 p.m. (ET).

2. Motion of Charles Boblitz for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 (D.I. 2744, Filed 3/15/13).

Objection Deadline: April 5, 2013 at 4:00 p.m. (ET). Extended to October 8, 2013 at 4:00 p.m. (ET) for the Debtors.

Response Received: None.

Related Pleadings: None.

Status: The hearing on this matter has been adjourned to the hearing scheduled for October 15, 2013 at 1:00 p.m. (ET).

*RG Steel Sparrows Point, LLC, Debtor in Possession v. Union Electric Steel Corporation and The Davy Roll Company; Adv. Case No. 13-50282, and The Davy Roll Company; Adv. Case No. 13-50201*

3. Plaintiff's Second Motion For An Order (I) Authorizing But Not Directing Plaintiff To Employ Aps International As Its Agent To Serve Certain Complaints And Summonses Upon The Defendants In Certain Adversary Proceedings, (II) Finding That The Deadline To Serve The Complaints And Summonses Does Not Apply To The Adversary Proceedings Or, Alternatively, Extending The Deadline For Service Of The Complaints And Summonses (III) Setting A Deadline For Each Of The Defendants To File An Answer Or Otherwise Respond To The Complaint, And (IV) Scheduling The Initial Pretrial Conference For The Adversary Proceedings (D.I. 3180, Adv. Case D.I. 24 and 18, Filed 7/31/13).

Objection Deadline: August 21, 2013 at 4:00 p.m. (ET).

Response Received: None.

Related Pleadings:

(a) Certificate of No Objection Regarding Plaintiff's Second Motion For An Order (I) Authorizing But Not Directing Plaintiff To Employ Aps International As Its Agent To Serve Certain Complaints And Summonses Upon The Defendants In Certain Adversary Proceedings, (II) Finding That The Deadline To Serve The Complaints And Summonses Does Not Apply To The Adversary Proceedings Or, Alternatively, Extending The Deadline For Service Of The Complaints And Summonses (III) Setting A Deadline For Each Of The Defendants To File An Answer Or Otherwise Respond To The Complaint, And (IV) Scheduling The Initial Pretrial Conference For The Adversary Proceedings (D.I. 3236, Adv. Case D.I. 26 and 19, Filed 8/23/13); and

(b) Order Granting Plaintiff's Second Motion For An Order (I) Authorizing But Not Directing Plaintiff To Employ Aps International As Its Agent To Serve Certain Complaints And Summonses Upon The Defendants In Certain Adversary Proceedings, (II) Finding That The Deadline To Serve The Complaints And Summonses Does Not Apply To The Adversary Proceedings Or, Alternatively, Extending The Deadline For Service Of The Complaints And Summonses (III) Setting A Deadline For Each Of The Defendants To File An Answer Or Otherwise Respond To The Complaint, And (IV) Scheduling The Initial Pretrial Conference For The Adversary Proceedings (D.I. 3237, Adv. Case D.I. 27 and 20, Entered 8/27/13).

Status: An order has been entered regarding this matter. No hearing is necessary.

**STATUS CONFERENCES**

4. Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2582, Filed 2/22/13).

Objection Deadline: April 2, 2013 at 4:00 p.m. (ET), extended for the Debtors until April 3, 2013 at 4:00 p.m. (ET).

Responses Received:

(a) Response of Wells Fargo Capital Finance LLC to the Motion of the Official Committee of Unsecured Creditors for Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2798, Filed 3/29/13);

(b) Opposition of Vincent J. Goodwin to the Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2813, Filed 4/2/13);

(c) Objection of The Renco Group, Inc. and Ira L. Rennert to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D. I. 2814, Filed 4/2/13);

(d) Response of Cerberus Business Finance, LLC, as Agent on Behalf of Itself and the Second Lien Lenders, to the Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2816, Filed 4/2/13); and

(e)     Debtors' Limited Preliminary Response to the Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2822, Filed 4/3/13).

Related Documents:

(a)     Notice of Hearing on Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2595, Filed 2/26/13);

(b)     Re-Notice of Hearing on Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2682, Filed 3/7/13);

(c)     Declaration of Michael C. Ryan in Support of The Renco Group, Inc.'s and Ira L. Rennert's Objection to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2815, Filed 4/2/13);

(d)     Re-Notice of Hearing on Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2841, Filed 4/15/13);

(e)     Omnibus Reply of the Official Committee of Unsecured Creditors in Support of its Motion Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2952, Filed 5/24/13);

(f)     Motion of the Official Committee of Unsecured Creditors for Leave to Exceed Page Limitation for its Omnibus Reply in Support of its Motion Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2953, Filed 5/24/13); and

(g)     The Official Committee of Unsecured Creditors' Motion for Expedited Consideration of its Motion for Leave to Exceed Page Limitation for its Omnibus Reply in Support of its Motion Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2954, Filed 5/24/13).

Status: A status conference will go forward.

5. Motion by Grand East Metals to Modify Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (II) Granting Related Relief (D.I. 2896, Filed 5/1/13).

   Objection Deadline: May 15, 2013 at 4:00 p.m. (ET). Extended for HRE Sparrows Point and the Debtors to September 3, 2013 at 4:00 p.m. (ET).

   Response Received:

   (a) Reservation of Rights of Debtors with Respect to Motions by Grand East Metals to (I) Modify Order Authorizing and Approving Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and Granting Related Relief, and (II) Extend Right of Access Period Under Temporary Access Agreement (D.I. 3250, Filed 9/3/13).

   Related Pleadings:

   (a) Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief (D.I. 909, Entered 8/15/12);

   (b) Order Resolving Motions to Modify, Vacate and for Relief from that Certain Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (II) Granting Related Relief (D.I. 1178, Entered 9/18/12);

   (c) Order Limiting Notice with Respect to Motion by Grand East Metals to Modify Order Authorizing and Approving (I) Sale of Sparrows Point Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (II) Granting Related Relief (D.I. 2937, Entered 5/20/13);

   (d) Motion by Grand East Metals to Extend Right of Access Period Under Temporary Access Agreement (D.I. 3243, Filed 8/30/13); and

   (e) Motion to Limit Notice with Respect to Motion by Grand East Metals to Extend Right of Access Period Under Temporary Access Agreement (D.I. 3243, Filed 8/30/13).

   Status: A status conference will go forward.

*Official Committee of Unsecured Creditors v. Cerberus Business Finance, LLC; Adv. Case No. 13-50918 (KJC)*

6. The Official Committee of Unsecured Creditors' (A) Request for Court to Hold Initial Pretrial Conference at Hearing on July 10, 2013 at 10 A.M. and (B) Certification of Counsel Regarding The Committee's Unilateral Scheduling Order (A.D.I. 12, Filed 7/8/13).

   Status: A status conference will go forward.

## ORAL ARGUMENT

*RG Steel Sparrows Point, LLC, Debtor in Possession v. Kenwal Steel Corp.; Adv. Case No. 13-50151*

7. Motion To Strike Second Amended Complaint (Adv. Case D.I. 25, Filed 5/28/13)

   Objection Deadline: N/A

   Response Received:

   (a) Plaintiff's Answering Brief In Opposition To Defendant's Motion To Strike Second Amended Complaint And Motion To Dismiss First Or Second Amended Complaint With Prejudice (Adv. Case D.I. 29, Filed 6/11/13).

   Related Pleadings:

   (a) Opening Brief in Support of Defendant's Motion to Strike Second Amended Complaint and Motion to Dismiss First or Second Amended Complaint With Prejudice (Adv. Case D.I. 27, Filed 5/28/13);

   (b) Reply to Plaintiff's Answering Brief in Opposition to Defendant's Motion to Strike Second Amended Complaint and Motion to Dismiss First or Second Amended Complaint With Prejudice (Adv. Case D.I. 30, Filed 6/18/13);

   (c) Defendant's Request for Oral Argument (Adv. Case D.I. 31, Filed 6/26/13);

   (d) Notice of Completion of Briefing (Adv. Case D.I. 32, Filed 6/28/13); and

   (e) Notice of Hearing (Adv. Case D.I. 34, Filed 7/24/13).

   Status: The oral argument on this matter will go forward.

8. Motion to Dismiss First or Second Amended Complaint With Prejudice (Adv. Case D.I. 26, Filed 5/28/13)

   Objection Deadline: N/A

   Response Received:

(a)     Plaintiff's Answering Brief In Opposition To Defendant's Motion To Strike Second Amended Complaint And Motion To Dismiss First Or Second Amended Complaint With Prejudice (Adv. Case D.I. 29, Filed 6/11/13).

Related Pleadings:

(a)     Opening Brief in Support of Defendant's Motion to Strike Second Amended Complaint and Motion to Dismiss First or Second Amended Complaint With Prejudice (Adv. Case D.I. 27, Filed 5/28/13);

(b)     Reply to Plaintiff's Answering Brief in Opposition to Defendant's Motion to Strike Second Amended Complaint and Motion to Dismiss First or Second Amended Complaint With Prejudice (Adv. Case D.I. 30, Filed 6/18/13);

(c)     Defendant's Request for Oral Argument (Adv. Case D.I. 31, Filed 6/26/13);

(d)     Notice of Completion of Briefing (Adv. Case D.I. 32, Filed 6/28/13); and

(e)     Notice of Hearing (Adv. Case D.I. 34, Filed 7/24/13).

Status: The oral argument on this matter will go forward.

## PRETRIAL CONFERENCES

9.     Accounts Receivable Plaintiffs RG Steel Sparrows Point, LLC, Debtor in Possession and RG Steel Wheeling, LLC, Pre-Trial Conference for September 10, 2013 at 10:00 a.m.

Objection Deadline: N/A

Response Received: N/A

Related Pleadings:

(a)     Proposed Scheduling Order of Plaintiff RG Steel Sparrows Point, LLC, Debtor in Possession, attached hereto as Exhibit "C";

(b)     Proposed Scheduling Order of Plaintiff RG Steel Wheeling, LLC, Debtor in Possession, attached hereto as Exhibit "D"; and

(c)     List of case(s) requesting adjournment of pretrial conference, attached hereto as Exhibit "E".

Status: The pre-trial conferences are going forward. Plaintiffs request entry of scheduling orders attached hereto as Exhibits "C" and "D". Plaintiffs request adjournment of pretrial conference for case(s) listed on Exhibit "E" to a date and time to be determined.

Dated: September 6, 2013
      Wilmington, Delaware           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

     /s/ Erin R. Fay
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Erin R. Fay (No. 5268)
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200
rdehney@mnat.com
gwerkheiser@mnat.com
efay@mnat.com

-and-

WILLKIE FARR & GALLAGHER LLP
Matthew A. Feldman
Shaunna D. Jones
Andrew D. Sorkin
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
mfeldman@willkie.com
sjones@willkie.com
asorkin@willkie.com

*Co-Counsel to the Debtors and Debtors in Possession*

GELLERT SCALI BUSENKELL & BROWN, LLC

Local Counsel:      /s/ Ronald S. Gellert
Ronald S. Gellert (DE 4259)
Michael Busenkell (DE 3933)
913 North Market Street, 10th Floor
Wilmington, DE 19801
(302) 425-5800
Fax: (302) 425-5814
E-Mail: rgellert@gsbblaw.com

-and-

| | |
|---|---|
| Primary Counsel<br>(Please Contact Primary Counsel) | Joseph L. Steinfeld, Jr., DC SBN 297101,<br>MN SBN 0266292, VA SBN 18666<br>Gary D. Underdahl, MN SBN 0301693<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN  55121<br>(651) 406-9665 ext. 857<br>Fax:(651) 406-9676<br>E-Mail: gunderdahl@askllp.com |

-and-

Edward E. Neiger, Esq.
Sahar Hakakian, Esq.
Brigette G. McGrath, Esq.
ASK LLP
151 West 46th Street, 4th Fl.
New York, NY  10036
(212) 267-7342
Fax: (212) 918-3427

*Attorneys for Plaintiff, RG Steel Sparrows Point, LLC, Debtor in Possession, RG Steel Warren, LLC, Debtor in Possession and RG Steel Wheeling, LLC, Debtor in Possession*

7423383.5