IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
                                                           )  Chapter 11
In re:                                                     )
                                                           )  Case No. 12-11661 (KJC)
WP STEEL VENTURE LLC, <u>et al.</u>,[1]                    )  (Jointly Administered)
                                                           )
                                                           )
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Jenna M. Convoy, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 23, 2013, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail upon the service list attached hereto as **Exhibit A**:

- **Debtors' Motion for Entry of an Order, Pursuant to 11 U.S.C. § 105 and Bankruptcy Rule 9019, Authorizing and Approving RG Steel Sparrows Point, LLC's Entry into a Stipulation with Kinder Morgan Bulk Terminals LLC Regarding Certain Litigation** [Docket No. 3285]

Dated: September 30, 2013

/s/ Jenna M. Convoy
Jenna M. Convoy

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th day of September, 2013, by Jenna M. Convoy, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The Debtors' executive headquarters are located at 1430 Sparrows Point Boulevard, Sparrows Point, MD 21219.

# Exhibit A

**Exhibit A**

| COMPANY | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Air Products & Chemicals Inc. | Thomas Trexler | 7201 Hamilton Blvd | | | Allentown | PA | 18195-1501 | |
| Airgas Inc | David Boyle | 259 Radnor Chester Rd Ste 100 | | | Radnor | PA | 19087-8675 | |
| AMG Resources Corp. | Ron Silber | P.O. Box 125 | | | Fort Howard | MD | 21052-0125 | |
| Ashby & Geddes PA | William P Bowden Ricardo Palacio & Benjamin W Keenan | 500 Delaware Ave | PO Box 1150 | | Wilmington | DE | 19899-1150 | |
| ASK LLP | Joseph Steinfeld John Siegler Gary Underdahl | 2600 Eagan Woods Dr Ste 400 | | | St Paul | MN | 55121 | |
| ASK LLP | Edward Neiger | 151 W 46th St 4th Fl | | | New York | NY | 10036 | |
| Attorney General of Ohio | Robert L Doty | One Government Center Ste 1240 | | | Toledo | OH | 43604-2261 | |
| Bailey & Glasser LLP | Brian A Glasser Christopher S Morris & Athanasios Basdekis | 209 Capitol St | | | Charleston | WV | 25301 | |
| Baker & Hosteler LLP | Sherri Blank Lazear & Rand L McClellan | 65 E State St Ste 2100 | | | Columbus | OH | 43215 | |
| Baker & McKenzie LLp | Andrew PR McDermott | 300 E Randolph St Ste 5000 | | | Chicago | IL | 60601 | |
| Ballard Spahr LLP | Matthew G Summers | 919 N Market St 11th Fl | | | Wilmington | DE | 19801 | |
| Ballard Spahr LLP | Chad A Flores | 919 N Market St 11th Fl | | | Wilmington | DE | 19801 | |
| Ballard Spahr LLP | Rosetta Packer Christine Barba | 1735 Market St 51st Fl | | | Philadelphia | PA | 19103 | |
| Balli Steel PLC | Ferit Ferhangil | 5 Stanhope Gate | | | London | | W1K 1AH | England |
| Balli Steel PLC and Balli Group PLC | Britt Gustawsson | 5 Stanhope Gate | | | London | | W1K 1AH | UK |
| Baltimore County | Pat Cassidy | 111 West Chesapeake Ave. | | | Towson | MD | 21204 | |
| Baltimore Gas and Electric | Office of the General Counsel | P.O. Box 1475 | | | Baltimore | MD | 21203 | |
| Barack Ferrazzano Kirshbaum & Nagelberg LLP | Kimberly J Robinson | 200 W Madison St Ste 3900 | | | Chicago | IL | 60606 | |
| Bifferato LLC | Ian Connor Bifferato & Thomas F Driscoll III | 800 N King St Plaza Level | | | Wilmington | DE | 19801 | |
| Blank Rome LLP | Victoria A Guilfoyle | 1201 Market St Ste 800 | | | Wilmington | DE | 19801 | |
| Blank Rome LLP | Michael B Schaedle | One Logan Sq | 130 N 18th St | | Philadelphia | PA | 19103-6998 | |
| Blank Rome LLP | Michael D DeBaecke | 1201 N Market St Ste 800 | | | Wilmington | DE | 19801 | |
| Bowles Rice McDavid Graff & Love LLP | Julia A Chincheck & Ellen Maxwell-Hoffman | 600 Quarrier St | PO Box 1386 | | Charleston | WV | 25325-1386 | |
| Bredhoff & Kaiser PLLC | Jeffrey R Freud & Zoe Palitz | 805 15th St NW Ste 1000 | | | Washington | DC | 20005 | |
| Bryan Cave LLP | Eric Prezant Ryan Lawlor | 161 N Clark St Ste 4300 | | | Chicago | IL | 60601-3315 | |
| Buchalter Nemer a PC | Shawn M Christianson | 55 2nd St 17th Fl | | | San Francisco | CA | 94105-3493 | |
| Cadwalader, Wickersham & Taft LLP | Christopher M McDermott | 227 W Trade St | | | Charlotte | NC | 28202 | |
| Cadwalader, Wickersham & Taft LLP | Peter M Friedman Ben Riskin Mark Ellenberg | 700 6th St NW | | | Washington | DC | 20001 | |
| Cadwalader, Wickersham & Taft LLP | Sharon J Richardson | One World Financial Ctr | | | New York | NY | 10281 | |
| Campbell & Levine LLC | Douglas A Campbell & Shannon M Clougherty | 310 Grant St | 1700 Grant Bldg | | Pittsburgh | PA | 15219 | |
| Campbell & Levine LLC | Mark T Hurford | 800 N King Ste Ste 300 | | | Wilmington | DE | 19801 | |
| Campbell & Levine LLC | Paul Cordaro | 310 Grant St | 1700 Grant Bldg | | Pittsburgh | PA | 15219 | |
| Capehart & Satchard PA | William G Wright | 8000 Midlantic Dr Ste 300 S | | | Mt Laurel | NJ | 08054-0000 | |
| City of Baltimore | Stephen M Kraus | Department of Bureau of Treasury Management | 200 Holliday St., Suite 3 | | Baltimore | MD | 21202-3683 | |
| CJ Betters Enterprises Inc | Xiaojuan Huang Esq | Huang Law LLC | 3513 Concord Pike Ste 3100 | | Wilmington | DE | 19803 | |
| Cleveland Cliffs | Lee English-Sales | 1100 Superior Ave. | | | Cleveland | OH | 44114-2589 | |
| Cliffs Natural Resources Inc | Matthew Zajac | 1100 Superior Ave. | | | Cleveland | OH | 44114 | |
| Cohen & Grigsby PC | Jill Locnikar Bradley | 625 Liberty Ave | | | Pittsburgh | PA | 15222 | |
| Cohen Weiss & Simon LLP | Richard Seltzer | 330 W 42nd St | | | New York | NY | 10336-6901 | |
| Cole Schotz Meisel Forman & Leonard PA | Norman L Pernick | 500 Delaware Ave Ste 1410 | | | Wilmington | DE | 19801 | |
| Connolly Gallagher LLP | Karen C Bifferato Christina Thompson Kelly Conlan | The Brandywine Bldg 14th Fl | 1000 West St | | Wilmington | DE | 19801 | |

**Exhibit A**

| COMPANY | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Cooch & Taylor PA | Susan E Kaufman | 100 West St 10th Fl | Brandywine Bldg | | Wilmington | DE | 19899 | |
| Cross & Simon LLC | Michael J Joyce | 913 N Market St 11th Fl | PO Box 1380 | | Wilmington | DE | 19899-1380 | |
| CSL International Inc | Troy Ritchie | 152 Conant St | | | Beverly | MA | 01915-0000 | |
| Curtin & Heefner LLP | Robert Szwajkos | 250 N Pennsylvania Ave | | | Morrisville | PA | 19067 | |
| DE AG Office | Office of the US Attorney General | Joseph R. Biden III | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE Secretary of Treasury | Delaware Secretary of Treasury | 820 Silver Lake Blvd Ste 100 | | | Dover | DE | 19904 | |
| Delta Energy LLC | Mary Beth Caldwell | 5555 Perimeter Dr. | | | Dublin | OH | 43017 | |
| Dickstein Shapiro LLP | Barry Seidel Eric Fisher Nikol Gruning Thompson Evan Zucker | 1633 Broadway | | | New York | NY | 10019 | |
| Dominion Retail Inc. | Office of the General Counsel | Chase Manhattan | 120 Tredegar St | | Richmond | VA | 23219 | |
| Drinker Biddle & Reath LLP | Todd C Schiltz | 1100 N Market St Ste 1000 | | | Wilmington | DE | 19801-1254 | |
| DTE Sparrows Point LLC | Dave Smith | 414 South Main St., Suite 600 | | | Ann Arbor | MI | 48104 | |
| Duane Morris LLP | Richard W Riley & Sommer L Ross | 222 Delaware Ave Ste 1600 | | | Wilmington | DE | 19801-1659 | |
| Duane Morris LLP | Michael R Lastowski | 222 Delaware Ave Ste 1600 | | | Wilmington | DE | 19801-1659 | |
| Duane Morris LLP | Paul D Moore | 100 High St Ste 2400 | | | Boston | MA | 02110-1724 | |
| Duane Morris LLP | Christopher M Winter | 222 Delaware Ave Ste 1600 | | | Wilmington | DE | 19801-1659 | |
| Duke Holzman Photiadis & Gresens LLP | Michael J Lombardo | 1800 Main Place Tower | 350 Main St | | Buffalo | NY | 14202-3718 | |
| Environmental & Natural Resources Div | Michael J Zoeller USDOJ | 601 D St NW | ENRD Mailroom 2121 | | Washington | DC | 20004 | |
| ESM Group Inc. | John Loeffler | University Corporate Centre | 300 Corporate Parkway Suite 118n | | Amherst | NY | 14226-1207 | |
| Ferry Joseph & Pearce PA | Rick S Miller | 824 Market St Ste 1000 | PO Box 1351 | | Wilmington | DE | 19899-1351 | |
| Ferry Joseph & Pearce PA | Jason C Powell | 824 Market St Ste 1000 | PO Box 1351 | | Wilmington | DE | 19899 | |
| Fox Rothschild LLP | John H Strock | 919 N Market St Ste 1300 | PO Box 2323 | | Wilmington | DE | 19899 | |
| Frantz Ward LLP | Timothy J Richards | 2500 Key Ctr | 127 Public Sq | | Cleveland | OH | 44114 | |
| Freehill Hogan & Mahar LLP | Michael E Unger | 80 Pine St | | | New York | NY | 10004 | |
| Fritz Enterprises Inc | William L Elson | 1650 W Jefferson Ave | | | Trenton | MI | 48183 | |
| GE Energy | Glenn M Reisman | 2 Corporate Dr Ste 234 | | | Shelton | CT | 06484-0000 | |
| Goldberg Kamin & Garvin | John J Arminas | 1806 Frick Bldg | 437 Grant St | | Pittsburgh | PA | 15219 | |
| Gordon Feinblatt LLC | Lawrence D Coppel & Jerrold A Thrope | 233 E Redwood St | | | Baltimore | MD | 21202 | |
| Hahn Loeser & Parks LLP | Lee D Powar Lawrence E Oscar Christopher W Peer & Shannon M Byrne | 200 Public Sq Ste 2800 | | | Cleveland | OH | 44114 | |
| Harrington Hoppe & Mitchell Ltd | Frederick S Coombs III | 26 Market St Ste 1200 | PO Box 6077 | | Youngstown | OH | 44501 | |
| Harsco Metals Americas | James R. Budd | 8050 Rowan Rd., Suite 600 | | | Cranberry Township | PA | 16066 | |
| Hartman & Egeli LLP | C Edward Hartman III | 116 Defense Hwy Ste 300 | | | Annapolis | MD | 21401 | |
| Hewlett-Packard Co | Ramona Neal | 11311 Chinden Blvd | Mailstop 314 | | Boise | ID | 83714-0021 | |
| Hewlett-Packard Co | Ken Higman | 12610 Park Plaza Dr Ste 100 | | | Cerritos | CA | 90703 | |
| Hodgson Russ LLP | James C Thoman | The Guaranty Bldg 140 Pearl St Ste 100 | | | Buffalo | NY | 14202 | |
| Hogan Lovells US LLP | Edward C Dolan | 555 13th NW | | | Washington | DC | 20004-1109 | |
| IBM Corporation | Marie-Josee Dube | 1360 Rene Levesque W Ste 400 | | | Montreal | QC | H3G 2W6 | Canada |
| Ice Miller LLP | Henry A Efroymson | One American Sq Ste 2900 | | | Indianapolis | IN | 46282-0200 | |
| Iron Mountain Information Management LLC | Joseph Corrigan | 745 Atlantic Ave 10th Fl | | | Boston | MA | 02111- | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 | |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 | |
| Johnson County Legal Dept | Lisa R Wetzler | 111 S Cherry Ste 3200 | | | Olathe | KS | 66061 | |
| Kasimer & Annino PC | Stephen J Annino | Tysons Office Park | 7653 Leesburg Pike | | Falls Church | VA | 22043 | |
| Kelley Drye & Warren LLP | Benjamin D Feder & Timothy B Martin | 101 Park Ave | | | New York | NY | 10178 | |

**Exhibit A**

| COMPANY | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Kinder Morgan | Brandy Mitchell | One Allen Ctr | 500 Dallas Ste 1000 | | Houston | TX | 77002 | |
| Kramer Levin Naftalis & Frankel LLP | Thomas M May Robert T Schmidt Gregory A Horowitz | 1177 Avenue of the Americas | Joshua K Brody & Gregory G Plotko | | New York | NY | 10036 | |
| Landis Rath & Cobb LLP | Adam G Landis & Kerri K Mumford | 919 Market St Ste 1800 | | | Wilmington | DE | 19801 | |
| Larry M Bonham | PO Box 50540 | | | | Charleston | WV | 25305-0540 | |
| Law Office of Patricia Williams Prewitt | Patricia Williams Prewitt | 10953 Vista Lake Ct | | | Navasota | TX | 77868 | |
| LeClairRyan A PC | Brandy Rapp | 1800 Wells Fargo Tower Drawer 1200 | | | Roanoke | VA | 24006 | |
| Linde Inc. | Ed Witkowski / Linda Delaurita | 575 Mountain Ave. | | | Murray Hill | NJ | 07974-2097 | |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | | Houston | TX | 77253 | |
| Lisa C McLaughlin | | 1200 N Broom St | | | Wilmington | DE | 19806 | |
| Magnozzi & Kye LLP | Amish R Doshi | 23 Green St Ste 302 | | | Huntington | NY | 11743 | |
| Maryland Port Administration | Robert L Munroe | Office of the Attorney General | 401 E Pratt St 20th Fl | | Baltimore | MD | 21202 | |
| McDermott Will & Emery LLP | Timothy W Walsh Gregory A Kopacz | 340 Madison Ave | | | New York | NY | 10173-1922 | |
| McDermott Will & Emery LLP | Roberto A Dall Asta | 227 W Monroe St | | | Chicago | IL | 60606-5096 | |
| McElroy Deutsch Mulvaney & Carpenter LLP | David P Primack & Aaron S Applebaum | 300 Delaware Ave Ste 770 | | | Wilmington | DE | 19801 | |
| McGuireWoods LLP | John H Maddock III | One James Ctr | 901 E Cary St | | Richmond | VA | 23219 | |
| Mesa County Attorney's Office | Maurice Lyle Dechant | PO Box 20000-5004 | | | Grand Junction | CO | 81502 | |
| Metal Services LLC dba Phoenix Services LLC | John Hilbert | 148 W State St Ste 801 | | | Kennett Square | PA | 19348 | |
| Mingo Junction Energy Center LLC | Thomas Shepard | 444 N Michigan Ave Ste 1200 | | | Chicago | IL | 60611 | |
| Missouri Department of Revenue | Eva Holtz Vlachynsky | 301 W High St Rm 670 | PO Box 475 | | Jefferson City | MO | 65101-0475 | |
| Mobile Dredging & Pumping Co. | Thomas Bruton | 3100 Bethel Rd. | | | Chester | PA | 19013 | |
| Morgan Lewis & Bockius LLP | Colm F Connolly | The Nemours Bldg | 1007 N Orange St Ste 501 | | Wilmington | DE | 19801 | |
| Morris James LLP | Brett D Fallon Douglas N Candeub | 500 Delaware Ave Ste 1500 | PO Box 2306 | | Wilmington | DE | 19899-2306 | |
| Morris James LLP | Eric J Monzo | 500 Delaware Ave Ste 1500 | PO Box 2306 | | Wilmington | DE | 19899-2306 | |
| Moses & Singer LLP | James M Sullivan | The Chrysler Bldg | 405 Lexington Ave | | New York | NY | 10174 | |
| Mountain State Carbon LLC | Lawrence Hermes | 1851 Main St. | | | Follansbee | WV | 26037 | |
| Nadler Nadler & Burdman Co LPA | Timothy M Reardon | 20 W Federal St Ste 600 | | | Youngstown | OH | 44503 | |
| Nadler Nadler & Burdman Co LPA | Joseph C Lucci & Jay M Skolnick | 20 W Federal St Ste 600 | | | Youngstown | OH | 44503 | |
| National Material Trading Co. | Geoff Lininger | 1965 Pratt Blvd. | | | Elk Grove Village | IL | 60007 | |
| Norfolk Southern | Beth Hillman | 110 Franklin Rd. | | | Roanoke | VA | 24042-0044 | |
| North American Refractories Co. | Richard Wilson | 1001 Pgh-McKeesport Blvd. | | | West Mifflin | PA | 15122 | |
| NYS Dept of Taxation & Finance | Robert L Cook | 340 E Main St | | | Rochester | NY | 14604 | |
| Offit Kurman PA | Glenn D Solomon | 8 Park Center Ct Ste 200 | | | Owings Mills | MD | 21117 | |
| Ohio Dept. of Taxation | Office of Chief Counsel, Tax Appeals | 30 E. Broad St., 23rd Fl. | | | Columbus | OH | 43215 | |
| Ohio Edison Co. | Office of the General Counsel | P.O. Box 3637 | | | Akron | OH | 44309 | |
| Otterbourg, Steindler, Houston & Rosen, P.C. | John Helfat & Daniel Fiorillo | 230 Park Ave | | | New York | NY | 10169-0075 | |
| Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones & Timothy Cairns | 919 N Market St 17th Fl | PO Box 8705 | | Wilmington | DE | 19899-8705 | |
| Paul Hastings Janofsky & Walker LLP | Jesse Austin | 600 Peachtree St NE 24th Fl | | | Atlanta | GA | 30308 | |
| Pennsylvania Attorney General | Christopher R Momjian | 21 S 12th St 3rd Fl | | | Philadelphia | PA | 19107-3603 | |
| Pension Benefit Guaranty Corp | Colin B Albaugh | 1200 K St NW | Office of the Chief Counsel | | Washington | DC | 20005-4026 | |
| Pension Benefit Guaranty Corporation | Jack Butler | 1200 K St NW | | | Washington | DC | 20005 | |
| Pepper Hamilton LLP | Edward C Toole Jr | 3000 2 Logan Sq | 18th and Arch Streets | | Philadelphia | PA | 19103-2799 | |
| Perdue Brandon Fielder Collins & Motts LLP | Yoland M Humphrey & Owen Sonik | 1235 N Loop W Ste 600 | | | Houston | TX | 77008 | |
| PF Technologies Inc | Robert O Lampl | 960 Penn Ave Ste 1200 | | | Pittsburgh | PA | 15222 | |

**Exhibit A**

| COMPANY | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Phoenix Services, LLC | Tony Whitt | P.O. Box 659 | | | Unionville | PA | 19375 | |
| Potter Anderson & Corroon LLP | David J Baldwin & R Stephen McNeill | Hercules Plz 6th Fl 1313 N Market St | PO Box 951 | | Wilmington | DE | 19801 | |
| Praxair Inc. | Mitch Day | 300 E. Great Lakes St. | | | River Rouge | MI | 48218-2606 | |
| Reed Smith LLP | Kimberly E C Lawson | 1201 N Market St Ste 1500 | | | Wilmington | DE | 19801 | |
| Reed Smith LLP | Claudia Z Springer | 2500 One Liberty Pl | 1620 Market St | | Philadelphia | PA | 19103 | |
| Reed Smith LLP | Joseph D Filloy | 225 5th Ave | | | Pittsburgh | PA | 15222 | |
| Reid Collins & Tsai LLP | Angela J Somers | One Pennsylvania Plz 49th Fl | | | New York | NY | 10019 | |
| Reilly Wolfson Sheffey Schrum and Lundberg | Paul C Bametzreider | 1601 Cornwall Rd | | | Lebanon | PA | 17042 | |
| Richards Layton & Finger PA | Mark D Collins & Lee E Kaufman | One Rodney Sq | 920 North King St | | Wilmington | DE | 19801 | |
| Rosenberg Martin Greenberg LLP | Bob Van Galoubandi | 25 S Charles St Ste 2115 | | | Baltimore | MD | 21201 | |
| Saul Ewing LLP | Mark Minuti Teresa KD Currier & Lucian B Murley | 222 Delaware Ave Ste 1200 | PO Box 1266 | | Wilmington | DE | 19899 | |
| Schnader Harrison Segal & Lewis LLP | Richard A Barkasy | 824 N Market St Ste 800 | | | Wilmington | DE | 19801 | |
| Schulte Roth & Zabel LLP | Lawrence S. Goldberg, Esq. | 919 Third Avenue | | | New York | NY | 10022 | |
| Schulte Roth & Zabel LLP | Adam C Harris & Brian C Tong | 919 3rd Ave | | | New York | NY | 10022 | |
| Schwarzwald McNair & Fusco LLP | David M Fusco | 616 Penton Media Bldg | 1300 E 9th St | | Cleveland | OH | 44114-1503 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | The Mellon Independence Ctr | 701 Market St | Philadelphia | PA | 19106-1532 | |
| Severstal North America | | 14661 Rotunda Dr | | | Dearborn | MI | 48120 | |
| Severstal US Holdings II Inc | Martin Szymanski | 14661 Rotunda Dr | | | Dearborn | MI | 48120 | |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Allen J Guon | 321 N Clark St Ste 800 | | | Chicago | IL | 60610 | |
| Siemens Industry Inc. | Kevin Callahan | 2901 Industrial Blvd. | | | Bethel Park | PA | 15102 | |
| Siemens Industry Inc. | Alan Helgerman & Darryl Peake | 501 Technology Dr Ste 1000 | | | Cannonsburg | PA | 15317 | |
| Skadden Arps | Gary P Cullen & Shilpi Gupta | 155 N Wacker Dr | | | Chicago | IL | 60606 | |
| Skadden Arps Slate Meagher & Flom LLP | Anthony W Clark & Douglas D Herrmann | One Rodney Sq | PO Box 636 | | Wilmington | DE | 19899 | |
| Skadden Arps Slate Meagher & Flom LLP | George N Panagakis Albert L Hogan III Matthew N Kriegel | 155 N Wacker Dr Ste 2800 | | | Chicago | IL | 60606 | |
| Smith Katzenstein & Jenkins LLP | Kathleen M Miller | The Corporate Plz 800 Delaware Ave Ste 1000 | PO Box 410 | | Wilmington | DE | 19899 | |
| Snyder & Associates PA | Bayard J Snyder | 300 Delaware Ave Ste 1014 | PO Box 90 | | Wilmington | DE | 19899 | |
| Squire Sanders US LLP | Stephen D Lerner | 30 Rockafeller Plz | | | New York | NY | 10112 | |
| State of Michigan | Allison M Dietz | 3030 W Grand Blvd Cadillac Pl Ste 10-200 | | | Detroit | MI | 48202 | |
| Steelworkers Health And Welfare Fund | Erika Ulrich | P.O. Box 903 | | | Johnstown | PA | 15907 | |
| Storch Amini & Munves PC | Avery Samet | 140 E 45th St 25th Fl | | | New York | NY | 10017 | |
| Storch Amini & Munves PC | Avery Samet | 140 E 45th St 25th Fl | | | New York | NY | 10017 | |
| Sullivan Hazeltine Allinson LLC | William D Sullivan | 901 N Market St Ste 1300 | | | Wilmington | DE | 19801 | |
| Sullivan Hazeltine Allinson LLC | Elihu E Allinson III | 901 N Market St Ste 1300 | | | Wilmington | DE | 19801 | |
| Tennessee Dept of Revenue | Laura L McCloud | PO Box 20207 | Attorney General Office Bankruptcy Div | | Nashville | TN | 37202-0207 | |
| The David J Joseph Company | Michael Carr | 300 Pike St | | | Cincinnati | OH | 45202 | |
| The Rosner Law Group LLC | Fredrick B Rosner | 824 Market St Ste 810 | | | Wilmington | DE | 19801 | |
| Tube City IMS LLC | Karen Smith | 1155 Business Center Dr. | | | Horsham | PA | 19044 | |
| Tucker Arensberg PC | Michael A Shiner | 1500 One PPG Pl | | | Pittsburgh | PA | 15222 | |
| UMWA Health & Retirement Funds | Barbara E Locklin | Office of the General Counsel | 2121 K St NW Ste 350 | | Washington | DC | 20037 | |
| Union Pacific Railroad Company | Mary Ann Kilgore & Shawn Lanka | 1400 Douglas St Stop 1580 | | | Omaha | NE | 68179 | |
| United Steelworkers | David R Jury | 5 Gateway Ctr Rm 807 | | | Pittsburgh | PA | 15222 | |

**Exhibit A**

| COMPANY | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 | |
| US Department of Justice Trial Atty Tax Div | Anne E Oliver | PO Box 227 | Ben Franklin Station | | Washington | DC | 20044 | |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | Wilmington | DE | 19801 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | |
| Venable LLP | Andrew J Currie & Laura S Bouyea | 750 E Pratt St Ste 900 | | | Baltimore | MD | 21202 | |
| Vesuvius USA Corp. | Tom Swift | 1404 Newton Dr. | | | Champaign | IL | 61822 | |
| Vorys Sater Seymour & Pease LLP | Tiffany Strelow Cobb | 52 E Gay St | | | Columbus | OH | 43215 | |
| Votorantim | Office of the General Counsel | 6020 Navigation Blvd | | | Houston | TX | 77011-1132 | |
| Wagonheim Law | Michael J Lentz | 303 International Cir Ste 390 | | | Hunt Valley | MD | 21030 | |
| Weir & Partners LLP | Candice Hebden Kenneth Aaron Jeffrey Cianciulli | 824 Market St Ste 800 | | | Wilmington | DE | 19899 | |
| Werb & Sullivan | Brian A Sullivan | 300 Delaware Ave Ste 1300 | PO Box 25046 | | Wilmington | DE | 19899 | |
| Whiteford Taylor Preston LLC | Thomas J Francella Jr | The Renaissance Ctr Ste 500 | 405 N King St | | Wilmington | DE | 19801 | |
| Whiteford Taylor Preston LLC | Kenneth Oestreicher | 7 St Paul St | | | Baltimore | MD | 21202-1636 | |
| Womble Carlyle Sandridge & Rice PLLC | Michael G Busenkell | 222 Delaware Ave Ste 1501 | | | Wilmington | DE | 19801 | |
| Womble Carlyle Sandridge & Rice PLLC | Francis A Monaco Jr | 222 Delaware Ave Ste 1501 | | | Wilmington | DE | 19801 | |
| Womble Carlyle Sandridge & Rice PLLC | Thomas M Horan | 222 Delaware Ave Ste 1501 | | | Wilmington | DE | 19801 | |
| Womble Carlyle Sandridge & Rice PLLC | Mark Desgrosseilliers Matthew Ward Ericka Johnson | 222 Delaware Ave Ste 1501 | | | Wilmington | DE | 19801 | |
| Young Conaway Stargatt & Taylor LLP | James L Patton Jr Craig D Grear Rolin Bissel Ryan M Bartley | Rodney Sq 1000 N King St | | | Wilmington | DE | 19801 | |