# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
WP Steel Venture LLC
POB 1847
Bel Air, MD 21014
 **EIN:** 55–0737095
WP Steel Venture Corporation

**Chapter:** 11

*Case No.*: 12–11661–KJC

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 9/10/2013 was filed on 10/4/2013 . The following deadlines apply:

The parties have  seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 10/25/2013 .

If a request for redaction is filed, the redacted transcript is due 11/4/2013 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 1/2/2014 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 10/4/13

(ntc)

United States Bankruptcy Court
District of Delaware

In re:  
WP Steel Venture LLC  
     Debtor

Case No. 12-11661-KJC  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0311-1      User: Al      Page 1 of 1      Date Rcvd: Oct 04, 2013  
                     Form ID: ntcBK      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2013.

```
db         +WP Steel Venture LLC,    POB 1847,    Bel Air, MD 21014-7847
aty        +Alex Govze,    ASK Financial, LLP,    2600 Eagan Woods Drive, Suite 400,    St. Paul, MN 55121-1169
aty         Andrew D. Sorkin,    Wilkie Farr & Gallagher LLP,    787 Seventh Avenue,    New York, NY 10019-6099
aty        +Andrew Mordkoff,    Willkie Farr & Gallagher LLP,    787 Seventh Avenue,    New York, NY 10019-6099
aty        +Brian E O'Connor,    Willkie Fare & Gallagher LLP,    787 Seventh Avenue,    New York, NY 10019-6099
aty         David Gise,    Willkie Farr Gallagher LLP,    787 Seventh Avenue,    New York, NY 10019-6099
aty        +Edward E Neiger,    ASK LLP,    151 West 46th Street, 4th Floor,    New York, NY 10036-8512
aty        +Emma J. James,    Willkie Farr & Gallagher LLP,    787 Seventh Avenue,    New York, NY 10019-6099
aty        +Gary D. Underdahl,    ASK Financial LLP,    2600 Eagan Woods Drive, Suite 400,
             St. Paul, MN 55121-1169
aty        +James C Dugan,    Willkie Farr & Gallagher LLP,    787 Seventh Ave,    New York, NY 10019-6099
aty        +John T Siegler,    ASK LLP,    2600 Eagan Woods Drive, Suite 400,    St. Paul,, MN 55121-1169
aty        +Joshua Troy,    Willkic Farr & Gallagher LLP,    787 Seventh Avenue,    New York, NY 10019-6099
aty        +Kara E Casteel,    ASK Financial LLP,    2600 Eagan Woods Drive, Suite 400,
             St.Paul, MN 55121-1169
aty        +Kendra K Bader,    Ask LLP,    2600 Eagan Woods Dr,    Suite 400,    St Paul, MN 55121-1169
aty        +Matthew A. Feldman,    Willkie Farr & Gallagher,    787 Seventh Avenue,    New York, NY 10019-6099
aty        +Sahar S Hakakian,    ASK LLP,    151 West 46th St,    Fourth Floor,    New York, NY 10036-8512
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2013                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2013 at the address(es) listed below:  
NONE.                                                                                                TOTAL: 0