## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| WP Steel Venture LLC, et al[1]., | : | Case No. 12-11661 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------x

| | | |
|---|---|---|
| RG Steel Sparrows Point, LLC, Debtor in Possession, | : : | |
| Plaintiff, | : | Adv. No.: See Exhibit "A" |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "A" Attached Hereto. | : : | |

-----------------------------------------------------x

| | | |
|---|---|---|
| RG Steel Warren, LLC, Debtor in Possession, | : : | |
| Plaintiff, | : | Adv. No.: See Exhibit "B" |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "B" Attached Hereto. | : : | |

-----------------------------------------------------x

| | | |
|---|---|---|
| RG Steel Wheeling, LLC, Debtor in Possession, | : : | |
| Plaintiff, | : | Adv. No.: See Exhibit "C" |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "C" Attached Hereto. | : : | |

-----------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON NOVEMBER 26, 2013 AT 10:00 A.M. (EASTERN TIME)[2]

## ADJOURNED/RESOLVED MATTERS

1.    Motion of Ohio Power Company d/b/a American Electric Power for Allowance and Payment of Administrative Expenses (D.I. 2535, Filed 2/11/13).

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The Debtors' mailing address is PO Box 1847, Bel Air. MD 21014.

[2] The hearing will be held before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware. As permitted by applicable rules and orders, parties attending telephonically are required to make arrangements through CourtCall by telephone at 866-582-6878 or by facsimile at 866-533-2946 by no later than 12:00 p.m. (ET) on November 25, 2013.

Objection Deadline:  March 6, 2013 at 4:00 p.m. (ET).  Extended to December 31, 2013 at 4:00 p.m. (ET) for the Debtors.

Response Received:  None.

Related Pleadings:  None.

Status: The hearing on this matter has been adjourned to the hearing scheduled for January 7, 2014 at 10:00 a.m. (ET).

2.      Omnibus Notice of Rejection of Executory Contracts and/or Unexpired Leases of Nonresidential Real Property (D.I. 3296, Filed 9/27/13).

Objection Deadline:  October 11, 2013 at 4:00 p.m. (ET).

Response Received:

(a)     Limited Objection of Baltimore County, Maryland to Rejection of Sparrows Point Lease (D.I. 3342, filed 10/11/13); and

(b)     Objection of Metalmart, Inc. to Omnibus Notice of Rejection of Executory Contracts and/or Unexpired Leases of Nonresidential Real Property (D.I. 3350, Filed 10/15/13).

Related Pleadings:

(a)     Notice of Withdrawal (D.I. 3356, Filed 10/16/13).

Status: This matter is resolved.  The objection at D.I. 3342 states that the objection is only to the extent that the Debtors are seeking to alter the sale order at D.I. 909 or any rights Baltimore County may have under section 365(h) of the Bankruptcy Code.  The Debtors have confirmed for Baltimore County that the rejection notice does not do either. Accordingly, Baltimore County has indicated that its objection is resolved and the rejection of the applicable lease agreement effective of September 27, 2013.

**STATUS CONFERENCE**

3.      Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2582, Filed 2/22/13).

Objection Deadline:  April 2, 2013 at 4:00 p.m. (ET), extended for the Debtors until April 3, 2013 at 4:00 p.m. (ET).

Responses Received:

(a)     Response of Wells Fargo Capital Finance LLC to the Motion of the Official Committee of Unsecured Creditors for Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2798, Filed 3/29/13);

(b)     Opposition of Vincent J. Goodwin to the Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2813, Filed 4/2/13);

(c)     Objection of The Renco Group, Inc. and Ira L. Rennert to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D. I. 2814, Filed 4/2/13);

(d)     Response of Cerberus Business Finance, LLC, as Agent on Behalf of Itself and the Second Lien Lenders, to the Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2816, Filed 4/2/13);

(e)     Debtors' Limited Preliminary Response to the Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2822, Filed 4/3/13); and

(f)     Response of The Renco Group Inc. and Ira L. Rennert to Citation of Subsequent Authority Filed by the Official Committee of Unsecured Creditors in Connection with its (A) Motion for Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates, and (B) Complaint for Declaratory Judgment (D.I. 3361, Filed 10/18/13).

Related Documents:

(a)     Notice of Hearing on Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2595, Filed 2/26/13);

(b)     Re-Notice of Hearing on Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2682, Filed 3/7/13);

(c)     Declaration of Michael C. Ryan in Support of The Renco Group, Inc.'s and Ira L. Rennert's Objection to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2815, Filed 4/2/13);

(d)     Re-Notice of Hearing on Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2841, Filed 4/15/13);

(e)     Omnibus Reply of the Official Committee of Unsecured Creditors in Support of its Motion Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2952, Filed 5/24/13);

(f)     Motion of the Official Committee of Unsecured Creditors for Leave to Exceed Page Limitation for its Omnibus Reply in Support of its Motion Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2953, Filed 5/24/13);

(g)     The Official Committee of Unsecured Creditors' Motion for Expedited Consideration of its Motion for Leave to Exceed Page Limitation for its Omnibus Reply in Support of its Motion Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2954, Filed 5/24/13);

(h)     Citation of Subsequent Authority Filed by the Official Committee of Unsecured Creditors in Connection with its (A) Motion for Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates, and (B) Complaint for Declaratory Judgment (D.I. 3343, Filed 10/11/13); and

(i)     Citation of Subsequent Authority Filed by the Official Committee of Unsecured Creditors in Connection with its (A) Motion for Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates, and (B) Complaint for Declaratory Judgment (D.I. 3344, Filed 10/11/13).

Status:  The status conference will go forward.

4.    *Official Committee of Unsecured Creditors v. Cerberus Business Finance, LLC; Adv. Case No. 13-50918 (KJC)*: The Official Committee of Unsecured Creditors' (A) Request for Court to Hold Initial Pretrial Conference at Hearing on July 10, 2013 at 10 A.M. and (B) Certification of Counsel Regarding The Committee's Unilateral Scheduling Order (A.D.I. 12, Filed 7/8/13).

<u>Status</u>: The status conference will go forward.

5.    Preference Plaintiffs RG Steel Sparrows Point, LLC, Debtor in Possession, RG Steel Wheeling, LLC, Debtor in Possession, and RG Steel Warren, LLC, Debtor in Possession Avoidance Action Status Report for the November 26, 2013 Status Conference.

<u>Objection Deadline</u>: N/A

<u>Response Received</u>: N/A

<u>Related Pleadings</u>:

(a)    Status Report of Plaintiff RG Steel Sparrows Point, LLC, Debtor in Possession (D.I. 3423, Filed 11/19/13);

(b)    Status Report of Plaintiff RG Steel Warren, LLC, Debtor in Possession (D.I. 3422, Filed 11/19/13); and

(c)    Status Report of Plaintiff RG Steel Wheeling, LLC, Debtor in Possession (D.I. 3421, Filed 11/19/13).

<u>Status</u>: The status conference will go forward.

## FEE APPLICATIONS

6.    Fifth Quarterly Fee Applications.

<u>Related Pleading</u>: See "Exhibit D."

<u>Objection Deadline</u>: N/A.

<u>Responses Received</u>: None.

<u>Status</u>: The fee hearing will go forward.

Date: November 21, 2013

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*

Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Erin R. Fay (No. 5268)
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200
rdehney@mnat.com
gwerkheiser@mnat.com
efay@mnat.com

-and-

WILLKIE FARR & GALLAGHER LLP
Matthew A. Feldman
Shaunna D. Jones
Andrew D. Sorkin
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
mfeldman@willkie.com
sjones@willkie.com
asorkin@willkie.com

*Co-Counsel to the Debtors and Debtors in Possession*

-and-

GELLERT SCALI BUSENKELL & BROWN, LLC

Delaware Counsel:

*/s/ Ronald S. Gellert*

Ronald S. Gellert (DE 4259)
Brya M. Keilson (DE 4643)
913 North Market Street, 10th Floor
Wilmington, DE 19801
(302) 425-5800
Fax: (302) 425-5814
E-Mail: rgellert@gsbblaw.com

-and-

Primary Counsel
(Please Contact Primary Counsel)

Joseph L. Steinfeld, Jr., DC SBN 297101,
MN SBN 0266292, VA SBN 18666
Gary D. Underdahl, MN SBN 0301693

6

ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
(651) 406-9665 ext. 857
Fax:(651) 406-9676
E-Mail: gunderdahl@askllp.com

-and-

Edward E. Neiger, Esq.
Brigette G. McGrath, Esq.
ASK LLP
151 West 46th Street, 4th Fl.
New York, NY 10036
(212) 267-7342
Fax: (212) 918-3427

*Attorneys for Plaintiff, RG Steel Sparrows Point,
LLC, Debtor in Possession, RG Steel Warren, LLC,
Debtor in Possession and RG Steel Wheeling, LLC,
Debtor in Possession*