# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WP Steel Venture LLC, <u>et al</u>.[1],<br>Debtors.<br><br>RG Steel Wheeling, LLC, Debtor in Possession,<br><br>Plaintiff,<br>vs.<br><br>Chowns Fabrication and Rigging, Inc.<br><br>Defendant. | Bk. No.   12-11661-KJC<br>(Jointly Administered)<br><br>Chapter 11<br><br><br>Adv. Case No. 13-50870 (KJC) |

## STATUS REPORT ON OPEN ADVERSARY ACTIONS ASSIGNED
## TO THE HONORABLE KEVIN J. CAREY

Pursuant to the Court's Request for Status Report, Plaintiff files the attached.

Date: January 10, 2014

| | |
|---|---|
| Delaware Counsel | ___/s/ Ronald S. Gellert_____<br>Ronald S. Gellert (DE 4259)<br>**Gellert Scali Busenkell & Brown, LLC**<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br>(302) 425-5800<br>(302) 425-5814 Fax<br>Rgellert@gsbblaw.com |
| | And |
| Primary Counsel<br>(Please Contact Primary Counsel) | John T. Siegler, DC SBN 29701,<br>NY Bar No. 131395, MN Bar No. 0387634<br>**ASK LLP**<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>**Telephone:** (651) 406-9665   **Fax:** (651) 406-9676<br><br>*Attorneys For Plaintiff, RG Steel Wheeling, LLC, Debtor in Possession* |

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (I) WP Steel Venture LLC (7095); (ii) Metals Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927).  The Debtors' executive headquarters are located at 1430 Sparrows Point Boulevard, Sparrows Point, MD 21219.

-1-

-2-

## STATUS "A"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

# STATUS "B"

**CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|
|  |  |  |

* None

## S<small>TATUS</small> "C"

### C<small>ONTESTED</small> P<small>REFERENCE</small> A<small>CTIONS</small> W<small>HERE</small> S<small>ERVICE IS</small> C<small>OMPLETE</small>, N<small>O</small> A<small>NSWERS</small> <small>HAVE BEEN</small> F<small>ILED</small>.   T<small>HUS</small>, P<small>LAINTIFF</small> R<small>EQUESTING</small> D<small>EFAULT</small> J<small>UDGMENTS</small>:

| **Defendant's Name** | **Adversary Number** | **Status** |
|---|---|---|

* None

# STATUS "D"

**PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

# S<span style="font-variant:small-caps">tatus</span> "E"

**P<span style="font-variant:small-caps">reference</span> A<span style="font-variant:small-caps">ctions</span> R<span style="font-variant:small-caps">esolved</span>/S<span style="font-variant:small-caps">ettled</span>, B<span style="font-variant:small-caps">ut</span> N<span style="font-variant:small-caps">otices</span>/S<span style="font-variant:small-caps">tipulations</span> <span style="font-variant:small-caps">of</span> D<span style="font-variant:small-caps">ismissal</span> C<span style="font-variant:small-caps">annot</span> Y<span style="font-variant:small-caps">et</span> <span style="font-variant:small-caps">be</span> F<span style="font-variant:small-caps">iled</span>:**

| **Defendant's Name** | **Adversary Number** | **Status** |
|---|---|---|
| Chowns Fabrication and Rigging, Inc. | 13-50870 | Adversary Proceeding has been settled. Defendant is making payment pursuant to a payment plan. Plaintiff will file for dismissal upon receipt of the final settlement payment. |

\* 1 Case

# STATUS "F"

## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
|  |  |  |

* None

# STATUS "G"

## CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant's Name | Adversary Number | Status |
| --- | --- | --- |

* None

## STATUS "H"
### CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant's Name | Adversary Number | Status |
| --- | --- | --- |

*None

## STATUS "I"
### CONTESTED PREFERENCE ACTIONS WHERE DISPOSITVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
|  |  |  |

* None

## STATUS "J"
## CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

## S<small>TATUS</small> "K"
### C<small>ASES IN</small> W<small>HICH</small> A<small>N</small> A<small>PPEAL</small> I<small>S</small> P<small>ENDING</small>

| Defendant's Name | Adversary Number | Status |
|---|---|---|

*None