IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| WP Steel Venture LLC, et al.,[1] | : | Case No. 12-11661 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Hearing Date**: |
| | : | **April 1, 2014 at 11:00 a.m. (ET)** |

------------------------------------------------------x

**AMENDED NOTICE OF HEARING TO CONSIDER SIXTH QUARTERLY
FEE APPLICATION REQUESTS OF PROFESSIONALS**

**PLEASE TAKE NOTICE** that a hearing to consider the **Sixth Quarterly Fee Application Requests of Professionals for the Period from September 1, 2013 Through November 30, 2013** will be convened on **April 1, 2014 at 11:00 a.m. (Eastern Time)** before the Honorable Kevin J. Carey, United States Bankruptcy Judge, at the United States Bankruptcy Court located at 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The Debtors' executive headquarters' address is PO Box 1847, Bel Air, MD 21014.

Dated: January 24, 2014
     Wilmington, Delaware        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Erin R. Fay (No. 5268)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rdehney@mnat.com
gwerkheiser@mnat.com
efay@mnat.com

-and-

WILLKIE FARR & GALLAGHER LLP
Matthew A. Feldman
Shaunna D. Jones
Andrew D. Sorkin
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
(212) 728-8111 (Fax)
mfeldman@willkie.com
sjones@willkie.com
asorkin@willkie.com

*Co-Counsel to the Debtors and Debtors in Possession*

7943094.1