IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
WP Steel Venture LLC, <u>et al.</u>[1] : Case No. 12-11661 (KJC)
:
Debtors. : Jointly Administered
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - :x    **Related Docket No. 3574**

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF SEVERSTAL US HOLDINGS, LLC AND SEVERSTAL US HOLDINGS II, LLC FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d)(1), FED. R. BANKR. P. 4001 AND DEL. BANKR. L.R. 4001-1 APPROVING STIPULATION MODIFYING AUTOMATIC STAY TO PERMIT SEVERSTAL TO FILE AND LITIGATE TO JUDGMENT THE COUNTERCLAIMS**

The undersigned counsel hereby certifies that he is aware of no formal or informal objections or responses to the Motion of Severstal US Holdings, LLC and Severstal US Holdings II, LLC for Entry of an Order Pursuant to 11 U.S.C. § 362(d)(1), Fed. R. Bankr. P. 4001 and Del. Bankr. L.R. 4001-1 Approving Stipulation Modifying Automatic Stay to Permit Severstal to File and Litigate to Judgment the Counterclaim [Docket No. 3574] (the "<u>Motion</u>"), filed by Severstal US Holdings, LLC and Severstal US Holdings II, LLC, ("<u>Severstal</u>") on March 5, 2014.

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The address of the Debtors' executive headquarters is 1430 Sparrows Point Boulevard, Sparrows Point, MD 21219.

The undersigned counsel further certifies that he has reviewed the Court's docket and no objection to the Motion appears thereon. The notice to the Motion set a deadline of March 24, 2014 for receipt of objections to the Motion, and Severstal granted no extensions of such objection deadline.

Accordingly, it is respectfully requested that the Court enter the proposed form of order filed with the Motion, a copy of which order (modified only to reflect the docket number of the Motion) is attached hereto as Exhibit A.

Dated: Wilmington, Delaware
       March 26, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Douglas D. Herrmann
Anthony W. Clark (I.D. No. 2051)
Douglas D. Herrmann (I.D. No. 4872)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000 (telephone)
(302) 651-3001 (facsimile)
anthony.clark@skadden.com
douglas.herrmann@skadden.com

- and -

George N. Panagakis
Albert L. Hogan III
Matthew N. Kriegel
155 North Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 407-0700 (telephone)
(312) 407-0411 (facsimile)
george.panagakis@skadden.com
albert.hogan@skadden.com
matthew.kriegel@skadden.com

*Attorneys for Severstal US Holdings, LLC and Severstal US Holdings II, LLC*