**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
                                               :    Case No. 12-11661 (KJC)
WP Steel Venture LLC, et al.,[1]               :
                                               :    (Jointly Administered)
         Debtors.                              :    Hearing Date: April 1, 2014 at 11:00 a.m. (ET)
                                               :
                                               :    Objection Deadline: March 25, 2014 at 4:00 p.m. (ET);
                                               :    extended for Committee until March 28, 2014 at
                                               :    4:00 p.m. (ET)
---------------------------------------------------------x    Re: D.I. 3592 & 3629

**NOTICE INTENT TO WITHDRAW WITHOUT PREJUDICE DEBTORS' MOTION FOR ENTRY OF ORDER AMENDING FINAL ORDER (A) AUTHORIZING DEBTORS TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 105 AND 363(C)(2); (B) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. § 361; AND (C) MODIFYING AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 [D.I. 3592]**

PLEASE TAKE NOTICE that:

1. On March 12, 2014, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the Debtors' Motion for Entry of an Order Amending Final Order (A) Authorizing Debtors to Use Cash Collateral Pursuant to 11 U.S.C. §§ 105 and 363(c)(2); (B) Granting Adequate Protection Pursuant to 11 U.S.C. § 361; and (C) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362 [D.I. 3592] (the "Motion").

2. On March 28, 2014, the Official Committee of Unsecured Creditors (the "Committee") filed the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Amending the Final Cash Collateral Order [D.I. 3629]. No other party-in-interest has objected to the Motion.

3. After consulting with counsel for the Second Lien Agent, Second Lien

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The Debtors' mailing address is P.O. Box 1847, Bel Air, Maryland 21014.

Lenders and Third Lien Lender (each as defined in the Motion), the Debtors have determined that the Motion should be withdrawn without prejudice. Counsel for the Committee has advised that the Committee does not consent to the withdrawal of the Motion or the cancellation of the hearing on the Motion.

4. The hearing on the Motion, previously scheduled for April 1, 2014, at 11:00 a.m. (ET), will proceed as to the Motion to the extent that the Court does not direct otherwise.

Dated: March 31, 2014
      Wilmington, Delaware

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Gregory W. Werkheiser*
      Robert J. Dehney (No. 3578)
      Gregory W. Werkheiser (No. 3553)
      Erin R. Fay (No. 5268)
      1201 North Market Street
      P. O. Box 1347
      Wilmington, DE 19899-1347
      (302) 658-9200
      rdehney@mnat.com
      gwerkheiser@mnat.com
      efay@mnat.com

      -and-
      WILLKIE FARR & GALLAGHER LLP
      Matthew A. Feldman
      Shaunna D. Jones
      Daniel I. Forman
      787 Seventh Avenue
      New York, New York 10019
      (212) 728-8000
      (212) 728-8111 (Fax)
      mfeldman@willkie.com
      sjones@willkie.com
      dforman@willkie.com

      *Co-Counsel to the Debtors and Debtors in Possession*