IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re                                    :    Chapter 11
                                         :
WP Steel Venture LLC, et al.,[1]         :    Case No. 12-11661 (KJC)
                                         :
            Debtors.                     :
                                         :    (Jointly Administered)
                                         :
                                         :    **Re: D.I. 4421, 4464, and 4665**
---------------------------------------------------x
RG Steel Warren, LLC,                    :
                                         :
            Plaintiff,                   :
                                         :
v.                                       :    Adv. Proc. No. 13-50386 (KJC)
                                         :
Crown Coal and Coke Company,             :
                                         :
            Defendant.                   :
---------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASES AND RELATED PROCEEDING

Upon consideration of the *Debtors' Motion for: (I) an Order (A) Approving Global Settlement Agreement and (B) Procedures For the Resolution of Claims and Distribution of Certain Funds to Claims Holders; (II) an Order Approving the Dismissal of Debtors' Chapter 11 Cases; and (III) Granting of Related Relief* (the "**Motion**"); and upon the Debtors' certification that (i) all funds in the Distribution Pool have been distributed or released in accordance with the Settlement Agreement, (ii) this Court has entered an order(s) regarding all final fee application, (iii) all of the Debtors' avoidance actions have concluded, or dismissed as set forth herein, and (iv) all fees due and owed have been paid to the office of the U.S. Trustee; and it appearing that

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The Debtors' mailing address is PO Box 1847, Bel Air, MD 21014.

no other further notice need be provided; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED, ADJUDGED, and DECREED that to the extent set forth herein:

1. Pursuant to sections 305(a) and 1112(b) of the Bankruptcy Code, the Debtors' chapter 11 cases are hereby dismissed.

2. Pursuant to the oral motion made at the hearing on September 29, 2016, the adversary proceeding styled *RG Steel Warren, LLC v. Crown Coal and Coke Company*, Adv. Proc. No. 13-50386 (KJC), is hereby dismissed.

3. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4. Notwithstanding section 349 of the Bankruptcy Code, all orders of the Court entered in these chapter 11 cases and related adversary proceedings, shall survive the dismissal of these chapter 11 cases, including without limitation, the Approval Order. Further for the avoidance of doubt, the Settlement Agreement shall survive in its entirety.

5. Any remaining property in the Debtors' estates shall be revested in the applicable Debtor.

6. The Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or relating to the implementation of any order of this Court entered in these chapter 11 cases.

7. Upon entry of this Order, to the fullest extent permitted under applicable nonbankruptcy law and notwithstanding anything to the contrary in any prior order of this Court,

the Debtors shall have no further obligation to preserve documents or records, including, without limitation, documents and records related to their former operations and these cases, and the Debtors shall have no obligation to incur costs to destroy any such documents or records.

8. The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: _July 29_, 2016
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE